**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JERRY LEWIS BEY, #22328·044 )
Federal Correctional Institution )
P·O· Box 725        Plaintiff, )
Edgefield, SC 29824 )
                                  )
-v-                               )
                                  )
                                  )        CASE NUMBER  1:05CV02241
                                  )        JUDGE: John Garrett Penn
U.S. DEPARTMENT OF JUSTICE,       )
                                  )        DECK TYPE: FOIA/Privacy Act
                Defendant.        )
                                  )        DATE STAMP: 11/17/2005

---

### COMPLAINT

1.)    This is an action under the Freedom of Information
Act (FOIA), 5 U.S.C. § 552, and the Privacy Act (PA), 5 U.S.C.
§ 552(a), to order the production of Bureau of Alocohol, Tobac-
co, And Firearms (BATF) records on plaintiff Jerry Lewis Bey
and his organization, the Moorish Science Temple of America
(MSTA).    This information sought can be located in BAFT file
7665 0683 1501 (01), which file originated out of the BAFT
St. Louis field office.

These records should include all investigation reports,
airtels, memorandums, surveillance logs, photos, video tapes
and photos, pen-register tapes, court order for pen-register
installation, telephone records, toll-records, arrest records,
automobile records, subpoenas, financial records, grandjury
records, Date investigation was opened and closed, etc.

**RECEIVED**

OCT 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

In this action, plaintiff request declaratory, injunctive relief, and all incurred cost and trial by jury.

## JURISDICTION AND VENUE

2.)    This court has jurisdiction pursuant to the Freedom of Information Act 5 U.S.C. § 552 and Privacy Act 5 U.S.C. § 552(a), ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 701, Venue is proper in this District pursuant to the provisions of 5 U.S.C. § 552 (a)(g)(5) and 5 U.S.C. § 703.

## PARTIES

3.)    Plaintiff, Jerry Lewis Bey, is a federal prisoner currently incarcerated at the Federal Correctional Institution (FCI) Edgefield, South Carolina.

4.)    Defendant, is the U.S. Department of Justice (DOJ), which the BAFT is an agency thereof, and has possession of and control over the records that Plaintiff seeks.

## FACTS

5.)    On July 17, 2000, plaintiff pursuant to the FOIA, requested records from the BATF from a 1983 investigation file on himself and his organization the Moorish Science Temple of America (MSTA).

6.)    On July 27, 2000, plaintiff made a more specific request for the above records from the 1983 BATF file.

-2-

7.)    On September 29, 2000, the BATF advised plaintiff
that it could not locate the requested records. [Plaintiff
Exhibit A]

8.)    On May 11, 2001, plaintiff again made a specific re-
quest under the FOIA for records from a 1983 BATF file. Plain-
tiff's Exhibit B]

9.)    On June 20, 2001, the BATF advised plaintiff to
refer to its September 29, 2000 letter and if there still any
questions to please call its office. [Plaintiff Exhibit C]

10.)    On June 26, 2001, plaintiff from his counselor's
office called the BATF and left a message on the answering
service stating he was trying to obtain records from the 1983
BATF file in St. Louis.

11.)    In a letter dated June 26, 2001, the BATF acknow-
ledged it recieved plaintiff's telephone message and again
stated that it was not able to locate records from a 1983 investi-
gation. [Plaintiff's Exhibit D]

12.)    On July 5, 2001, plaintiff in another letter made
a request for records on himself and the MSTA from the 1983
file.

13.)    On July 23, 2001 the BATF again advised it was
not able to locate the records. [Plaintiff's Exhibit E]

14.)    On an unknown date late in 2001, plaintiff made
another request for records from the 1983 file.

15.)    In a letter dated January 24, 2002, the BATF
for the first time acknowledged that the 1983 file did exist,

-3-

however, advised plaintiff that on this date their office was advised that plaintiff's case is still open and his request must be denied pursuant to FOIA exemption (b)(7)(A) as release of the information could interfere with enforcement proceedings.   [Plaintiff's Exhibit F]

16.)   On Agust 5, 2002, plaintiff made another request for records from the 1983 BATF file.  [Plaintiff's Exhibit G]

17.)   In a letter dated October 16, 2002 BATF again advised plaintiff that it was advised on this date by the Assistant United States Attorney (AUSA) involved in plaintiff's case that there was litigation still pending, and therefore their agency must again deny plaintiff request pursuant to 5 USC 552 (b)(7)(A).   [Plaintiff's Exhibit H]

18.)   On October 28, 2002, plaintiff adwised the BATF by letter that there was no litigation on-going in his case and attached copies of an order from the U.S. 8th Circuit Court ofAppeals showing there was no litigation.  [Plaintiff Exhibit I]

19.)   On May 29, 2003, Defendant again advised plaintiff that the records were not releasable due to on-going litigation and the records would be denied pursuant to 552 (B)(7)(A). [PLaintiff's Exhibit J]

20.)   On July 30, 2003, plaintiff decided to make a secific request for a legible copy of a June 7, 1983 report that was disclosed at his trial.  [Plaintiff Exhibit K]

21.)    On some unknown date, defendant denied plaintiff request.

