**FILED**
NOV 1 7 2005

AO 240 (Rev. 9/96)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

_____ District of _____

Jerry Lewis Bey
   Plaintiff

V.

United States Department of Justice
   Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05 2241

I, __Jerry Lewis Bey__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FCI Edgefield, South Carolina__

   Are you employed at the institution? __Yes__  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☐ No   N/A (employed in Institution)

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☑ | ☐ |

RECEIVED
OCT 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.

AO 240 (Rev. 9/96)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

(1) My Sister sends me $50.00 every other month.
(2) My nephew sends me $50.00 a month
(3) My cousin sends me about $200 a year
I can expect to receive money from my sister and nephew

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No   (prison account)

   If "Yes," state the total amount.   see attached document   (prison account)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

   I pay $50.00 a quarter on my court fine to the Eastern District of Missouri federal court at St. Louis.
   (See ARP payments attached)

I declare under penalty of perjury that the above information is true and correct.

10-7-05
Date

Jerry Lewis Bey
Signature of Applicant