UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2241 (JGP) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please **enter** the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

\_\_\_/s/_____
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Notice of Appearance to be served by first class mail upon *pro se* plaintiff at:

Jerry Lewis Bey
Reg. No. 22328-044
Federal Correction Institution
P.O. Box 725
Edgefield, SC 29824

on this 23rd day of December, 2005.

                                            ___/s/_____
                                            DARRELL VALDEZ, D.C. Bar #420232
                                            Assistant United States Attorney