UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JERRY LEWIS BEY,           ) | |
| )  | |
| Plaintiff,     ) | |
| )  | Civil Action No. 05-2241  (JGP) |
| v.                                  ) | (ECF) |
| )  | |
| U.S. DEPARTMENT OF JUSTICE,  ) | |
| )  | |
| Defendant.      ) | |

**DEFENDANT'S SECOND MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The defendant, United States Department of Justice, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for a twenty-one (21) day enlargement of time up to and including March 6, 2006 to file a dispositive motion or otherwise respond to the complaint in this case. In support of its motion, defendant respectfully states as follows:

1. Defendant's answer is currently due February 13, 2006.

2. Plaintiff, a *pro se* prisoner, has sued the Department of Justice, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552(a), concerning his FOIA requests for information on himself and his organization, the Moorish Science Temple of America.[1/]

3. Defendant has only recently pulled the correspondence file together, which is

---

[1/]   By way of the filing of this motion for extension of time, defendant does not waive its defenses, and specifically preserves all defenses including failure to exhaust administrative remedies, lack of jurisdiction, improper defendant, insufficient service of process, and failure to state a claim.

quite extensive, along with all documents provided to plaintiff, and is forwarding the file to counsel for defendant.

4. In addition, due to the press of other matters, including the fact that counsel for defendant was in trial in the matter of <u>Jinks-Umstead v. England</u>, 99cv2691 (GK), and was preparing and responding to dispositive motions in the class-action matter of <u>Rice v. United States</u>, 00cv2960 (JR), counsel is unable to timely prepare a response. Accordingly, counsel for defendant needs additional time to review the matter and prepare a response.

5. Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

6. This is defendant's second motion for enlargement of time.

Wherefore, for all of the foregoing reasons, defendant respectfully requests a twenty-one (21) day enlargement of time up to and including March 6, 2006 to answer or otherwise respond to the complaint in this case.

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with <u>pro se</u> parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner <u>pro se</u> parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner <u>pro se</u> parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* <u>pro se</u> party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,

  /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


  /s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843


## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Second Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Jerry Lewis Bey
Reg. No. 22328-044
Federal Correction Institution
P.O. Box 725
Edgefield, SC 29824


on this 10th day of February, 2006.

  /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney