UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JERRY LEWIS BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-2241 (JGP) |
| v. ) | (ECF) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S THIRD MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Defendant, United States Department of Justice, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for a twenty-one (21) day enlargement of time up to and including March 27, 2006 to file a dispositive motion or otherwise respond to the complaint in this case. In support of its motion, defendant respectfully states as follows:

1. Defendant's answer is currently due March 6, 2006.

2. Plaintiff, a *pro se* prisoner, has sued the Department of Justice, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552(a), concerning his FOIA requests for information on himself and his organization, the Moorish Science Temple of America.[1/]

3. Defendant has pulled the correspondence file together, which is quite extensive,

---

[1/] By way of the filing of this motion for extension of time, Defendant does not waive its defenses, and specifically preserves all defenses including failure to exhaust administrative remedies, lack of jurisdiction, improper defendant, insufficient service of process, and failure to state a claim.

along with all documents provided to Plaintiff, and has forwarded the file to counsel for Defendant.

    4.        The originating agency, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("BATFE"), is attempting to locate the 1983 file at issued in this matter in the BATFE office in St. Louis, MO. As soon as it is located, it will be transferred to counsel for Defendant. Accordingly, Defendant needs additional time to locate and retrieve the file at issue, so that counsel may view the matter and prepare a response.

    5.        Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

    6.        This is Defendant's third motion for enlargement of time.

Wherefore, for all of the foregoing reasons, Defendant respectfully requests a twenty-one (21) day enlargement of time up to and including March 27, 2006 to answer or otherwise respond to the complaint in this case.

---

[2]    Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,


  /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


  /s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843


## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Third Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Jerry Lewis Bey
Reg. No. 22328-044
Federal Correction Institution
P.O. Box 725
Edgefield, SC 29824

on this 2nd day of March, 2006.


  /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney