UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2241 (JGP) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Third Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of March, 2006, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that the time in which defendant shall answer or otherwise respond to the complaint in this matter is enlarged to March 27, 2006.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE