UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-2241 (JGP) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of March, 2006, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that the time in which defendant shall answer or otherwise respond to the complaint in this matter is enlarged to March 31, 2006.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE