# <u>Jerry Lewis Bey v. Bureau of Alcohol, Tobacco, Firearms and Explosives</u>

# Case No. 05-2241

# Defendant's Exhibits K-T

June 10, 2000

To: Department Of The Treasury
    Bureau Of Alcohol, Tobacco And firearms
    Attn: Mr. Averill P. Grapham
    FOIA Section/ Disclosure Division
    650 Massachusetts Avenue
    Washington, D.C. 20226

Re: Disclosure Number/ 00-1499
                        122000


Dear Mr. Averill:

    Sir, I want to thank you for the disclosure of the 100 pages
of my request. You will find enclosed with this letter, a money
order in the amount of $52.55 for the additional 357 pages that
I may obtain pursuant to my request. Again, I want to thank you
for your cooperation in this matter and I trust that I will
recieve the remaining documents upon receipt of this money order.

                          Sincerely yours,

                          Jerry Lewis Bey
                          22328-044
                          U.S. Penitentiary
                          P.O. Box 1000
                          Leavenworth, KS. 66048








                                                    **EXHIBIT K**

# DEPARTMENT OF TREASURY
# BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## FOIA/PRIVACY ACT INVOICE

| Date: *9/3/00* | Invoice number: *00-150* |
|---|---|

### Instructions to Payer

Send check or money order to "Bureau of Alcohol, Tobacco and Firearms", to the address shown below. Please include a copy of the invoice with your payment.

| To: (Payer) | From: |
|---|---|
| *JERRY LEWIS BEY* *REG# 22328-044* *P. O. B. 100* *LEAVENWORTH. KS 66048* | Chief, Disclosure Division Bureau of Alcohol, Tobacco and Firearms Room 8430 Washington, DC 20026 |

| DESCRIPTION | COST | EACH | QUANTITY OR TIME | AMOUNT |
|---|---|---|---|---|
| Photocopies | $.15 | Page | *3570a.* | *$52.55* |



| PLEASE PAY THIS AMOUNT ➡ | $ *52.55* |
|---|---|

| REMARKS |
|---|
| *00-1499* |

ATF F 1200.3          PREVIOUS EDITIONS ARE OBSOLETE

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## CORRESPONDENCE APPROVAL AND CLEARANCE

JUL - 3 2000

REFER TO: 00-1499
122000

Mr. Jerry Lewis Bey
Reg. #22328-044
U.S. Penitentiary
P.O. Box 1000
Leavenworth, Kansas  66048

Dear Mr. Bey:

This is in further response to your Freedom of
Information Act request for access to information
maintained by the Bureau of Alcohol, Tobacco and
Firearms.

Your request is granted in part.  We are releasing
segregable portions of the record that contain exempt
information and are withholding portions of the record
for the reasons indicated on the enclosed Document
Cover Sheet.  This is the final release of responsive
records.

Your payment for the full amount invoiced has been
received.

Insofar as your request has been partially denied by
deletions, you may submit a request for an
administrative appeal by following the procedures
outlined on Part III of the enclosed form.  It has been
a pleasure to assist you.

Sincerely yours,

**(Signed) Averill P. Graham**

Averill P. Graham
Disclosure Specialist,

**EXHIBIT L**

Enclosure

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| CODE | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)

*U.S. GPO: 1999-455-184/95698

To: Department of The Treasury          July 17, 2000
    Bureau Of Alcohol,Tobacco And Firearms
    Attn: Mr. Averill P. Graham
    Disclosure Specialist
    Washington,D.C. 20226

From: Mr. Jerry Lewis Bey
      22328-044
      P.O. Box 1000
      Leavenworth,Kansas 66048

                                   JUL 2 7 2000
                                   RECEIVED

                                          00-2174
Re: FOI/PA No.00-1499                     7/23
         122000

Dear Mr. Graham:

Sir, this letter is to acknowledge receipt of my FOI/PA
disclosure that I recieved from your agency July 2000. According
to your letter, you indicated that this was my final release
responsive to my request. Sir, in my initial request back on July
4,1997, I requested information on me and my organization, the
Moorish Science Temple of America. I specifically requested
information concerning the April 1986 to July 1986 pen register
on me at 11882 San Remo. The ATF was the lead agency in this
investigation which began in 1983 and was terminated in March or
April 1987. I'm enclosing a copy of a document from the FBI
showing your agency was involved in this investigation. I
requested all pen registers, survelliance logs, and toll records
during this period. Your disclosure only sent me documents from
1988 to 1997.

