# <u>Jerry Lewis Bey v. Bureau of Alcohol, Tobacco, Firearms and Explosives</u>

# Case No. 05-2241

# Defendant's Exhibits U-DD

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

JUN 2 0 2001

JUN 2 0 2001          REFER TO: 01-1778
                               122000

Mr. Jerry Lewis Bey
Reg. #22328-044
USP
P.O. Box 1000
Leavenworth, Kansas  66048

Dear Mr. Bey:

This is in response to your Freedom of information Act (FOIA) request for access to information you believe is maintained by the Bureau of Alcohol, Tobacco and Firearms (ATF).  In the past you have made FOIA requests for a 1983 case file on yourself and/or the Moorish Science Temple, and again you request a 1983 file.

Please refer to our letter of September 29, 2000, responding to your previous request for a 1983 case file.

Should you have any questions do not hesitate to write again, or call at (202) 927-8480.

                    Sincerely yours,




                    Averill P. Graham
                    Team Leader
                    Disclosure Division


**EXHIBIT U**

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)

*U.S. Government Printing Office: 2000 — 461-270/23737

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

JUN 2 0.

JUN 2 6 2001        REFER TO: 01-1718
                              122000

Mr. Jerry Lewis Bey
Reg. #22328-044
USP
P.O. Box 1000
Leavenworth, Kansas  66048

Dear Mr. Bey:

This is in response to your telephone call of June 26,2001.  The message you left
was "The response was vague", and that you are interested in a 1983 case
involving a Dennis Becker, the Moorish Science Temple, and you.

As you have been previously advised, we have not been able to identify
responsive records relating to a 1983 investigation of you or the Moorish Science
Temple.  If there is another year that is of interest to you please advise and we
will gladly search further.  We require additional information to search for a third
party record, Dennis Becker's social security number, and date of birth and
notarized authorization as well.  To enable us to release his/her information to
you.

I trust this clarifies the vague response of June 20, 2001.  Should you have any
questions do not hesitate to write again, or call at (202) 927-8480.

                    Sincerely yours,

                    Averill P. Graham
                    Team Leader, Disclosure Division

**EXHIBIT V**

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|------|-----------|----------|----------|----------|----------|----------|----------|
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)

Date: July 5, 2001

To: Department of The Treasury
    Bureau of Alcohol, Tobacco And Firearms
    Freedom of Information Privacy Act Section
    Attn: Mr. Averill P. Graham/Team Leader
    650 Massachusetts Ave.
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      Reg. No. 22328-044
      USP Leavenworth
      P.O. Box 1000
      Leavenworth, Kansas 66048

Re: **FOIPA No. 01-1718**
         **122000**

Dear Mr. Graham:

This is in response to your June 26, 2001 letter. You indicated that if there was another year that was of interest to me, to please advise and your agency would gladly search further. Sir, please fing the following information that I hope after a search of your indexes and computers that you will find these documents. First, in your June 26,2001 letter, you stated that I would need the social security number and date of birth of Mr. dennis Becker as well as a notorized authorization from him. I was not seeking any 1983 information on Mr. Becker, nor do I seek to obtain any information on him, I only used his name for reference in hoping it would help you find the information I was seeking. Mr. Dennis Becker in 1983 was a Special Agent with the St. Louis ATF field office.

I'm now requesting pursuant to the FOIPA  a report written by an unknown ATF agent on  May 23, 1983, where I was the subject of the investigation as well as the Moorish Science Temple of America, in St. Louis.  Three of my codefendants Raymond Amerson-

**EXHIBIT W**

aka Raymond Amerson Bey, Carlton Darden, aka Carlton Darden Bey, Michael williams, aka Michael Williams EL, who was also part of this investigation, and maybe a crossreference of their names will assist you in locating this document as well as the following. A May 1, 1986 report showing that ATF agents, one a Special Agent Clark Young, installed a 24 hour lapse video camera in a vacant apartment across the street from my residence which was 11882 San Remo.  Michael Williams El was also a subject in this investigation. There is a June 4, 1986 report where S.A. Clark Young was part of a survelliance team that surveilled me on that day. I would also like to have a copy of a April 7,1987 report showing that on this date the ATF closed out the investigation on me. Finally, I would like to have any record showing that on May 5, 1988, a report was written by an unidentified ATF Special Agent, to the St. Louis United States Attorney Mr. Thomas Dittmier, informing him that Raymond Amerson Bey, Gerald Hopkins Bey and Gary Hamell EL, was all top lieutenants of Jerry Lewis Bey, the head of the St. Louis Moorish Science Temple of America. I do hope with the additional codefendants names and the specific dates your agency will be able to locate this information. I want to again take this time out to thank you for your time and efforts in this matter.

