# <u>Jerry Lewis Bey v. Bureau of Alcohol, Tobacco, Firearms and Explosives</u>

# Case No. 05-2241

# Defendant's Exhibits EE-OO



**ASSISTANT
DIRECTOR**

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226
December 12, 2001

CC-68,194

Mr. Jerry Lewis Bey
Reg. No. 22328-044
U.S. Penitentiary Leavenworth
Leavenworth, Kansas  66048

Dear Mr. Bey:

This is in response to your appeal from the decision of the
Disclosure Division of the Bureau of Alcohol, Tobacco and
Firearms (ATF) informing you that it would not release
certain documents to you pursuant to the Freedom of
Information Act (FOIA), 5 U.S.C. § 552 (b)(7)(A).

The Disclosure Division received your appeal letter on
August 14, 2001.  By this letter, you appeal the Disclosure
Division's denial of your FOIA request for all
investigative materials pertaining to you.

After careful examination of this matter, please be advised
that your appeal is denied.  The Disclosure Division
properly withheld responsive documents pursuant to
exemption (b)(7)(A), which authorizes the withholding of
investigatory records compiled for law enforcement purposes
if their disclosure could interfere with pending or
prospective law enforcement proceedings.  Exemption
(b)(7)(A) is a categorical exemption that broadly protects
types and classes of documents from disclosure beause their
production could reasonably be expected to hamper civil or
criminal enforcement proceeding <u>NLRB v. Robbins Tire &
Rubber Co.</u>, 437 U.S. 214, § 224, 236 (1978).

**EXHIBIT EE**

-2-

Mr. Jerry Lewis Bey

The types of records that are responsive to your request
are records compiled for law enforcement purposes.  The
disclosure could reasonably be expected to interfere with
prospective enforcement proceedings and we have determined
that there was no segregable information contained therein.
In addition, at such time when release of the requested
information could no longer reasonably be expected to
interfere with enforcement proceedings, please be advised
that one or more of the other FOIA exemptions, including
exemption (b)(7)(C), are applicable to the requested
records.  Information covered by these exemptions will be
redacted accordingly.

If you are dissatisfied with this decision, you may seek
judicial review of this determination in the United States
district court where you reside, where the records are
stored, or in the District of Columbia.

                    Sincerely yours,

                    Mark Logan
                    Assistant Director
              (Liaison and Public Information)



**CHIEF
COUNSEL**

### DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226

DEC 5 2001

CC-68,194 DF:BKH

MEMORANDUM TO:    Assistant Director
                 (Liaison and Public Information)

        FROM:    Associate Chief Counsel
                 (Disclosure and Forfeiture)

     SUBJECT:    Freedom of Information Act Appeal of
                 Mr. Jerry Lewis Bey
                 Disclosure No. 01-2262

Attached for your consideration is the appeal of
Mr. Jerry Lewis Bey from the decision of the Disclosure
Division to withhold certain law enforcement records
pertaining to him.  The Disclosure Division decided to
withhold the documents pursuant to exemption (b)(7)(A) of
the Freedom of Information Act, 5 U.S.C. § 552.

We recommend that you find that the Disclosure Division
properly denied access to the law enforcement records
because disclosure could be reasonably expected to
interfere with prospective law enforcement proceedings.
Specifically, Mr. Bey's criminal case is currently on
appeal.

We have prepared the attached letter to the requester for
your signature that sets forth the grounds upon which our
recommendation is based.  If you are in agreement, please
sign the letter and return it to this office for mailing.

Richard S. Isen

Attachment



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

DEC 26

To: Bureau of Alcohol, Tobacco and Firearms

Request Number: 01-3468-R

Requester: Jerry Lewis Bey

Subject of Request: Self

JAN 17 2002
RECEIVED

Dear FOIA/PA Contact Person:

The enclosed Freedom of Information Act/Privacy Act request was received by this office.  The paragraphs checked below apply:

1. [ ]  As your office may have records responsive to this request, we are referring it to you for a direct response to the requester.

