# <u>Jerry Lewis Bey v. Bureau of Alcohol, Tobacco, Firearms and Explosives</u>

## Case No. 05-2241

## Defendant's Exhibits PP-ZZ

03 - 1630
C/R
AG

Date: July 30, 2003

AUG 08 2003
RECEIVED

To: Bureau of Alcohol, Tobacco and Firearms
    Attn: Averill P. Graham/Team Leader
    Freedom of Information Disclosure Division
    Washington, D.C. 20226


From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont, Texas 77720-6030


Re: <u>Copy of the June 7, 1983 ATF Report written By ATF Agent
    Dennis Becker Regarding Myself and the Moorish Science
    Temple of America (MSTA)</u>


Dear FOIA Team Leader:

     This is a specific request pursuant to Title 5 USC 552 and
552(a), the Freedom of Information and Privacy Acts.  I'm "<u>only</u>"
requesting a copy of a June 7, 1983 ATF report written by Special
Agent Dennis Becker of the Bureau of Alcohol, Tobacco and Fire-
arms.  I'm aware that in order for your agency to release infor-
mation under the Acts regarding a third party, that party must
authorize you to do so.  I'm making it clear that I'm not seeking
any third party information, as the agent name was disclosed in
open court at my trial, as he testified under oath. The informa-
tion I seek in the report was also testified to in open court,
thus there is no privacy right issue of invasion. I also under-
stand that you would have to delete the agent name, as well as
the name of any of my codefendant's names that will be found in
the report along with the name of the company that released the
information to agent Becker. I'm enclosing a copy of agent Becker
sworn testimony, which should assist you in your search of this
report.  Again, I would like to thank you in advance for your
time and concern and hope to hear from you within the time allow-
ed under the Acts. I would also like to know has the 1988 file on
Moorish Science Temple of America and myself been cleared for
release, if so, please advise,

                          Sincerely yours,

                          Jerry Lewis Bey

03 2174
9/8

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

AUG 1 2 2003

REFER TO: 03-2174 AG
122000

Mr. Jerry Lewis-Bey
Reg. #22328-044
USP – Beaumont
P.O. Box 26030
Beaumont, Texas 77720-6030

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to information maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF). You specifically, requested a copy of a June 7, 1983 statement you say was made by an ATF Special Agent whom you named, and a 1988 case file. On this date we were advised that judicial action is still ongoing.

Consequently, at this time we must deny your request pursuant to Title 5, U.S.C. 552(b)(7)(A), and underlying exemptions that may apply (b)(2), (b)(7)(D), (b)(7)(C), (b)(7)(E); because release of this information could reasonably be expected to interfere with enforcement proceedings.

Insofar as your request has been denied you have the right to file an Administrative Appeal by writing to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter of appeal must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and use the "REFER TO" number at the upper right of this letter. Your appeal should state any arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit you FOIA request in six to eight weeks. We anticipate the investigation should be closed by that time.

Sincerely yours,

(Signed) **Averill P. Graham**
Averill P. Graham
Team Leader, Disclosure Division

**EXHIBIT QQ**

7002-2030-0006-6708-7408

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)    *U.S. Government Printing Office: 2003—496-853/65066

03-3363



Date: August 24, 2003

To: Office of Information and Privacy
    United States Department of Justice
    Flag Building, Suite 570
    Washington, D.C. 20530-0001

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      U.S. Penitentiary Beaumont
      P.O. Box 26030
      Beaumont Texas 77720-6030

Re: <u>APPEAL OF ATF DENIAL OF ATF RECORDS</u>
    REFER TO No. 03-2174 AG
         122000

OFFICE OF INFORMATION
AND PRIVACY

SEP 0 8 2003

**RECEIVED**

Dear Appeal Officer:

This is my letter of Appeal, regarding a denial of records being
records on myself, that was testified to in opened court by a
ATF agent.  My request was denied by the ATF pursuant to Title 5
USC 552(b)(7)(A) and underlying exemptions that the ATF stated
may apply (b)(2), (b)(7)(D),(b)(7)(C) and (b)(7)(E) due to the
release of the requested information could reasonably be expected
to interfere with enforcement proceedings.