22.)    On August 24, 2003, plaintiff filed an appeal with the Office of Information and Privacy, seeking the June 7, 1983 report.  [Plaintiff's Exhibit L]

23.)    On September 23, 2003, the Office of Information and Privacy acknowledged receipt of plaintiff's appeal. [Plaintiff's Exhibit M]

24.)    On January 6, 2004, defendant released the June 7, 1983 report which contained the 1983 investigation file number [7665 0683 1501 (01)].  [Plaintiff's Exhibit N]

25.)    On January 24, 2004, plaintiff made a specific request for all records in case file [7665 0683 1501 (01)] on himself and the MSTA.  [Plaintiff's Exhibit O]

26.)    On February 19, 2004, defendant denied plaintiff's request again using exemption 552 (B)(7)(A).  [Plaintiff's Exhibit P]

27.)    On March 1, 2004, plaintiff advised defendant that he has been seeking the requested records since September 2000 and was told the records could not be found and now since the file has been located that defendant is now using exemption 552 (B)(7)(A) and the AUSA in St. Louis to deny plaintiff access to these records.  [Plaintiff's Exhibit Q]

28.)    On March 15, 2004, defendant again denied plaintiff request .  [Plaintiff's Exhibit R]

-5-

29.)    On June 15, 2004, plaintiff made another request for the 1983 records and attached another copy of the 8th Circit Court order showing there was no litigation. [Plaintiff's Exhibit S]

30.)    On August 10, 2004, defendant again denied plaintiff's FOIA request.  [PLaintiff's Exhibit T]

31.)    On August 23, 2004, plaintiff sent numerous copies of the 8th Circuit Court orders to the defendant showing there was no litigation and that their denial was not justified. [Plaintiff's Exhibit U]

32.)    On April 25, 2005, plaintiff made another request for the 1983 records pursuant to the FOIA.

33.)    On April 28, 2005, plaintiff also made a FOIA request for the same records to the St. Louis BATF field office.

34.)    On June 9, 2005, defendant acknowledged receipt of both request which included the St. Louis field office request and advised plaintiff it would disclosed the records by June 29, 2005.  [Plaintiff's Exhibit V]

35.)    On July 18, 2005, defendant rather than release therecords it had agreed to do by June 29, 2005, advised plaintiff it must deny his request under 552 (b)(7)(A).  [Plaintiff's Exhibit W]

36.)    On July 29, 2005, plaintiff filed an appeal with the Office of Information and Privacy. [Plaintiff's Exhibit X]

-6-

37.)    On September 6, 2005 plaintiff appeal was denied.
[Plaintiff's exhibit Y]

38.)    The actions of Defendant stated in paragraph 5-
37, denied plaintiff rights afforded by United States Laws.

## DEMANDS

39.)    The Defendant makes a misstake by not supplying
plaintiff copies of the requested records, wherefore, this
plaintiff's rights were violated.    Therefore, plaintiff demands
judgement against Defendant and Prays that the Court grant
the following:

A.    That the Court declare the actions of defendant
in this case has failed to comply with the FOIA statute by
improperly withholding agancy records and therefore is outside
of establish law.

B.    That the Court ORDER that the requested records
be made available to the plaintiff.

C.    That the Court ORDER defendant to reimburse the
plaintiff of any cost that he may incur in relation to this
action.

D.    That such relief as this Court mat deem appropriate.
This action is filed in the interest of justice, and the spirit
of the FOIA provisions and its interest as well as in the inter-
est of good Faith.

-7-

Respectfully submitted,

Jerry Lewis Bey/Plaintiff
R.G.# 22328-044
P.O. Box 725
Edgefield, S.C. 29824

This 7th day of October, 2005.

-8-



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226

REFER TO: 00-2239
122000

SEP 29 2000

Mr. Jerry Lewis Bey
Reg. #22328-044
P.O. Box 1000
Leavenworth, Kansas  66048

Dear Mr. Bey:

This is in response to your letters dated July 17, 2000 and July 27, 2000, pertaining to your initial Freedom of Information Act (FOIA) request to the Bureau of Alcohol, Tobacco and Firearms (ATF).

Your letter addresses several issues, we will respond in the order of your request. You state that a *FBI* document reflects that *ATF was the lead agency* in your investigation, which began in 1983. The investigative file this Bureau maintains is a 1988 case file, prior to that time ATF could have been part of a task force and was not necessarily the lead agency, as the FBI document you submitted indicates. That document also reflects that *on 4/7/87 ATF officially closed out their investigation,* which is not correct since the last ATF Report of Investigation is dated in 1990. Pen register information was denied pursuant to FOIA exemption (b)(7)(E) and (b)(7)(C). Additionally, we have checked with the responsible offices and were given to understand that no video exists with ATF. You may consider other sources. Finally, the information you requested regarding Mr. Fred Knox has been released in part. The reasons for the deletions are indicated on the enclosed Document Cover Sheet.

Insofar as deletions have been made in this release, you have the right to file an administrative appeal by following the procedure outlined in Part III of the enclosed form. You were afforded you appeal right for the previous (two) releases on July 3, 2000. Should you have any questions do not hesitate to write again or call at (202) 927-8480.

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Disclosure Specialist

Enclosure

Plaintiff's Exhibit  A

05 2241
FILED

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WWW.ATF.TREAS.GOV

Date: May 11, 2001

To: Department of The Treasury
    Bureau of Alcohol, Tobacco And Firearms
    Freedom Of Information/Privacy Act Section
    815 Olive Street
    St. Louis, Missouri 63101

From: Jerry Lewis Bey
      Reg. No. 22328-044
      U.S. Penitentiary
      P.O. Box 1000
      Leavenworth, Kansas 66048

Re: FOIPA Disclosure On Jerry Lewis Bey
    And The Moorish Science Temple In 1983

Dear FOIPA Officer:

This request is for disclosure of information on myself,
Jerry Lewis Bey and my organization, the Moorish Science Temple
of America, that was gather by your agency on or about June 1983,
by a ATF Special Agent, Dennis Becker. This request is pursuant
to Title 5 U.S.C. 552 and Title 5 U.S.C. 552(a), the Freedom of
Information and Privacy Act of 1974.