Sir, again, I'm willing to pay the full amount for this
disclosure, and if my first request has been closed, then I hope
that you will consider this a new request pursuant to the FOI/PA
and that I will hear from you within ten(10) working days of your
agency finding the above request.

                              Sincerely yours

                              Jerry Lewis Bey
                              22328-044
                              P.O. Box 1000
                              Leavenworth,KS 66048

                                                    EXHIBIT M

c/R
00-1499

To:  Treasury Department                        July 27, 2000
     Bureau of ATF
     FOI/PA Section
     1500 Pennsylvania Ave. N.W.
     Washington, D.C. 20220



From: Jerry Lewis Bey
      22328-044
      U.S.Penitentiary
      P.O. Box 1000
      Leavenworth, Kansas 66048

Re: ATF Records on Fred Knox Pursuant To
    Freedom of Information And Privacy Act

Dear FOI/PA Officer:

     Sir, this request is seeking information maintained in your
files on a Fred Knox, who was killed in St. Louis, Missouri on
October 3,1990. This request is pursuant to the Freedom of
Information and Privacy Act, Title 5 U.S.C. Section 552 and Title
5 U.S.C. Section 552(a).

     Sir, I realize that before your agency can release
information on another individual (Fred Knox), the FOI/PA states
that I must submit proof of death or a privacy waiver from that
person. Proof of death can be a death certificate, obituary, or a
recognized reference source. Please find enclosed a sworn
testimony of Dr. Phillip Burch, taken on March 15,1993 during my
trial. DR. Burch performed the autopsy on Mr. Knox and
pronounced him dead.

     Sir, the information sought is all documents showing
interviews of Mr. Knox and ATF agents in St. Louis between April
1989 and November 1990. One particular meeting took place on
April 23,1990, with Knox and ATF agent Theodore Heitzler where
knox discussed his sales of firearms. Sir, I will expect to hear
from your agency within ten (10) working days after your agency
locate and process my request. I thank you in advance for your
time and concern in this matter.

                                    00-2239
                                    8/3

                                         **EXHIBIT N**

Respectfully yours

Jerry Lewis Bey
22328-044
P.O. Box 1000
Leavenworth, KS. 66048

To: Treasury Department
Bureau of ATF
FOI/PA Section
1500 Pennsylvania Ave. N.W.
Washington, D.C. 20220

July 27, 2000



From: Jerry Lewis Bey
22328-044
U.S.Penitentiary
P.O. Box 1000
Leavenworth, Kansas 66048

Re: ATF Records on Fred Knox Pursuant To
Freedom of Information And Privacy Act

*60-2239
Same request as file
still
open*

Dear FOI/PA Officer:

    Sir, this request is seeking information maintained in your files on a Fred Knox, who was killed in St. Louis, Missouri on October 3,1990. This request is pursuant to the Freedom of Information and Privacy Act, Title 5 U.S.C. Section 552 and Title 5 U.S.C. Section 552(a).

    Sir, I realize that before your agency can release information on another individual (Fred Knox), the FOI/PA states that I must submit proof of death or a privacy waiver from that person. Proof of death can be a death certificate, obituary, or a recognized reference source. Please find enclosed a sworn testimony of Dr. Phillip Burch, taken on March 15,1993 during my trial. DR. Burch performed the autopsy on Mr. Knox and pronounced him dead.

    Sir, the information sought is all documents showing interviews of Mr. Knox and ATF agents in St. Louis between April 1989 and November 1990. One particular meeting took place on April 23,1990, with Knox and ATF agent Theodore Heitzler where knox discussed his sales of firearms. Sir, I will expect to hear from your agency within ten (10) working days after your agency locate and process my request. I thank you in advance for your time and concern in this matter.