                                        Sincerely yours,

                                        Jerry Lewis Bey
                                        Jerry Lewis Bey

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

JUL 2 3 2001

10
0
80 ✓

REFER TO: 01-1869
122000

Mr. Jerry Lewis Bey
REG. #22328-004
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas 66048

Dear Mr. Lewis-Bey:

This is an interim response to your letter dated July 5, 2001, relative to your Freedom of Information Act (FOIA) request for 1983 records pertaining to you and/or the Moorish Science Temple.

We have not been able to locate a 1983 case file responsive to your FOIA request as we previously advised you by letter since September 2000. You were provided a 1988 file, and we did identify another 1988 case titled the Moorish Science Temple, but deemed it not responsive since it is a 1988 case, and not a 1983 case as you requested. If you are interested in this file please advise us and we will request it from the archives. As you know ATF agents often testify for other law enforcement agencies, but only the lead agency generates and maintains a record, if another law enforcement agency investigated you in 1983 then you may want to contact them directly.

We will take no further action unless we hear from you.

Sincerely yours,

Averill P. Graham
Team Leader, Disclosure Division.

**EXHIBIT X**

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| CODE | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)          U.S. Government Printing Office: 2001— 472-826/42914

1718
1869

Date: July 31, 2001

To: Department of The Treasury
    Bureau of Alcohol, Tobacco And Firearms
    Attn: Mr. Averill P. Graham/Team Leader
    Freedom Of Information Disclosure Section
    650 Massachusetts Ave.
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      Reg. No. 22328-044
      U.S. Penitentiary Leavenworth
      P.O. Box 1000
      Leavenworth, Kansas 66048

Re: FOIPA No. 01-1869
            122000

01-2889
8/29

AUG 0 6 2001
RECEIVED

Dear Mr. Graham:

This letter is to acknowledge receipt of your July 23, 2001, letter whereas you indicated that your agency identified another 1988 case on the Moorish Science Temple of America and that if I was interested in that file to please advise your agency and you would request it from your archives. Sir, I would appreciate it very much if your agency would retrieve that 1988 case from your archives and that the documents that is disclosable under Title 5 USC 552 and Title 5 USC 552(a), the Freedom of Information and Privacy Acts, be released to me. I again, appreciate your time and concern in this matter and hope to hear from you soon. As always, I am willing to pay the ten cent per copy for all pages over one hundred.

Sincerely yours,

Jerry Lewis Bey

**EXHIBIT Y**

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

AUG 1 3 2001

REFER TO: 01-2089
122000

Mr. Jerry Lewis Bey
Reg. #22328-044
U. S. P. Leavenworth
P.O. Box 1000
Leavenworth, Kansas 66048

*7A, b2 7C, 7I*
*b5 7E*

RE: 1988 Investigative File.

Dear Mr. Bey:

This is in response to your Freedom of Information Act (FOIA) request for access to information maintained by the Bureau of Alcohol, Tobacco and Firearms (ATF), specifically, records pertaining to the above.

On this date the status of the case responsive to your request was verified, and we were advised that it is open on appeal. Consequently, your request must be denied pursuant to FOIA exemption (b)(7)(A) release of this information could interfere with enforcement proceedings. Additionally, we also apply underlying exemptions, which could apply when the case is closed; (b)(2), (b)(7)(C) and (b)(7)(E). We suggest that you resubmit your request when your appeal process has been adjudicated, at this time we have been advised that no records may be released. As you know the FOIA is not an alternative to the discovery process.

Insofar as your request has been denied, you have the right to file an administrative appeal by petitioning the Assistant Director, Liaison and Public Information by letter. The letter should state any arguments in support of your request, and must be received within 35 calendar days from the date of this letter, or you may resubmit your FOIA at a later date.

Sincerely yours,

(Signed) **Averill P. Graham**

*see purple tabs ——>*

Averill P. Graham
Team Leader
Disclosure Division

**EXHIBIT Z**

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)     *U.S. Government Printing Office: 2001— 472-826/42914

Date: August 20, 2001

*due 9/26/01*

To: Bureau of Alcohol, Tobacco And Firearms
    Department of The Treasury
    FOIPA Section
    Attn: Mr. Averill P. Graham/Team Leader
    650 Massschusetts Ave.
    Washington, D.D. 20226

From: Mr. Jerry Lewis Bey
      Reg. No. 22328-044
      P.O. Box 1000
      Leavenworth, Kansas 66048

Re: FOIPA # 01-2089
            122000

Dear Mr. Graham:

Sir, I recieved your letter dated August 13, 2001, whereas you advised me that the 1988 Moorish Science Temple of America case file that you had spoke about in your July 23, 2001 letter could not be disclosed to me at this time due to the fact that my criminal case is open on appeal and that to release this information could interfere with enforcement proceedings.