2. [XX]  While processing this request, we located the enclosed records which originated in your office.  We are referring ___2___ page(s) of material and a copy of the request to you for a direct response to the requester.

We have notified the requester of this referral.

If you have any questions about this matter, please contact the FOIA/PA processor named below.

Sincerely,

02-2262

Suzanne Little
Assistant Director

Name: Tina Joyner

E-mail: Tina.Joyner@usdoj.gov

Enclosure(s)

Form No. 007 - 3/00

**EXHIBIT FF**

Mrs.

Date: Dec.12, 2001

JAN 16 2002
RECEIVED

To: Dept. of The Treasury
    Bureau of Alcohol, Tobacco And Firearms
    Attn: Mrs. Averill P. Graham / Team Leader
    Disclosure Division
    Washington, D.C. 20226

From: JLB
      Reg. No. 22328-044
      USP Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720

Re: 1988 MSTA Investigative File
    FOIPA # 01-2089  /  01-2262
               122000  /  122000

Dear Mr. Graham:                              **EXHIBIT GG**

           This letter is to inform you that my case is
"no longer open on appeal." (See attached document) It
is my hope that your agency will re-open my original
request pursuant to the FOIPA dated July 31, 2001, whereas
I ask for all disclosable documents in the ATF 1988 File
on myself and the MSTA which was found in your
agency archives. I thank you in advance for your
time and concern in this matter and I'm willing to pay
                    (over)

the 10¢ per copy for all pages over 100.

Sincerely,

Jerry Lewis Bey

Jerry Lewis Bey

My new address is as follows:
Jerry Lewis Bey
Reg. No. 22328-044
USP Beaumont
P.O. Box 26030
Beaumont, Texas 77720-6030

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.  01-1342

United States of America,

     Appellee,

vs.

Jerry Lewis Bey,

     Appellant.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri
\*
\*
\*

Before MCMILLIAN, HANSEN, and BYE, Circuit Judges

### JUDGMENT

This appeal comes before the court on appellant's application for a certificate of appealability.  The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.

(5361-010199)

November 12, 2001

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## CORRESPONDENCE APPROVAL AND CLEARANCE

3
2
20
b2, b5
b7C

JAN 23 2002        REFER TO: 02-443
                              122000

Mr. Jerry Lewis-Bey
Reg. #22328-044
USP, Leavenworth
P.O. Box 1000
Leavenworth, Kansas 66048

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request to the United States Department of Justice (DOJ). While processing your FOIA request documents that originated with the Bureau of Alcohol, Tobacco and Firearms (ATF) were located. Those documents were referred to this office for disclosure determination and direct response to you.

We have reviewed the referred documents and made the necessary deletions for the reasons indicated on the enclosed "Document Cover Sheet".

Insofar as your request has been denied in part by deletions, you have the right to submit an administrative appeal, and may do so by following the procedures outlined in Part III of the enclosed Document Cover Sheet.

Sincerely yours,

**(Signed) Averill P. Graham**

Averill P. Graham
Team Leader
Disclosure Division

Enclosure

**EXHIBIT HH**

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)        *U.S. Government Printing Office: 2000 — 461-270/23737



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226

JAN 2 4 2002

REFER TO: 02-461
122000

Mr. Jerry Lewis-Bey
Reg. #22328-044
USP Beaumont
P.O. Box 26030
Beaumont, Texas 77720-6030

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request for access to information you believe is maintained by the Bureau of Alcohol, Tobacco and Firearms (ATF). Specifically, you request records pertaining to you and MSTA.

On this date the status of the case responsive to your request was verified, and we were advised that it is open, since you still have issues pending. Consequently, your request must be denied pursuant to FOIA exemption (b)(7)(A) release of this information could interfere with enforcement proceedings. Additionally, we also cite underlying exemptions, which could apply when the case is closed; (b)(2), (b)(7)(C) and (b)(7)(E). We suggest that you resubmit your request when all issues are adjudicated.