It is my understanding that once information has been disclosed
in open court, there exist no privacy rights to prtect. See, <u>Nia-
gara, Mohawk Power Corp v. United States Dep't of Energy</u>, 169
169, F.3d 16, 19 (D.C. Cir. 1999); <u>Accord Cottone v. Reno</u>, 193
F.3d 550 (D.C. Cir. 1999); See Also; <u>Jerry Lewis Bey v. Federal
Bureau of Investigation</u>, (Civil Action No. 01-0299 (JDB) 2002)
The requested information is in public domain as this report was
admitted as a government exhibit at my trial and the information
in the report was testified to by the ATF agent.  I'm only re-
questing a better copy of this report, as the one at my trial was
of poor quality.  I would like for the record sake, to state that
Averill P. Graham mistakenly stated in the ATF denial letter that
I requested "a copy of a statement made on June 7, 1983 by a ATF
agent", I requested a copy of the agent's June 7, 1983 ATF report

Sincerely yours,

Jerry Lewis Bey

**EXHIBIT RR**

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

JAN  6 2004

REFER TO: 03- 2174 AG
100060

Mr. Jerry Lewis Bey
Reg. #22328-044
USP – Beaumont
P.O. Box 26030
Beaumont, Texas  77720-6030

RE. Copy of the June 7, 1983 Report.

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request for access to information maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).  Pertaining to the above.

This portion of your request is granted in part.  We are releasing segregable portions of the records that contain exempt information and withholding portions of the records for the reasons indicated on the enclosed "Document Cover Sheet".

Insofar as a portion of your request has been denied by deletions, you have the right to file an administrative appeal by following the procedures outlined in Part III of the attached form.

Sincerely yours,

*(Signed) Averill P. Graham*

Averill P. Graham
Disclosure Division, Team Leader

Enclosure

EXHIBIT SS

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| CODE | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)

*U.S. Government Printing Office: 2002 — 491-811/53563

Date: January 24, 2004

To: Department of the Treasury
    Bureau of Alcohol,Tobacco and Firearms
    Freedom of Information Section
    Attn: Averill P. Graham/Disclosure Section
    650 Massachusettes Avenue
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      # 22328-044
      F.C.I. Edgefield
      P.O. Box 725
      Edgefield, S.C. 29824

Re: <u>ATF File No. 7665 0683  1501 L (01)</u>

Dear Averill Graham:

I want to first thank you for the disclosure of the June 7,
1983 ATF report that I requested pursuant to the Freedom of
Information and Privacy Acts.   I'm at this time making another
FOIPA request pursuant to Title 5 USC 552 and 552(a).  This
request is for all records in ATF file No. 7665 0683 1501 L
(01), regarding myself and my organization, the Moorish Science
Temple of America (MSTA).  This information should include all
investigation reports, memorandums, photos, and any other related
reords.  I want to again thank you in advance for your time
and concern in this matter and hope to hear from your agency
within the ten (10) working days pursuant to the Acts.

                                    Sincerely Yours,

                                    Jerry Lewis Bey


    cc: self


                                                    **EXHIBIT TT**

U.S. Department of Justice    Certification of Identity

PRIVACY ACT STATEMENT: In accordance with 28 C.F.R. Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester[1]    Jerry Lewis Bey #22328-044

Current Address    FCI, P.O. Box 725, Edgefield, S.C. 29824

Date of Birth    October 7, 1950

Place of Birth    St. Louis, Missouri

Social Security Number[2]    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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. Section 552a(i)(3) by a fine of not more than $5,000.

Signature[3]    Jerry Lewis Bey    Date    1-24-04

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requestor who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

FORM APPROVED OMB NO. 1103-0016                    (Print or Type Name)

                                         FORM DOJ-361  EXPIRES 1/31/01
FEB. 98

---

[1]Name of individual who is the subject of the record sought.

[2]Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3]Signature of individual who is the subject of the record sought.



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

FEB 1 9 2004

Washington, DC 20226

www.atf.gov      REFER TO: 04-777 AG
                          100060

Mr. Jerry Lewis-Bey
Reg. #22328-044
FCI - Edgefield
P.O. Box 725
Edgefield, South Carolina 29824

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to information maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF). You specifically, requested a copy of case file #766 0683 1501 L (01). On this date we were advised that judicial action is still ongoing.