This information should include all ATF investigation
reports and any other related information concerning the
investigation that should include records from any St. Louis
pager company, the length of the investigation, subpoenas issued,
interviews of any informants. I'm requesting that any
information that is considered segregable for release, be
disclosed according to the Acts, which should include information
on any and all pages. I expect that this search will include all
computer searches as well as any cross-refereces.

05 224

FILED

NOV 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit 5

Please find enclosed, a sworn copy of Special Agent Dennis Becker's trial transcript, concerning the date of investigation. It is my understanding that I should hear from your agency within ten(10) workings days upon receipt of this letter. I thank you in advance for your time and concern in this matter.

Respectfully submitted,

_____

Jerry Lewis Bey

cc: Department of The Treasury
    Bureau of Tobaac, Alcohol and Firearms
    FOIPA Disclosure Division
    650 Massachusetts Ave.
    Washington,D.C. 20226



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226

JUN 20 2000

REFER TO: 01-1718
122000

Mr. Jerry Lewis Bey
Reg. #22328-044
USP
P.O. Box 1000
Leavenworth, Kansas 66048

Dear Mr. Bey:

This is in response to your Freedom of Information Act (FOIA) request for access to information you believe is maintained by the Bureau of Alcohol, Tobacco and Firearms (ATF). In the past you have made FOIA requests for a 1983 case file on yourself and/or the Moorish Science Temple, and again you request a 1983 file.

Please refer to our letter of September 29, 2000, responding to your previous request for a 1983 case file.

Should you have any questions do not hesitate to write again, or call at (202) 927-8480.

Sincerely yours,

Averill P. Graham
Team Leader
Disclosure Division

**05 2241**

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit  C



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226

JUN 26 2001

REFER TO: 01-1718
122000

Mr. Jerry Lewis Bey
Reg. #22328-044
USP
P.O. Box 1000
Leavenworth, Kansas 66048

Dear Mr. Bey:

This is in response to your telephone call of June 26, 2001. The message you left was "The response was vague", and that you are interested in a 1983 case involving a Dennis Becker, the Moorish Science Temple, and you.

As you have been previously advised, we have not been able to identify responsive records relating to a <u>1983 investigation</u> of you or the Moorish Science Temple. If there is another year that is of interest to you please advise and we will gladly search further. We require additional information to search for a third party record, Dennis Becker's social security number, and date of birth and notarized authorization as well. To enable us to release his/her information to you.

I trust this clarifies the vague response of June 20, 2001. Should you have any questions do not hesitate to write again, or call at (202) 927-8480.

Sincerely yours,

Averill P. Graham
Team Leader, Disclosure Division

**05 2241**

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit D



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

JUL 23 200

REFER TO: 01-1869
122000

Mr. Jerry Lewis Bey
REG. #22328-004
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas 66048

Dear Mr. Lewis-Bey:

This is an interim response to your letter dated July 5, 2001, relative to your Freedom of Information Act (FOIA) request for 1983 records pertaining to you and/or the Moorish Science Temple.

We have not been able to locate a 1983 case file responsive to your FOIA request as we previously advised you by letter since September 2000. You were provided a 1988 file, and we did identify another 1988 case titled the Moorish Science Temple, but deemed it not responsive since it is a 1988 case, and not a 1983 case as you requested. If you are interested in this file please advise us and we will request it from the archives. As you know ATF agents often testify for other law enforcement agencies, but only the lead agency generates and maintains a record, if another law enforcement agency investigated you in 1983 then you may want to contact them directly.

We will take no further action unless we hear from you.

Sincerely yours,

*(signature)*

Averill P. Graham
Team Leader, Disclosure Division.

05 2241

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit   E



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226

JAN 2 4 2002

REFER TO: 02-461
122000

Mr. Jerry Lewis-Bey
Reg. #22328-044
USP Beaumont
P.O. Box 26030
Beaumont, Texas  77720-6030

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request for access to information you believe is maintained by the Bureau of Alcohol, Tobacco and Firearms (ATF).  Specifically, you request records pertaining to you and MSTA.

On this date the status of the case responsive to your request was verified, and we were advised that it is open, since you still have issues pending.  Consequently, your request must be denied pursuant to FOIA exemption (b)(7)(A) release of this information could interfere with enforcement proceedings.  Additionally, we also cite underlying exemptions, which could apply when the case is closed; (b)(2), (b)(7)(C) and (b)(7)(E).  We suggest that you resubmit your request when all issues are adjudicated.

Insofar as your request has been denied, you have the right to file an administrative appeal by petitioning the Assistant Director, Liaison and Public Information by letter.  The letter should state any arguments in support of your request, and must be received within 35 calendar days from the date of this letter, or you may resubmit your FOIA in approximately six to eight weeks.

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Team Leader, Disclosure Division

05 2241

Plaintiff's Exhibit  F

FILED

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date: August 5, 2002

To: Department Of The Treasury
    Bureau of Alcohol, Tobacco And Firearms
    Freedom of Information Unit
    815 Olive Street
    St. Louis, Missouri 63101

From: Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont, Texas 77720

Re: ATF 1983-87 Task Force File On Jerry Lewis Bey
    And The Moorish Science Temple of America

Dear FOIA Officer:

This request is made pursuant to Title 5 U.S.C. Sections 552
and 552(a) of the Freedom of Information and Privacy Acts of 1974
I'm requesting that your agency release to me information being
maintained by your agency on myself, Jerry Lewis Bey and my or-
ganization, Moorish Science Temple of America, founded by me in
October 1979, in the city of St. Louis, state of Missouri. I'm
specifically requesting information on a 1983 investigation,
whereas your St. Louis office was the lead agency in the investi-
gation. I'm enclosing reports and memorandums from the FBI,
which should aid you in the search for the requested material.
The enclosed documents show that the ATF was the lead agency in
an OCDE Task Force investigation on me that began in May '83
was officially closed by the ATF on April 7, 1987. This file may
be stored under a 1987 or 1988 case file. I do hope to hear from

**05 2241**

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLE
U.S. DISTRICT COURT

Plaintiff's Exhibit G

your agency within the ten(10) working days pursuant to the Acts.
I'm also enclosing a signed certificate of indentification form.
I'm also making it clear that I only seek to obtain segregable
portions of those reports that can be released.  This information
should include reports showing when the investigation was opened
and closed.  I thank you in advance for your time and concern in
this matter, as I await your reply.