**EXHIBIT O**

Respectfully yours

Jerry Lewis Bey
22328-044
P.O. Box 1000
Leavenworth, KS. 66048

2

*Burch — Whittaker Avant*

*Dwyer Ramsey George*

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF MISSOURI

3                        EASTERN DIVISION

4

UNITED STATES OF AMERICA,        )
5                                 )
                   Plaintiffs,    )
6                                 )
vs.                               )        No. 91-1CR(6)
7                                 )
JERRY LEE LEWIS-BEY, et al,       )        MARCH 15, 1993
8                                 )
                   Defendants.    )        VOLUME 53
9

10

PRESENT:                         Honorable Goerge F. Gunn
11                               District Judge, Presiding

12

13  FOR THE PLAINTIFF:           Mr. Michael Fagan
                                 Mr. Dean Hoag
14                               Mr. Dan Meuleman
                                 Asst. U.S. Attorneys
15                               1114 Market St.
                                 St. Louis, MO   63101

16

17

FOR THE DEFENDANT               Ms. Doris Black
18  JERRY LEWIS-BEY:            314 North Broadway
                                 St. Louis, MO   63102

19

FOR THE DEFENDANT               Ms. Irene Smith
20  CARLA SIMONE SEALS:         5055 Cote Brillante
                                 St. Louis, MO   63113

21

FOR THE DEFENDANT               Mr. Alfred Speer
22  RAYMOND AMERSON-BEY:        222 South Central, Suite 505
                                 Clayton, MO   63105
23                       APPEARANCES CONTINUED

24                         PATRICIA WHITE
                        Official Court Reporter
25                    1114 Market St., 1st Floor
                        St. Louis, MO   63101

1

2                              I N D E X

3   MOTIONS                                          4

4                      DR. PHILLIP BURCH
    DIRECT EXAMINATION BY MR. HOAG:                  7
5   CROSS-EXAMINATION BY MS. BLACK:                  10
    CROSS-EXAMINATION BY MR. MARTIN:                 13

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Fine.  You can call the jury in.

2                        (THE JURY ENTERS THE COURTROOM.)

3          THE COURT:  Good morning.  We had no storm.  Mr.

4   Thornton is not here this morning.  Ms. Spencer will be in

5   his place just this morning.  Okay we're ready to proceed.

6   He's already been sworn.

7                   DR. PHILLIP BURCH,

8   having previously been sworn upon oath, testified as

9   follows:

10          THE COURT:  You'll still be under oath, sir.

11          DIRECT EXAMINATION BY MR. HOAG:

12  Q.  May I proceed?  State your name for the record please?

13  A.  My name is Phillip Burch.

14  Q.  Doctor, we have been through this a number of times so

15  we'll get right to it.  I want to direct your attention to

16  10/3/90.  October 3, 1990.  Did you have occasion shortly

17  after that, I believe on the 4th, approximately 8:00 a.m. to

18  conduct a postmortem examination of an individual identified

19  as Fred Knox?

20  A.  Yes.

21  Q.  And let me hand you a couple of photographs which I have

22  marked 316 R and S.

23          MS. BLACK:  Your Honor, before the witness

24  proceeds, we would like to object to any testimony

25  concerning Fred Knox for the same reasons that we did with

1    respect to the other witness.

2            THE COURT:  All right.  That will be allowed and,

3    allowed to make the objection and it is continuing.  It will

4    be overruled.

5            MS. BLACK:  Fine.

6            BY MR. HOAG:

7    Q.  Do you recognize those photographs, Doctor?

8    A.  Yes, I do.

9    Q.  Those are photographs of?

10   A.  These are photographs of the body of Fred Knox taken for

11   identification purposes and to illustrate gunshot wounds to

12   the head.

13   Q.  And you prepared a report in that regard, sir?

14   A.  Yes.

15   Q.  Handing you what's been marked government's exhibit

16   317.  What is that, sir?