Sir, this request has nothing to do with my appeal, my appeal is dealing with procedural matters where a District Court Judge has misstakenly recharacterized my motion as that of another, and this is currently under appeal. Also, as you are aware, that the Justcie Department Memorandum , Office of Public Affairs, dated February 3, 1995, has established a procedure for expediting requests under FOIPA, that concerns "information sought involving "questions about the government's integrity." Sir, the information sought by my request do in fact concerns the integrity of the U.S. Attorney office in St. Louis, as they told the court that they had in fact disclosed all disclosable material in my case. So if these files been disclosed, there is no way that they could involved enforcement proceedings. My request falls under the DOJ Memorandum for this release.

EXHIBIT AA

Sir, I do hope you will reconsider your denial to release this 1988 MSTA file. As you indicated, I know that the FOIPA is not an alternative to the discovery process, and it is also not a vehicle for any government official to hide behind to cover up any misconduct. Again, as always I appreciate your time and concern in this matter and hope that you will reconsider my request in the best interest of justice as established by the DOJ.

Sincerely yours,

Jerry Lewis Bey

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## CORRESPONDENCE APPROVAL AND CLEARANCE

SEP 1 0 2001

9
D
80

REFER TO: 01-2262
122000

Mr. Jerry Lewis Bey
Reg. #22328-044
P.O. Box 1000
Leavenworth, Kansas 66048

Dear Mr. Bey:

This is in response to your letter dated August 20, 2001, wherein you ask that we reconsider our denial by letter dated August 13, 2001.

We cannot accommodate you in this matter. You were provided your appeal rights in our letter dated August 13, 2001 that is your recourse at this time.

Sincerely yours,

(Mrs.) Averill P. Graham
Team Leader, Disclosure Division

**EXHIBIT BB**

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| CODE | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

*Appeal*

Date: September 13, 2001

To: Bureau of Alcohol,Tobacco And Firearms
    Attn: Assistant Director, Liaison and Public Information
    650 Masschusette Ave.
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      Reg. No. 22328-044
      U.S. Penitentiary Leavenworth
      P.O. Box 1000
      Leavenworth, Kansas 66048

Re: **Administrative Appeal/File # 01-2089**
                              **122000**

Dear Assistant Director:

This letter should be considered my appeal of the denial of FOIPA

documents pertaining to myself by the Alcohol, Tobaaco and

Firarms Bureau.  I was informed on July 23, 2001, by Mrs. Averill

P. Graham, that the agency had identified a 1988 case titled the

Moorish Science Temple of America, and that if I wanted this file

to advise and it would be retrieved from the archives. On July

31, 2001, I wrote Mrs. Graham and requested the 1988 file on the

MSTA and on August 13, 2001, I recieved a letter from Mrs.

Graham advising that the 1988 file on the MSTA could not be

disclosed and my request would be denied due to the " status of

the 1988 case file is open on appeal in my case."

I wrote a letter requesting that this denial be reconsidered and

on September 10, 2001, I was again denied and suggested that I

appeal to your office. The problem with this denial, is that the

ATF disclosed another 1988 case file on myself and my

organization, the MSTA, as indicated by Mrs. Graham's July 23,

2001 letter. So, it is my hope that the denial be reversed and

that this file be disclosed pursuant to the FOIPA.

                              Sincerely yours,

                              Jerry Lewis Bey

                                                    EXHIBIT CC

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

September 26, 2001

REFER TO: 122000
01-2262 /RA

Mr. Jerry L. Bey
Reg. No. 22328-044
US Penitentiary Leavenworth
PO Box 1000
Leavenworth, Kansas 66048

Dear Mr. Bey:

This is to acknowledge receipt of your request for Administrative Appeal, which we received in this office on September 25, 2001. You may expect a reply from the Assistant Director, Liaison and Public Information within 20 working days from the date we received your appeal. If you have any questions, please write again or call me on (202) 927- 8480.

Sincerely yours,

Averill P. Graham
Team Leader, Disclosure Division

**EXHIBIT DD**

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| CODE | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)                    *U.S. Government Printing Office: 2001— 472-825/42914