Insofar as your request has been denied, you have the right to file an administrative appeal by petitioning the Assistant Director, Liaison and Public Information by letter. The letter should state any arguments in support of your request, and must be received within 35 calendar days from the date of this letter, or you may resubmit your FOIA in approximately six to eight weeks.

Sincerely yours,

Averill P. Graham
Team Leader, Disclosure Division

WWW.ATF.TREAS.GOV

**EXHIBIT II**

10/9

SEP 1 1 2002
RECEIVED

Date: August 5, 2002


To: Department Of The Treasury
    Bureau of Alcohol, Tobacco And Firearms
    Freedom of Information Unit
    815 Olive Street
    St. Louis, Missouri 63101    02- 2081

From: Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720


Re: <u>ATF 1983-87 Task Force File On Jerry Lewis Bey</u>
    <u>And The Moorish Science Temple of America</u>

Dear FOIA Officer:

    This request is made pursuant to Title 5 U.S.C. Sections 552
and 552(a) of the Freedom of Information and Privacy Acts of 1974
I'm requesting that your agency release to me information being
maintained by your agency on myself, Jerry Lewis Bey and my or-
ganization, Moorish Science Temple of America, founded by me in
October 1979, in the city of St. Louis, state of Missouri.  I'm
specifically requesting information on a 1983 investigation,
whereas your St. Louis office was the lead agency in the investi-
gation.  I'm enclosing reports and memorandums from the FBI,
which should aid you in the search for the requested material.
The enclosed documents show that the ATF was the lead agency in
an OCDE Task Force investigation on me that began in May '83 and
was officially closed by the ATF on April 7, 1987.  This file may
be stored under a 1987 or 1988 case file.  I do hope to hear from

EXHIBIT JJ

your agency within the ten(10) working days pursuant to the Acts.
I'm also enclosing a signed certificate of indentification form.

I'm also making it clear that I only seek to obtain segregable
portions of those reports that can be released.    This information
should include reports showing when the investigation was opened
and closed.    I thank you in advance for your time and concern in
this matter, as I await your reply.

                                            Sincerely yours,

                                            Jerry Lewis Bey
                                            R.G.# 22328-044
                                            U.S. Penitentiary
                                            P.O. Box 26030
                                            Beaumont, Texas 77720

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    JERRY LEWIS BEY    #22328-044

Citizenship Status [2]    U.S.A. CITIZEN    Social Security Number [3]    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

Current Address    U.S.P. BEAUMONT, P.O. BOX 26030, BEAUMONT, TX. 77720

Date of Birth    OCTOBER 7, 1950    Place of Birth    ST. LOUIS, MISSOURI

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____ Date 8-6-02

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OCT 16 2002

REFER TO: 02-2081
122000

Mr. Jerry Lewis Bey
REG. 22328-044
USP – Beaumont
P.O. Box 26030
Beaumont, Texas  77720

Dear Mr. Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to information you believe is maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF).  You specifically, request records relative to you and the Moorish Science Temple of America.  On this date we were advised by the Assistant United States Attorney who is involved with your case that; there is still litigation pending.

At this time we must deny your request pursuant to Title 5, U.S.C. 552(b)(7)(A), and underlying exemptions that may apply, (b)(2), (b)(7)(D), (b)(7)(C), (b)(7)(E); because release of this information could reasonably be expected to interfere with enforcement proceedings.  Furthermore, the FOIA is not an alternative to discovery.

Insofar as your request has been denied you have the right to file an Administrative Appeal by petitioning the Assistant Director, Public and Governmental Affairs by letter at the above address.  Your letter must be received within 35 calendar days from the date of this letter, and should state any arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit you FOIA request when the pending litigation is adjudicated.