Consequently, at this time we must deny your request pursuant to Title 5, U.S.C. 552(b)(7)(A), and underlying exemptions that may apply (b)(2), (b)(7)(D), (b)(7)(C), (b)(7)(E); because release of this information could reasonably be expected to interfere with enforcement proceedings.

Insofar as your request has been denied you have the right to file an Administrative Appeal by writing to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter of appeal must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and use the "REFER TO" number at the upper right of this letter. Your appeal should state any arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit you FOIA request when all judicial action/procedure have been adjudicated.

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Team Leader, Disclosure Division

**EXHIBIT UU**

**04-777**

Date: March 1, 2004

To: Bureau of Alcohol, Tobacco And Firearms
    Freedom of Information Privacy Act Section
    Attn: Averill P. Graham/ Team Leader
    650 Massachusettes Avenue
    Washington, D.C. 20226



**04-1057**
**4/5**

From: Mr. Jerry Lewis Bey
      # 22328-044
      F.C.I.
      P.O. Box 725
      Edgefield, South Carolina 29824

Re: 1983 ATF File # 766 0683 1501 L (01) On Myself
    1988 ATF File On the Moorish Science Temple of America

Dear Averill Graham:

This letter is in reference to my numerous request to your
agency, the Bureau of Alcohol,Tobacco and Firearms (BATF),
pursuant to the Freedom of Information and Privacy Act (FOIPA).
As you are well aware, I've made these request on myself and
my organization, the Moorish Science Temple of America (MSTA),
and in September 2000, I made a specific request for a 1983
ATF file, that you advised could not be found.  I made the
same request over the years, time after time, and finally,
in a letter dated January 6, 2004, you disclosed the 1983 re-
port that I requested nearly 4-years ago.  During my search
for the 1983 report, you personally advised me in a letter
dated July 23, 2001, that your agency found a 1988 MSTA file
and if I was interested in it to please advise and it would
be retrieved from your agency archives.  It's clear that in
July 2001, I requested that your agency disclosed all dis-
closable material in that 1988 MSTA file, as you suggested,
only to be advise in a letter dated August 13, 2001, that my

**EXHIBIT VV**

request must be denied, due to you having been advised by "
the Assistant United States Attorney in my case, that my case
was still open."

The record is clear and undisputed that I advised you that
you had recieved false and misleading information, and that
my case had been closed since November 22, 1995. See, U.S.
v. Darden, 70 F.3d 1520 (8th Cir. 1995). I even asked that
you contact the clerk office for the Eastern District of Missouri.

What is also now clear is that 4-years later, after you disclosed
the June 1983 ATF report, which clearly revealed that a com-
plete 1983 investigation file existed, I requested other records
from this file pertaining to me and the MSTA, You have again,
personally advised me in a letter dated February 19, 2004,
that your agency must deny my request as you been advised again,
by this same prosecutor, that to disclose this information
may interfere with lawenforcement proceedings and that my case
is still open. I must ask you why must you personally continue
to allow the prosecutor to engage you in his scheme to obstruct
justice by interfering with the spirit of the FOIA process?

In my closing, I respectfully request that you will examine
what has transpired in my situation and know full well that
the prosecutor has used a pattern of deception on the ATF to
conceal his misconduct at my trial and he now uses you personally
to withhold these records. This matter should not need to
be redressed in a court of law, therefore, I'm appealing to
you to review the record and honor my FOIA request.

Respectfully Submitted,

Jerry Lewis Bey

cc: U.S. Congressman William L. Clay
    U.S. Department of Justice/ Criminal Division



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

MAR 1 5 2004

Washington, DC 20226 REFER TO: 04-1057 AG
www.atf.gov                  100060

Mr. Jerry Lewis-Bey
Reg. #22328-044
FCI - Edgefield
P.O. Box 725
Edgefield, South Carolina 29824

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to information maintained by the Bureau of Alcohol, Tobacco, and Firearms (ATF). Your letter of March 1, 2004 reiterated your many FOIA submissions to this Bureau, regarding you and the Moorish Science Temple of America. At the time you requested your 1983, I was advised that release of the file would interfere with on going proceedings. This year when you identiedfied *a specific report* in the 1983 file, I was advised that, that one report could be released in part, and we did. When we identified the 1988 file, we wanted to know if you were interested in it; since you only requested the 1983 file. If you were, we would request the file. However, when the file was requested we were further advised that there were on going judicial proceedings. Your request was denied.