Sincerely yours,

Jerry Lewis Bey
R.G.# 22328-044
U.S. Penitentiary
P.O. Box 26030
Beaumont, Texas 77720



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OCT 1 6 2002

REFER TO: 02-2081
122000

Mr. Jerry Lewis Bey
REG. 22328-044
USP – Beaumont
P.O. Box 26030
Beaumont, Texas 77720

Dear Mr. Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to information you believe is maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF). You specifically, request <u>records relative to you and the Moorish Science Temple of America</u>. On this date we were advised by the Assistant United States Attorney who is involved with your case that; there is still litigation pending.

At this time we must deny your request pursuant to Title 5, U.S.C. 552(b)(7)(A), and underlying exemptions that may apply (b)(2), (b)(7)(D), (b)(7)(C), (b)(7)(E); because release of this information could reasonably be expected to interfere with enforcement proceedings. Furthermore, the FOIA is not an alternative to discovery.

Insofar as your request has been denied you have the right to file an Administrative Appeal by petitioning the Assistant Director, Public and Governmental Affairs by letter at the above address. Your letter must be received within 35 calendar days from the date of this letter, and should state any arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit you FOIA request when the pending litigation is adjudicated.

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Team Leader, Disclosure Division

05 2241

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit   H

WWW.ATF.TREAS.GOV

Date: October 28, 2002

To: Department of The Treasury
    Bureau of Alcohol, Tobacco And firearms
    Freedom of Information Section
    Attn: Mrs. Averill P. graham
    650 Massachusetts Ave.
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720

Re: October 16, 2002 Letter
    FOIA No. 02-2081
          122000

Dear Mrs. Graham:

This is in response to your letter dated October 16, 2002, where-

as you advised me that at this time your agency must deny my re-

quest, because release of the requested information could reason-

ably be expected to interfere with enforcement proceedings. That

on October 16, 2002, your agency was advised by the Assistant

United States Attorney who is involved in my case, that there are

still litigation pending. I'm enclosing copies of litigation

that was pending in my case, in which the latest motion was de-

nied on March 12, 2002. This filing was before the U.S. Eighth

Circuit Court of Appeals and it ended my filings. Also, the

Assistant United States Attorney, Michael K. Fagan, who was in-

volved with my case recieved a copy of the herein judgements and

know that there is no litigation pending. If need be, I'll ask

**05 2241**

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLEI
U.S. DISTRICT COURT

Plaintiff's Exhibit I

the U.S. 8th Circuit to forward me a letter, again, verifying
that there is no litigation on my behalf, pending before the court.
In your letter Dated January 24, 2002, which I'm enclosing a copy
you advised me then, that your agency had verified that my case
was open and that I had issues still pending and that I should
resubmit my request when all my issues was adjudicated.   After I
recieved your letter, the 8th Circuit Court of Appeals, on March
12, 2002, denied my petition, which I'm also enclosing a copy of
that decision and Court's Order.   My case been closed since March
12, 2002 which is on file with the appeal court in the Eastern
District of Missouri, at St. Louis.   I have no other way of show-
ing your agency that my most recent request should be granted, as
I do believe that a copy of a Judgement from a U.S. Federal Court
of Appeals, should be proof enough.   All I'm requesting is that
your agency release to me those records responsive to my request
that can be released pursuant to Title 5 USC 552 and 552(a) that
is being maintained by your agency.   I would hope that in light
of the herein records, that your agency would reconsider my re-
quest and conclude that maybe the Assistant U.S. Attorney had
my case confused with another case. I want to thank you in ad-
vance for your time and concern and trust that your better judge-
ment will not be influrence by erroneous information but by the
herein Appeal Court Judgements.

                              Sincerely yours,

                              Jerry Lewis Bey

cc: files;



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226

MAR 28 2000                    REFER TO: 03-1630
                                          122000

Mr. Jerry Lewis-Bey
Reg. #22328-044
USP – Beaumont
P.O. Box 26030
Beaumont, Texas  77720-6030

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to information maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF).  You specifically, request records relative to yourself and your organization.  On this date we were advised that the records in question are not releasable due to on going proceedings.

Consequently, at this time we must deny your request pursuant to Title 5, U.S.C. 552(b)(7)(A), and underlying exemptions that may apply (b)(2), (b)(7)(D), (b)(7)(C), (b)(7)(E); because release of this information could reasonably be expected to interfere with enforcement proceedings.

Insofar as your request has been denied you have the right to file an Administrative Appeal by writing to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001.  Your letter of appeal must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and use the "REFER TO" number at the upper right of this letter.  Your appeal should state any arguments in support thereof.

When all proceedings have been adjudicated you may re-submit your FOIA request.