17   A.  This is a copy of an autopsy report I did on the autopsy

18   of Fred Knox.

19   Q.  Okay.  And it bears a number, does it not?

20   A.  Yes.

21   Q.  And that number is also reflected in the photographs

22   marked 316 R and S, is that correct?

23   A.  Yes.

24   Q.  And those photographs, do they fairly and accurately

25   depict the body of Mr. Knox, when you examined it, I

1   believe, on October 4, 1990?

2   A.  Yes.

3   Q.  Now will you detail for the members of the jury the

4   evidence of injury that you noted in the course of your

5   examination?

6   A.  Yes, there are three gunshot wounds to the head.  There

7   were two entrances at the lower jaw.  Both of these gunshot

8   wounds passed through the lower jaw, entered the head and I

9   retrieved the bullets from the brain.  There was one bullet

10  that entered below the left ear, went from back to front

11  direction and exited out below the right ear.

12                          (DEFENDANT DARDEN-BEY ENTERS.)

13  Q.  Did you form an opinion as to the cause and manner of

14  death of Mr. Knox?

15  A.  Yes, I did.

16  Q.  What was your opinion, sir?

17  A.  Gunshot wounds, head.

18  Q.  Did you also have occasion to perform any toxicology

19  reports or have caused, cause to be performed any toxicology

20  reports?

21  A.  Yes, I did.

22  Q.  All right.  Would you tell or detail for the members of

23  the jury the results of the toxicology reports?

24  A.  No drugs were found in either the blood or the urine

25  taken from the body of Fred Knox.

1    Q.  How about alcohol?

2    A.  None.

3    Q.  So there were no drugs and no alcohol found in the body

4    itself, is that correct?

5    A.  That's correct.

6    Q.  And the manner of death you said?

7    A.  Manner of death is homicide.

8              MR. HOAG:  No further questions, Your Honor.

9              THE COURT:  All right.  I just would like the

10   record to show Mr. Darden-Bey was not here initially but is

11   here in the courtroom now.

12             MR. HOAG:  I would like to offer 316 R and S and

13   317, the autopsy report.

14             THE COURT:  Any objection other than that already

15   noted?

16             MS. BLACK:  None, Your Honor.

17             THE COURT:  It will be received.

18             MR. HOAG:  Thank you, Your Honor.

19

20

21

22

23

24

25   A.  I went to work at my, in the usual course of my work and

To: Department of The Treasury       July 27, 2000
    Bureau of Alcohol, Tobacco And Firearms
    Attn: FOI/PA Office
    1500 Pennsylvania Ave. N.W.
    Washington, D.C. 20220

FROM: Jerry Lewis Bey
     22328-044
     P.O. Box 1000
     Leavenworth, Kansas 66048

RE: ATF Records on Jerry Lewis Bey
    From May 1, 1986-July 31, 1986.



Dear FOI/PA Officer:

    This letter is pursuant to the Freedom of Information and Privacy Act, Title 5 U.S.C. Section 552 and Title 5 U.S.C. Section 552(a). This request is for information maintained by the ATF agency on myself from May 1, 1986 through July 31, 1986.

    Sir, on May 1, 1986, agents from the ATF, in conjunction with agents from the FBI conducted an investigation on me from within an undercover apartment at the Country Side Apartments in St. Louis, Missouri. I was living at 11882 San Remo and at some unknown apartment the ATF agents installed a Time Laspe Video System in the undercover apartment. This video was set on a 24 hour cycle from 5-1-86 to 7-31-86 and recorded all activity in and out of my apartment. The ATF and FBI used a Burroughs micro computer. I'm requesting all survellance logs, notes, and any debriefing reports and photos.

    I'm also requesting all records of a pen-register that the ATF agents and FBI agents had on my telephone through South Western Bell Telephone Company from April 1986 through July 31, 1986. I'm requesting all computer print outs that show the numbers that was dialed from my apartment and the number of times each number was dialed. My telephone number was area code (314) 741-3118 and this was the number the penregister was on. Special Agent clark Young was one of the ATF agents in charge of the investigation. Again, I want to thank you in advance for your time and concern and according to the Act, I shall expect to hear from your agency within ten(10) working days upon receipt of this request.