Sincerely yours,

Averill P. Graham
Team Leader, Disclosure Division

EXHIBIT KK

c/R 02-2081

03-269

12/9

Date: October 28, 2002

To: Department of The Treasury
    Bureau of Alcohol, Tobaaco And firearms
    Freedom of Information Section
    Attn: Mrs. Averill P. graham
    650 Massachusetts Ave.
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720

Re: October 16, 2002 Letter
    FOIA No. 02-2081
          122000

Dear Mrs. Graham:

This is in response to your letter dated October 16, 2002, where-
as you advised me that at this time your agency must deny my re-
quest, because release of the requested information could reason-
ably be expected to interfere with enforcement proceedings.  That
on October 16, 2002, your agency was advised by the Assistant
United States Attorney who is involved in my case, that there are
still litigation pending.  I'm enclosing copies of litigation
that was pending in my case, in which the latest motion was de-
nied on March 12, 2002.   This filing was before the U.S. Eighth
Circuit Court of Appeals and it ended my filings.  Also, the
Assistant United States Attorney, Michael K. Fagan, who was in-
volved with my case recieved a copy of the herein judgements and
know that there is no litigation pending. If need be, I'll ask

EXHIBIT LL

the U.S. 8th Circuit to forward me a letter, again, verifying

that there is no litigation on my behalf, pending before the court.

In your letter Dated January 24, 2002, which I'm enclosing a copy

you advised me then, that your agency had verified that my case

was open and that I had issues still pending and that I should

resubmit my request when all my issues was adjudicated.  After I

recieved your letter, the 8th Circuit Court of Appeals, on March

12, 2002, denied my petition, which I'm also enclosing a copy of

that decision and Court's Order.  My case been closed since March

12, 2002 which is on file with the appeal court in the Eastern

District of Missouri, at St. Louis.  I have no other way of show-

ing your agency that my most recent request should be granted, as

I do believe that a copy of a Judgement from a U.S. Federal Court

of Appeals, should be proof enough.  All I'm requesting is that

your agency release to me those records responsive to my request

that can be released pursuant to Title 5 USC 552 and 552(a) that

is being maintained by your agency.  I would hope that in light

of the herein records, that your agency would reconsider my re-

quest and conclude that maybe the Assistant U.S. Attorney had

my case confused with another case. I want to thank you in ad-

vance for your time and concern and trust that your better judge-

ment will not be influrence by erroneous information but by the

herein Appeal Court Judgements.

Sincerely yours,

Jerry Lewis Bey

les;

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.  93-3453EMSL

United States of America,

     Appellee,

v.

Jerry Lee Lewis, etc.,

     Appellant.

\*
\*
\*
\*
\*
\*
\*
\*
\*

Appeal from the United States
District Court for the
Eastern District of Missouri

The petition for rehearing filed by the appellant has been considered by the court and is denied.

February 23, 1996

Order Entered at the Direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.    01-1342

United States of America,

     Appellee,

vs.

Jerry Lewis Bey,

     Appellant.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Appeal from the United States
District Court for the
Eastern District of Missouri

Before MCMILLIAN, HANSEN, and BYE, Circuit Judges

### JUDGMENT

This appeal comes before the court on appellant's application for a certificate of appealability.  The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.
(5361-010199)

November 12, 2001

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

NOV 1 3 2002

REFER TO: 03-269 AG
122000

Mr. Jerry Lewis Bey
REG. #22328-044
USP Beaumont
P.O. Box 26030
Beaumont, Texas 77720

Dear Mr. Bey:

This is in response to your letter dated October 28, 2002; wherein you refer to our letter dated October 16, 2002.

On October 16th 2002, by letter you were denied your records, and you were provided your appeal rights.

Our response to your FOIA request has not changed.