Once again on this date we checked on the status of your case, and were advised that at this time we must deny your request pursuant to Title 5, U.S.C. 552(b)(7)(A) because release of this information could reasonably be expected to interfere with enforcement proceedings.

Insofar as your request has been denied you have the right to file an Administrative Appeal by writing to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter of appeal must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and use the "REFER TO" number at the upper right of this letter. Your appeal should state any arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit you FOIA request when *you no longer have any collateral challenge procedures on going.*

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Team Leader, Disclosure Division

**EXHIBIT WW**

C/R 04-1057

Due 7/21

AG

Date: June 15, 2004

JUN 2 2 2004
RECEIVED

To: Bureau of Alcohol,Tobacco,Firearms and Explosives
    Freedom of Information Disclosure Division
    Attn: Averill P. Graham/Team Leader
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey #22328-044
     Federal Correctional Institution
     P.O. Box 725
     Edgefield, S.C. 29824

Re: FOIA Request No. 04-777 AG
               100060

    FOIA Request No. 04-1057 AG
                 100060

Dear Averill P. Graham:

This request is a follow-up, to resubmit my earlier request
to your agency pursuant to Title 5 USC 552 and 552(a), the Free-
dom of Information and Privacy Acts. In your February 19, 2004
and March 15, 2004 letters, you advised me that " there was
on going judicial proceedings in my case and that although I
had a right to an appeal, you suggested that I resubmit my request
when I no longer have any collateral challenge procedures on
going."

I'm at this time renewing my FOIA request, as you may already
know, that my collateral petitions before the U.S. Eighth Circuit
Court of Appeals on my case has been denied. I'm enclosing
copies of both "Court Orders", which should be sufficient to
verify that my case is now closed, and the release of the infor-
mation I requested will no longer be expected to interfere with
enforcement proceedings pursuant to Title 5 USC 552(b)(7)(A),
and (b)(2), (b)(7)(D),(b)(7)(C), and (b)(7)(E), according to
your letters.

**EXHIBIT XX**

Again, the two ATF investigation files is the 1983 file No. 7665 0683 1501 L (01), and the 1988 Moorish Science Temple of America (MSTA) file.

I want to again thank you in advance for your time and concern in the herein matter and hope that the attached documents from the Appeal Court will resolve the status of my case and assure you that my case is now closed as of this writing.

                                    Sincerely yours,

                                    Jerry Lewis Bey

cc: self
       Clerk of the Eighth Circuit Court of Appeals

U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Correspondence Approval and Clearance

AUG 1 0 2004

REFER TO: 04-1694 AG
100060

Mr. Jerry Lewis-Bey
REG.#22328-044
FCI – P.O. Box 725
Edgefield, South Carolina  29824

Dear Mr. Lewis-Bey:

This is in response to your Freedom of Information Act (FOIA) request dated June 15, 2004, for records maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), pertaining to a 1983 investigation file number 7665 0683 1501 L (01) and the 1988 Moorish Science Temple of America (MSTA) file.

In June of 2000, you were provided the 1988 Moorish Science Temple of America (MSTA) file.  Regarding the 1983 file we checked with the ATF Field Office and were advised that, the 1983 file must be denied at this time due to open judicial proceedings.  Consequently, your request for the 1983 investigative file is denied pursuant to FOIA exemption (b)(7)(A) and other applicable exemptions that may apply.

Insofar as records have not been released, you have the right to request an administrative appeal based on the efficiency of the search.  You may write to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001.  Your letter must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records and use the "REFER TO" number at the upper right of this letter.  Your appeal should state any arguments in support thereof.

Although you have the right to appeal, in your best interest we suggest you resubmit your FOIA request at a later date, as the appeal process can be quite lengthy.

Sincerely yours,

(Signed) Averill P. Graham

Averill P. Graham
Chief, Disclosure Division

**EXHIBIT ZZ**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|------|-----------|----------|----------|----------|----------|----------|----------|
| Surname | | | | | | | |
| Date | | | | | | | |

ATF Form 9310. 3A
Revised May 1 2004

U.S. GPO: 2004—304-380/82803