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Team Leader, Disclosure Division

05 2241

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit  J

Date: July 30, 2003

To: Bureau of Alcohol, Tobacco and Firearms
    Attn: Averill P. Graham/Team Leader
    Freedom of Information Disclosure Division
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720-6030

Re: Copy of the June 7, 1983 ATF Report written By ATF Agent
    Dennis Becker Regarding Myself and the Moorish Science
    Temple of America (MSTA)

Dear FOIA Team Leader:

    This is a specific request pursuant to Title 5 USC 552 and
552(a), the Freedom of Information and Privacy Acts. I'm "only"
requesting a copy of a June 7, 1983 ATF report written by Special
Agent Dennis Becker of the Bureau of Alcohol, Tobacco and Fire-
arms. I'm aware that in order for your agency to release infor-
mation under the Acts regarding a third party, that party must
authorize you to do so. I'm making it clear that I'm not seeking
any third party information, as the agent name was disclosed in
open court at my trial, as he testified under oath. The informa-
tion I seek in the report was also testified to in open court,
thus there is no privacy right issue of invasion. I also under-
stand that you would have to delete the agent name, as well as
the name of any of my codefendant's names that will be found in
the report along with the name of the company that released the
information to agent Becker. I'm enclosing a copy of agent Becker
sworn testimony, which should assist you in your search of this
report. Again, I would like to thank you in advance for your
time and concern and hope to hear from you within the time allow-
ed under the Acts. I would also like to know has the 1988 file on
Moorish Science Temple of America and myself been cleared for
release, if so, please advise,

                                    Sincerely yours,

                                    Jerry Lewis Bey

05 2241

FILED

NOV 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                    Plaintiff's Exhibit  K

Date: August 24, 2003

To: Office of Information and Privacy
    United States Department of Justice
    Flag Building, Suite 570
    Washington,D.C. 20530-0001

From: Mr. Jerry Lewis Bey
    R.G.# 22328-044
    U.S. Penitentiary Beaumont
    P.O. Box 26030
    Beaumont Texas 77720-6030

Re: <u>APPEAL OF ATF DENIAL OF ATF RECORDS</u>
    <u>REFER TO No. 03-2174 AG</u>
        <u>122000</u>

Dear Appeal Officer:

This is my letter of Appeal, regarding a denial of records being
records on myself, that was testified to in opened court by a
ATF agent. My request was denied by the ATF pursuant to Title 5
USC 552(b)(7)(A) and underlying exemptions that the ATF stated
may apply (b)(2), (b)(7)(D),(b)(7)(C) and (b)(7)(E) due to the
release of the requested information could reasonably be expected
to interfere with enforcement proceedings.

It is my understanding that once information has been disclosed
in open court,there exist no privacy rights to prtect.See, <u>Nia-</u>
<u>gara. Mohawk Power Corp v. United States Dep't of Energy,</u> 169
169. F.3d 16, 19 (D.C. Cir. 1999); <u>Accord Cottone v. Reno,</u> 193
F.3d 550 (D.C. Cir. 1999); See Also; <u>Jerry Lewis Bey v. Federal</u>
<u>Bureau of Investigation,</u> (Civil Action No. 01-0299 (JDB)  2002)
The requested information is in public domain as this report was
admitted as a government exhibit at my trial and the information
in the report was testified to by the ATF agent. I'm only re-
questing a better copy of this report, as the one at my trial was
of poor quality. I would like for the record sake, to state that
Averill P. Graham mistakenly stated in the ATF denial letter that
I requested "a copy of a statement made on June 7, 1983 by a
agent", I requested a copy of the agent's June 7, 1983 ATF report

**05 2241**

Sincerely yours,

**FILED**

Jerry Lewis Bey

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit L



U.S. Department of Justice

Office of Information and Privacy

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 2 3 2003

Mr. Jerry Lewis Bey
Register No. 22328-044
United States Penitentiary
Post Office Box 26030
Beaumont, TX 77720-6030

    Re:   Request No. 03-2174

Dear Mr. Bey:

    This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, and Firearms on your request for information from the files of the Department of Justice was received by this Office on September 8, 2003.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 03-3363. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                Sincerely,

                Priscilla Jones
                Administrative Specialist

**05 2241**

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit M



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

JAN 6 2004

Washington, DC 20226
www.atf.gov

REFER TO: 03- 2174 AG
100060

Mr. Jerry Lewis Bey
Reg. #22328-044
USP – Beaumont
P.O. Box 26030
Beaumont, Texas  77720-6030

RE. Copy of the June 7, 1983 Report.

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request for access
to information maintained by the Bureau of Alcohol, Tobacco, Firearms and
Explosives (ATF).  Pertaining to the above.

This portion of your request is granted in part.  We are releasing segregable
portions of the records that contain exempt information and withholding portions
of the records for the reasons indicated on the enclosed "Document Cover
Sheet".

**05 2241**

Insofar as a portion of your request has been denied by deletions, you have the
right to file an administrative appeal by following the procedures outlined in Part
III of the attached form.

Sincerely yours,

*[signature]*

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Averill P. Graham
Disclosure Division, Team Leader

Enclosure

Plaintiff's Exhibit N

Date: January 24, 2004

To: Department of the Treasury
    Bureau of Alcohol, Tobacco and Firearms
    Freedom of Information Section
    Attn: Averill P. Graham/Disclosure Section
    650 Massachusettes Avenue
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
    # 22328-044
    F.C.I. Edgefield
    P.O. Box 725
    Edgefield, S.C. 29824

Re: ATF File No. 7665 0683  1501 L (01)

Dear Averill Graham:

I want to first thank you for the disclosure of the June 7,
1983 ATF report that I requested pursuant to the Freedom of
Information and Privacy Acts.   I'm at this time making another
FOIPA request pursuant to Title 5 USC 552 and 552(a).   This
request is for all records in ATF file No. 7665 0683 1501 L
(01), regarding myself and my organization, the Moorish Science
Temple of America (MSTA).   This information should include all
investigation reports, memorandums, photos, and any other related
reords.  I want to again thank you in advance for your time
and concern in this matter and hope to hear from your agency
within the ten (10) working days pursuant to the Acts.