**EXHIBIT P**

Respectfully submitted,

Jerry Lewis Bey
22328-044
P.O. Box 1000
Leavenworth, Kansas 66048

2

U.S. Department of Justice    Certification of Identity

PRIVACY ACT STATEMENT: In accordance with 18 C.F.R. Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who use the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester[1]    _Jerry Lewis Bey - 22328-044_

Current Address    _P.O. Box 1000 Leavenworth, KS. 66048_

Date of Birth    _October 7, 1950_

Place of Birth    _October 7, 1950 at St. Louis, Missouri_

Social Security Number[2]    _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_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. Section 552a(i)(3) by a fine of not more than $5,000.

Signature[3]    _Jerry Lewis Bey_    Date    _7-27-2000_

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requestor who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

FORM APPROVED OMB NO. 1103-0016

_____
(Print or Type Name)

FORM DOJ-361  EXPIRES 1/31/01

FEB. 98

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

To: Department of The Treasury        July 27,2000
    Bureau of Alcohol,Tobacco And Firearms
    Attn: FOI/PA Office
    1500 Pennsylvania Ave. N.W.
    Washington, D.C. 20220

FROM: Jerry Lewis Bey _Self-again_
    22328-044
    P.O. Box 1000
    Leavenworth, Kansas 66048

RE: ATF Records on Jerry Lewis Bey
    From May 1, 1986—July 31,1986.



Dear FOI/PA Officer:

    This letter is pursuant to the Freedom of Information and Privacy Act, Title 5 U.S.C. Section 552 and Title 5 U.S.C. Section 552(a). This request is for information maintained by the ATF agency on myself from May 1,1986 through July 31, 1986.

    Sir, on May 1,1986, agents from the ATF, in conjunction with agents from the FBI conducted an investigation on me from within an undercover apartment at the Country Side Apartments in St. Louis, Missouri. I was living at 11882 San Remo and at some unknown apartment the ATF agents installed a Time Laspe Video System in the undercover apartment. This video was set on a 24 hour cycle from 5-1-86 to 7-31-86 and recorded all activity in and out of my apartment. The ATF and FBI used a Burroughs micro computer. I'm requesting all surveillance logs, notes, and any debriefing reports and photos.

    I'm also requesting all records of a pen-register that the ATF agents and FBI agents had on my telephone through South Western Bell Telephone Company from April 1986 through July 31,1986. I'm requesting all computer print outs that show the numbers that was dialed from my apartment and the number of times each number was dialed. My telephone number was area code (314) 741-3118 and this was the number the penregister was on. Special Agent clark Young was one of the ATF agents in charge of the investigation. Again, I want to thank you in advance for your time and concern and according to the Act, I shall expect to hear from your agency within ten(10) working days upon receipt of this request.

**EXHIBIT Q**

Respectfully submitted,

Jerry Lewis Bey
22328-044
P.O. Box 1000
Leavenworth, Kansas 66048

2

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

AUG 3 0 2000

REFER TO: 00-2171
122000

Mr. Jerry Lewis Bey
Reg. #22328-044
P.O. Box 1000
Leavenworth, Kansas 66048

Dear Mr. Bey:

This is in response to your three letters relative to your initial Freedom of Information Act (FOIA) request to the Bureau of Alcohol, Tobacco and Firearms (ATF) we are treating these as aggregate requests.

There are two letters dated July 27, 2000, the *first* one asks for interviews with Mr. Fred Knox and ATF agents between April 1989 and November 1990. The *second* letter dated July 27, 2000, requests a video from May 1986 to July 31, 1986, and also records of a pen register from April 1986 through July 31, 1986. Your *third* letter dated July 17, 2000, requests information concerning a pen register between April 1986 and July 1986, you also state that ATF was the lead agency and enclose an FBI document pertaining to your statement.