Sincerely yours,

**(Signed) Averill P. Graham**

Team Leader. Disclosure Division

**EXHIBIT MM**

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|------|-----------|----------|----------|----------|----------|----------|----------|
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)        *U.S. Government Printing Office: 2002 — 491-811/53563

C/R 03-269

Date: May 15, 2003

To: Department of the Treasury
    Bureau of Alcohol, Tobacco and Firearms
    Attn: Freedom of Information Act Section
    Mrs. Averill P. Graham/Team Leader Disclosure Division
    650 Massachusettes Avenue
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720-6030

MAY 27 2003
RECEIVED

RE: 02-2081
    122000

Dear FOIA Officer:

This letter is to resubmit my earlier Freedom of Information Act request as was advised by your October 16, 2002 letter. Over seven months ago, I made a request for a 1988 ATF file on myself and my organization I founded, the Moorish Science Temple of America (MSTA) in St. Louis, Missouri. Your agency acknowledged that this 1988 file had been located, however, due to the fact that my case was still under litigation, and the release of the information, could reasonably be expected to interfere with enforcement proceedings.

Back in October, I decided not to appeal your decision and took your advise to wait and resubmit my request when the pending litigation had been adjudicated. I'm now making the same request pursuant to Title 5 USC 552 and 552(a) of the FOIPA, and ask that your agency release to me those records. If and for any reason it is determined that portions of the material and records sought is exempt by statute ( 5 USC 552a  (6)(c)(b)(7),(D)(C)(E) or by regulation Menard v. Mitchell, 430 F.2d 468, 139 U.S. App. D.C.113 (1970), Nemtz v. Dept. of Treasury,  446 F. Supp. 102, I request specific citation to authority for such deletion.

03-1630
6/24

EXHIBIT NN

It is further requested that your agency in response to the ma-
terial requested specifically inform me if and to whom the file/
or any material therein contained, has been released to any iden-
tifiable individual or agency, their name, title, purpose and
need for such information, the date of such release, the specific
material that was released, the person within your agency who re-
leased such information and the specific reference to authority,
statute or regulation governing such release (5 USC 552a (d)(1),
Paton v. La Parde,  524 F.2d 862 (CA 3 1975).  If for any reason
you chose not to send me any of the documents or papers requested
then please furnish me with a "vaughn Index" as set forth in
Vaughn v. Rosen, 448 F.2d 820 (1973).


I want to again thank you in advance for your time and concern in
above matter and hope that pursuant to Title 5 USC 552a (6)(A)(I)
that your agency will provide the requested information within
ten (10) working days following receipt of this new request.

I, Jerry Lewis Bey, hereby affirm, under the penalty of perjury
that I am requesting all of the above information and documents
for my personal use.

                         Respectfully submitted,

                         Mr. Jerry Lewis Bey
                         #22328-044
                         U.S.P. Beaumont
                         P.O. Box 26030
                         Beaumont, Texas 77720-6030



cc: Attorney Anita Rivkin-Carothers

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

MAY 29 2003

REFER TO: 03-1630
122000

Mr. Jerry Lewis-Bey
Reg. #22328-044
USP – Beaumont
P.O. Box 26030
Beaumont, Texas  77720-6030

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to information maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF).  You specifically, request records relative to yourself and your organization.  On this date we were advised that the records in question are not releasable due to on going proceedings.

Consequently, at this time we must deny your request pursuant to Title 5, U.S.C. 552(b)(7)(A), and underlying exemptions that may apply (b)(2), (b)(7)(D), (b)(7)(C), (b)(7)(E); because release of this information could reasonably be expected to interfere with enforcement proceedings.

Insofar as your request has been denied you have the right to file an Administrative Appeal by writing to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001.  Your letter of appeal must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and use the "REFER TO" number at the upper right of this letter.  Your appeal should state any arguments in support thereof.

When all proceedings have been adjudicated you may re-submit your FOIA request.

Sincerely yours,

(Signed) Averill P. Graham

Averill P. Graham
Team Leader, Disclosure Division

EXHIBIT  OO

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|------|-----------|----------|----------|----------|----------|----------|----------|
| SURNAME |  |  |  |  |  |  |  |
| DATE |  |  |  |  |  |  |  |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)

*U.S. Government Printing Office: 2003—496-853/65085