05 2241

                                    Sincerely Yours,

                                    *Jerry Lewis Bey*
                                    Jerry Lewis Bey

FILED

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

cc: self

                              Plaintiff's Exhibit  O

U.S. Department of Justice   Certification of Identity

PRIVACY ACT STATEMENT: In accordance with 28 C.F.R. Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a. is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester[1] ___Jerry Lewis Bey #22328-044___

Current Address ___FCI, P.O. Box 725, Edgefield, S.C. 29824___

Date of Birth ___October 7, 1950___

Place of Birth ___St. Louis, Missouri___

Social Security Number[2] ___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___

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. Section 552a(i)(3) by a fine of not more than $5,000.

Signature[3] ___[signature]___     Date ___1-24-04___

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to: ___

FORM APPROVED OMB NO. 1103-0016

(Print or Type Name)

FORM DOJ-361   EXPIRES 1/31/01

FEB. 98

---

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

FEB 1 9 2004

Washington, DC 20226

www.atf.gov          REFER TO: 04-777 AG
                              100060

Mr. Jerry Lewis-Bey
Reg. #22328-044
FCI - Edgefield
P.O. Box 725
Edgefield, South Carolina 29824

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to
information maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF). You
specifically, requested a copy of case file #766 0683 1501 L (01). On this date we were
advised that judicial action is still ongoing.

Consequently, at this time we must deny your request pursuant to Title 5, U.S.C.
552(b)(7)(A), and underlying exemptions that may apply (b)(2), (b)(7)(D), (b)(7)(C),
(b)(7)(E); because release of this information could reasonably be expected to interfere
with enforcement proceedings.

Insofar as your request has been denied you have the right to file an Administrative
Appeal by writing to the Office of Information and Privacy, United States Department of
Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter of appeal
must be received within 60 days from the date of this letter, indicate that your appeal
concerns ATF records, and use the "REFER TO" number at the upper right of this letter.
Your appeal should state any arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit you FOIA request
when all judicial action/procedure have been adjudicated.

05 2241

                    Sincerely yours,

                    *Averill P. Graham*

                    Averill P. Graham
                    Team Leader, Disclosure Division

FILED

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                    Plaintiff's Exhibit   P

Date: March 1, 2004

To: Bureau of Alcohol, Tobacco And Firearms
    Freedom of Information Privacy Act Section
    Attn: Averill P. Graham/ Team Leader
    650 Massachusettes Avenue
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      # 22328-044
      F.C.I.
      P.O. Box 725
      Edgefield, South Carolina 29824

Re: 1983 ATF File # 766 0683 1501 L (01) On Myself
    1988 ATF File On the Moorish Science Temple of America

Dear Averill Graham:

This letter is in reference to my numerous request to your
agency, the Bureau of Alcohol, Tobacco and Firearms (BATF),
pursuant to the Freedom of Information and Privacy Act (FOIPA).
As you are well aware, I've made these request on myself and
my organization, the Moorish Science Temple of America (MSTA),
and in September 2000, I made a specific request for a 1983
ATF file, that you advised could not be found.  I made the
same request over the years, time after time, and finally,
in a letter dated January 6, 2004, you disclosed the 1983 re-
port that I requested nearly 4-years ago.  During my search
for the 1983 report, you personally advised me in a letter
dated July 23, 2001, that your agency found a 1988 MSTA file
and if I was interested in it to please advise and it would
be retrieved from your agency archives.  It's clear that in
July 2001, I requested that your agency disclosed all dis-
closable material in that 1988 MSTA file, as you suggested,
only to be advise in a letter dated August 13, 2001, that my

**05 2241**

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CL
U.S. DISTRICT COURT

Plaintiff's Exhibit Q

request must be denied, due to you having been advised by
the Assistant United States Attorney in my case, that my case
was still open."

The record is clear and undisputed that I advised you that
you had recieved false and misleading information, and that
my case had been closed since November 22, 1995. See, U.S.
v. Darden, 70 F.3d 1520 (8th Cir. 1995). I even asked that
you contact the clerk office for the Eastern District of Missouri.

What is also now clear is that 4-years later, after you disclosed
the June 1983 ATF report, which clearly revealed that a com-
plete 1983 investigation file existed, I requested other records
from this file pertaining to me and the MSTA, You have again,
personally advised me in a letter dated February 19, 2004,
that your agency must deny my request as you been advised again,
by this same prosecutor, that to disclose this information
may interfere with lawenforcement proceedings and that my case
is still open. I must ask you why must you personally continue
to allow the prosecutor to engage you in his scheme to obstruct
justice by interfering with the spirit of the FOIA process?

In my closing, I respectfully request that you will examine
what has transpired in my situation and know full well that
the prosecutor has used a pattern of deception on the ATF to
conceal his misconduct at my trial and he now uses you personally
to withhold these records. This matter should not need to
be redressed in a court of law, therefore, I'm appealing to
you to review the record and honor my FOIA request.

Respectfully Submitted,

Jerry Lewis Bey

c: U.S. Congressman William L. Clay
   U.S. Department of Justice/ Criminal Division



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226     REFER TO: 04-1057 AG
www.atf.gov                        100060

Mr. Jerry Lewis-Bey
Reg. #22328-044
FCI - Edgefield
P.O. Box 725
Edgefield, South Carolina 29824

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to information
maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF). Your letter of March 1,
2004 reiterated your many FOIA submissions to this Bureau, regarding you and the Moorish
Science Temple of America. At the time you requested your 1983, I was advised that release of
the file would interfere with on going proceedings. This year when you identiedfied *a specific
report* in the 1983 file, I was advised that, that one report could be released in part, and we did.
When we identified the 1988 file, we wanted to know if you were interested in it; since you only
requested the 1983 file. If you were, we would request the file. However, when the file was
requested we were further advised that there were on going judicial proceedings. Your request
was denied.