We are currently searching for some of the information you seek. It is anticipated that the records if located will be mailed to you by September 21, 2000. We apologize for the delay and will do everything possible to meet this new response date. Your patience is greatly appreciated, while your FOIA request is being processed.

Sincerely yours,

Averill P. Graham
Disclosure Specialist

**EXHIBIT  R**

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| CODE | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)                *U.S. Government Printing Office: 2000 — 461-270/23737

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## CORRESPONDENCE APPROVAL AND CLEARANCE

43
13
REFER TO: 00-2239            20
SEP 2 9 2000                 122000            b7e
                                              b7F
Mr. Jerry Lewis Bey                                        b7D
Reg. #22328-044
P.O. Box 1000
Leavenworth, Kansas 66048

Dear Mr. Bey:

This is in response to your letters dated July 17, 2000 and July 27, 2000,
pertaining to your initial Freedom of Information Act (FOIA) request to the Bureau
of Alcohol, Tobacco and Firearms (ATF).

Your letter addresses several issues, we will respond in the order of your
request. You state that a *FBI* document reflects that *ATF was the lead agency* in
your investigation, which began in 1983. The investigative file this Bureau
maintains is a 1988 case file, prior to that time ATF could have been part of a
task force and was not necessarily the lead agency, as the FBI document you
submitted indicates. That document also reflects that *on 4/7/87 ATF officially
closed out their investigation,* which is not correct since the last ATF Report of
Investigation is dated in 1990. Pen register information was denied pursuant to
FOIA exemption (b)(7)(E) and (b)(7)(C). Additionally, we have checked with the
responsible offices and were given to understand that no video exists with ATF.
You may consider other sources. Finally, the information you requested
regarding Mr. Fred Knox has been released in part. The reasons for the
deletions are indicated on the enclosed Document Cover Sheet.

Insofar as deletions have been made in this release, you have the right to file an
administrative appeal by following the procedure outlined in Part III of the
enclosed form. You were afforded you appeal right for the previous (two)
releases on July 3, 2000. Should you have any questions do not hesitate to write
again or call at (202) 927-8480.

Sincerely yours,

(Signed) Averill B. Graham
Disclosure Specialist

Enclosure

**EXHIBIT S**

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| CODE | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)          *U.S. Government Printing Office: 2000 — 461-270/23737

01-1728
7/18

Date: May 11, 2001

To: Department of The Treasury
    Bureau of Alcohol, Tobacco And Firearms
    Freedom Of Information/Privacy Act Section
    815 Olive Street
    St. Louis, Missouri 63101

From: Jerry Lewis Bey
      Reg. No. 22328-044
      U.S. Penitentiary
      P.O. Box 1000
      Leavenworth, Kansas 66048

Re: FOIPA Disclosure On Jerry Lewis Bey
    And The Moorish Science Temple In 1983

Dear FOIPA Officer:

   This request is for disclosure of information on myself,
Jerry Lewis Bey and my organization, the Moorish Science Temple
of America, that was gather by your agency on or about June 1983,
by a ATF Special Agent, Dennis Becker. This request is pursuant
to Title 5 U.S.C. 552 and Title 5 U.S.C. 552(a), the Freedom of
Information and Privacy Act of 1974.

   This information should include all ATF investigation
reports and any other related information concerning the
investigation that should include records from any St. Louis
pager company, the length of the investigation, subpoenas issued,
interviews of any informants. I'm requesting that any
information that is considered segregable for release, be
disclosed according to the Acts, which should include information
on any and all pages. I expect that this search will include all
computer searches as well as any cross-refereces.

JUN 18 2001
RECEIVED

**EXHIBIT T**

Please find enclosed, a sworn copy of Special Agent Dennis Becker's trial transcript, concerning the date of investigation. It is my understanding that I should hear from your agency within ten(10) workings days upon receipt of this letter. I thank you in advance for your time and concern in this matter.

Respectfully submitted,

Jerry Lewis Bey

cc: Department of The Treasury
    Bureau of Tobaac, Alcohol and Firearms
    FOIPA Disclosure Division
    650 Massachusetts Ave.
    Washington,D.C. 20226