Once again on this date we checked on the status of your case, and were advised that at this time
we must deny your request pursuant to Title 5, U.S.C. 552(b)(7)(A) because release of this
information could reasonably be expected to interfere with enforcement proceedings.

Insofar as your request has been denied you have the right to file an Administrative Appeal by
writing to the Office of Information and Privacy, United States Department of Justice, Flag
Building, Suite 570, Washington, D.C. 20530-0001. Your letter of appeal must be received
within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and
use the "REFER TO" number at the upper right of this letter. Your appeal should state any
arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit you FOIA request when *you
no longer have any collateral challenge procedures on going.*

                    Sincerely yours,

                    *Averill P. Graham*

                    Averill P. Graham
            Team Leader, Disclosure Division

**05 2241**

**FILED**     RK

NOV 1 7 2005

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Plaintiff's Exhibit  R

Date: June 15, 2004

To: Bureau of Alcohol,Tobacco,Firearms and Explosives
    Freedom of Information Disclosure Division
    Attn: Averill P. Graham/Team Leader
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey #22328-044
      Federal Correctional Institution
      P.O. Box 725
      Edgefield, S.C. 29824

Re: FOIA Request No. 04-777 AG
                      100060

    FOIA Request No. 04-1057 AG
                      100060

Dear Averill P. Graham:

This request is a follow-up, to resubmit my earlier request
to your agency pursuant to Title 5 USC 552 and 552(a), the Free-
dom of Information and Privacy Acts.  In your February 19, 2004
and March 15, 2004 letters, you advised me that " there was
on going judicial proceedings in my case and that although I
had a right to an appeal, you suggested that I resubmit my request
when I no longer have any collateral challenge procedures on
going."

I'm at this time renewing my FOIA request, as you may already
know, that my collateral petitions before the U.S. Eighth Circuit
Court of Appeals on my case has been denied.  I'm enclosing
copies of both "Court Orders", which should be sufficient to
verify that my case is now closed, and the release of the infor-
mation I requested will no longer be expected to interfere with
enforcement proceedings pursuant to Title 5 USC 552(b)(7)(A),
and (b)(2), (b)(7)(D),(b)(7)(C), and (b)(7)(E), according to
your letters.

**05 2241**

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's  Exhibit  S

Again, the two ATF investigation files is the 1983 file No. 7665 0683 1501 L (01), and the 1988 Moorish Science Temple of America (MSTA) file.

I want to again thank you in advance for your time and concern in the herein matter and hope that the attached documents from the Appeal Court will resolve the status of my case and assure you that my case is now closed as of this writing.

Sincerely yours,

Jerry Lewis Bey

cc: self
   Clerk of the Eighth Circuit Court of Appeals

-2-

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

AUG 1 0 2004

Washington, DC 20226
www.atf.gov

REFER TO: 04-1694 AG
100060

Mr. Jerry Lewis-Bey
REG.#22328-044
FCI – P.O. Box 725
Edgefield, South Carolina 29824

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request dated June 15, 2004, for records maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), pertaining to a 1983 investigation file number 7665 0683 1501 L (01) and the 1988 Moorish Science Temple of America (MSTA) file.

In June of 2000, you were provided the 1988 Moorish Science Temple of America (MSTA) file. Regarding the 1983 file we checked with the ATF Field Office and were advised that, the 1983 file must be denied at this time due to open judicial proceedings. Consequently, your request for the 1983 investigative file is denied pursuant to FOIA exemption (b)(7)(A) and other applicable exemptions that may apply.

Insofar as records have not been released, you have the right to request an administrative appeal based on the efficiency of the search. You may write to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records and use the "REFER TO" number at the upper right of this letter. Your appeal should state any arguments in support thereof.

Although you have the right to appeal, in your best interest we suggest you resubmit your FOIA request at a later date, as the appeal process can be quite lengthy.

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Chief, Disclosure Division

05 2241

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLK
U.S. DISTRICT COURT

Plaintiff's Exhibit  T

Date: August 23, 2004

To: Bureau of Alcohol, Tobacco, Firearms and Explosives
    Attn: Averill P. Graham/Chief Disclosure Division
    U.S. Department of Justice
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      #22328-044
      FCI
      P.O. Box 725
      Edgefield, S.C. 29824

Re: No: 04-1694 AG
         100060

Dear Averill P. Graham:

This letter is in response to your letter dated August 10,
2004, whereas you stated that you were not able to release
the 1983 ATF file to me at this time, due to the ATF field
office in St. Louis has advised you that my case is still open
to judicial proceedings.   I'm enclosing for your review, records
from the United States Court of Appeals for the Eighth Circuit.
These records, dated June 3, 2004, June 4, 2004 and July 7,
2004, clearly show that the proceedings in my case is closed.
These orders were entered by the Clerk of Court, Mr. Michael
E. ganns, at the direction of the Court.   I would hope that
you acknowledge that my case is closed and that you will re-
lease the 1983 file.   Also, the 1988 file you released to me
in June 2000, is not the same 1988 file that I'm now requesting.
You advised me since 2000, that you found another 1988 file
in your archives and that if I wanted it to request it, which
I did.   I hope to hear from you soon.

05 2241

FILED

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                    Sincerely yours,

                    *Jerry Lewis Bey*

                              Plaintiff's Exhibit  U

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226   REFER TO: 05- 1010 AG
www.atf.gov                                100060

JUN 9 - 2005

Mr. Jerry Lewis Bey
Reg. #22328-044
FCI – Edgefield
Post Office Box 725
Edgefield, South Carolina  29824

Dear Mr. Lewis Bey:

This is an interim response to your Freedom of Information Act (FOIA) request
for access to information maintained by the Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF), regarding the records you describe in your
letters of April 25, 2005 and April 28, 2005.

We hope grant your request in part, when we receive the field response, and
responsive records are released to this office, to process.

We anticipate responding to you by June 29, 2005.  We apologize for the delay
and will do everything possible to meet the new response date.  Your patience is
greatly appreciated.

Sincerely yours,

Averill P. Graham
Chief, Disclosure Division

05 2241

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit   V

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

JUL 1 8 2005

Washington, DC 20226
www.atf.gov          REFER TO: 05-1010 AG
                                    100060

Mr. Jerry Lewis-Bey
Register #22328-044
FCI Edgewood
Post Office Box 725
Edgewood, South Carolina 29824

RE: File #766506 83 1501 L(01).

Dear Mr. Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to
information maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives
(ATF). You specifically requested information regarding the above. On this date we
contacted the AUSA who is handling legal matters pertaining to you, and were advised
that appeal number 05-244 is open and pending on this date.

Consequently, at this time we must deny your request pursuant to Title 5, U.S.C.
552(b)(7)(A), (and underlying exemptions that may apply at a later date) because release
of this information could reasonably be expected to interfere with enforcement
proceedings.

Insofar as your request has been denied you have the right to file an Administrative
Appeal by writing to the Office of Information and Privacy, United States Department of
Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter of appeal
must be received within 60 days from the date of this letter, indicate that your appeal
concerns ATF records, and use the "REFER TO" number at the upper right of this letter.
Your appeal should state any arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit your FOIA request
when all judicial procedures have been adjudicated.

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Chief, Disclosure Division

**05 2241**

**FILED**

**NOV 1 7 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's   Exhibit   W

Date:   July 29, 2005


To: U.S. Department of Justice
    Office of Information & Privacy
    Flag Bldg.
    Washington, D.C.  20530


From: Mr. Jerry Lewis Bey
      R.C.# 22328-044
      P.O. Box 725
      Edgefield, S.C. 29824


Re:   "APPEAL"

      FOIA # 05-1010 AG
              100060


Dear Appeal Officer:

     This letter is to serve as my appeal of the denial of records
in Bureau of Alcohol, Tobbaco And Firearms (BATF) task force
file [766506 83 1501 (01)] by their agency on July 18, 2005,
after I was advised on June 9, 2005 by Averill P. Graham that
these records would be released to me on or about June 29, 2005.
These records were denied pursuant to 5 U.S.C. 552 (b)(7)(A).

     Back on December 12, 2001 your office upheld the BATF denial
of these records pursuant to (b)(7)(A) in appeal number [CC-68,
194] and cited NLRB v. Robbins Tire & Rubber Co., 437 U.S. 214,
224, 226 (1978).   The above case has never applied to my request
for records from a 22-year old BATF file that has been closed
for 18-years (April 7, 1987).   Nor did Congress intend for re-
cords from a 22-year old case that been closed for 18-years to
be exempt from release, as these records being released would
not interfere with any civil nor criminal enforcement proceed-
ings.

     Averil P. Graham, the BATF Disclosure Chief Officer has over
the past five years denied me access to the records and has ad-

05 2241

FILED

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Exhibit X

vised me that I could appeal however, it would be in my best
interest if I resubmit my FOIA request when my judicial proce-
dures had been adjudicated.    I took her advice and even after
the judicial proceedings were over and I submitted a new request
with documents showing my case was closed, I am still being de-
nied these records as Averill graham and the prosecutor in my
case continues to have open communication and it's his position
that these records should not be release.

Again, it's undisputed that the release of these records
from a 22-year old case that been closed for 18-years which has
been denied for nearly five years has nothing to do with any
on-going lawenforcement proceedings nor will the release of these
records interfere with any kind of proceedings, as of this appeal
I have an application pending before the U.S. 8th Circuit Court
of Appeal requesting permission to file a second 2255 habeas
motion in the district court.    It's also undisputed that whether
or not these records are release will not have anything to do
with the court denying or granting me permission to file a second
2255 motion.

I'm at this time requesting that your office reverse the
BATF denial and order that they release these records pursuant
to the provisions of the FOIA, as it's is clear that Congress
never intended that (b)(7)(A) be used to withhold records from
this 22-year old file that has been closed for 18-years.

Respectfully submitted,

Jerry Lewis Bey
R.G.#22328-044
P.O. Box 725
Edgefield, S.C. 29824

cc: Attorney Anita Rivkin-Carothers
    self

-2-

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642                          Washington, D.C. 20530

SEP 0 6 2005

Mr. Jerry Lewis-Bey
Register No. 22328-044
Federal Correctional Institution      Re:   Appeal No. 05-2516
Post Office Box 725                          Request No. 05-1010
Edgefield, SC  29824                         RLH:BVE:JTR

Dear Mr. Lewis-Bey:

        You appealed from the action of the Bureau of Alcohol, Tobacco,
Firearms, and Explosives on your request for access to records
concerning you.

        After carefully considering your appeal, I have decided to
affirm the ATF's action on your request.

        These records are exempt from the access provision of the
Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  See
28 C.F.R. § 16.106 (2004).  Because these records are not available
to you under the Privacy Act, your request has been reviewed under
the Freedom of Information Act in order to afford you the greatest
possible access to the records you requested.

        The ATF properly withheld information that is protected from
disclosure pursuant to 5 U.S.C. § 552(b)(7)(A).  This provision
protects from disclosure records or information compiled for law
enforcement purposes, the release of which could reasonably be
expected to interfere with enforcement proceedings.  I have also
determined that this information is not appropriate for discretionary
release.

        If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                            Sincerely,

                            Richard L. Huff
                            Co-Director

**05 2241**

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit Y