# Jerry Lewis Bey v. Bureau of Alcohol, Tobacco, Firearms and Explosives

## Case No. 05-2241

## Defendant's Exhibits AAA-III

Ove 9/30

C/R 04-1694

Date: August 23, 2004

To: Bureau of Alcohol, Tobacco, Firearms and Explosives
    Attn: Averill P. Graham/Chief Disclosure Division
    U.S. Department of Justice
    Washington, D.C. 20226

From: Mr. Jerry Lewis Bey
      #22328-044
      FCI
      P.O. Box 725
      Edgefield, S.C. 29824



Re: No: 04-1694 AG
    100060

Dear Averill P. Graham:

This letter is in response to your letter dated August 10,
2004, whereas you stated that you were not able to release
the 1983 ATF file to me at this time, due to the ATF field
office in St. Louis has advised you that my case is still open
to judicial proceedings.   I'm enclosing for your review, records
from the United States Court of Appeals for the Eighth Circuit.
These records, dated June 3, 2004, June 4, 2004 and July 7,
2004, clearly show that the proceedings in my case is closed.
These orders were entered by the Clerk of Court, Mr. Michael
E. ganns, at the direction of the Court.   I would hope that
you acknowledge that my case is closed and that you will re-
lease the 1983 file.   Also, the 1988 file you released to me
in June 2000, is not the same 1988 file that I'm now requesting.
You advised me since 2000, that you found another 1988 file
in your archives and that if I wanted it to request it, which
I did.   I hope to hear from you soon.

                        Sincerely yours,

                        Jerry Lewis Bey

                                        **EXHIBIT AAA**

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.  04-1119/04-1297

Jerry Lewis-Bey,

    Petitioner,

    v.

United States of America,

    Respondent.

On application for Permission
to file a Successive Habeas
Petition

Before WOLLMAN, HANSEN and MORRIS SHEPPARD ARNOLD, Circuit Judges.

### JUDGMENT

    In these consolidated cases, the motion for authorization to file a successive Section 2255 motion and the motion to direct the district court to construe the intended Section 2255 motions as his first Section 2255 motion have been considered and are denied.

    Mandate shall issue forthwith.

(5544-010199)

June 3, 2004

Order Entered at the Direction of the Court

*Michael G. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: *Michael G. Gans*

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.   04-2197

Jerry Lewis-Bey,

    Appellant,

      vs.

United States of America,

    Appellee.

Appeal from the United States
District Court for the
Eastern District of Missouri

### JUDGMENT

Upon consideration of the original district court file, the district court's denial of appellant's Rule 60(b) motion or construed as a petition filed under 28 U.S.C. sec. 2241, is summarily affirmed.

(5361-010199)

June 4, 2004

Order Entered at the direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Correspondence Approval and Clearance

SEP 3 0 2004

REFER TO:  04-2081

Mr. Jerry Lewis Bey
#22328-044
FCI  P.O. Box 725
EDGEFIELD  S.C.  29824

Dear Mr. Lewis Bey:

This is in response to your Freedom of Information Act (FOIA) request for a copy of, or access to, records maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

At this time we must deny your request pursuant to FOIA Title 5, U.S.C. 552 (b)(7)(A) because release of these records could reasonably be expected to interfere with law enforcement proceedings.

Insofar as your request has been denied you have the right to file an administrative appeal by writing to the Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001.  Your letter of appeal must be received within 60 days from the date of this letter and indicate that your appeal concerns ATF records. Please include the REFER TO: number that appears at the right of this letter.  Your letter should present arguments supporting your appeal.

If we can be of further assistance, please write again.

Sincerely yours,

for.    Averill P. Graham
Acting Chief
Disclosure Division

**EXHIBIT BBB**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|------|-----------|----------|----------|----------|----------|----------|----------|
| Surname | | | | | | | |
| Date | | | | | | | |

ATF Form 9310. 3A
Revised May 1. 2004

05-02-05 P12:48 IN    AG

31-may-05
05-1010

Date:  April 25, 2005


To: Bureau of Alcohol, Tobacco And Firearms
    Attn: Freedom of Information Section
    Averill P. Graham/Chief Disclosure Division
    Washington, D.C. 20226

From:  Mr. Jerry Lewis Bey
       R.G. # 22328-044
       FCI Edgefield
       P.O. Box 725
       Edgefield, S.C. 29824


Re:  **Release of 1983 ATF Investigation Records In File
     No. 7665 0683 1501 L (01) Pursunat To The Freedom
     Of Information Act, Title 5 USC 552(a)(3)**    :


Dear Averill Graham:

This letter is in response to your August 10, 2004 letter where
you advised me that at that time you could not release any re-
cords from the 1983 ATF file [7665 0683 1501 L (01)], as you
had checked with the St. Louis ATF field office, and was ad-
vised that there was "[o]pen judicial proceedings" in my case
and that you must deny my request pursuant to FOIA Exemption
(b)(7)(A) and other applicable exemptions that may apply.
You also advised me that I had the right to appeal, however,
you suggested that "[i]n my best interest you suggest that I
resubmit my FOIA request at a later date."

I'm now at that later date, as the U.S. Eighth Circuit Court
of Appeals in St. Louis on April 19, 2005 has denied my last
appeal in my case and I'm enclosing a copy of that order.

I'm also now resubmitting my FOIA request for records in the
1983 ATF File indicated above and I'm specifically, requesting

**EXHIBIT CCC**

that your agency disclose to me [all] records in this file that relates to me and my organization, the Moorish Science temple of America (MSTA) that I found in St. Louis in 1978. This is a specific request pursuant to Title 5 USC 552(a)(3), which states in pertinent part that "[t]he FOIA requires governmental agencies upon any request for records which reasonably describes such records to make the records "promptly" available."

I want to again, thank you in advance for your time and concern in the herein matter as I hope to hear from your agency within the time frame allotted pursuant to the FOIPA.

                              Sincerely yours,

                              Jerry Lewis Bey
                              #22328-044

cc: self
    Attorney Anita Rivkins-Carothers

Date: April

To: Bureau of Alcohol, Tobacco And Firearms
    Attn: Freedom of Information Officer
    1222 Spruce Street # 6.205
    St. Louis, Missouri 63103

From: Mr. Jerry Lewis Bey
    # 22328-044
    P.O. Box 725
    Edgefield, S.C. 29824

Re: <u>Release of Records From The 1983 ATF Task Force File</u>
    <u># 7665 0683 1501 I. (01), On Jerry Lewis Bey And The</u>
    <u>Moorish Science Temple Of America (MSTA) Pursuant To</u>
    <u>Title 5 USC 552 And 552(a) And 552(a)(3)</u>

Dear Foia Officer:

This request is pursuant to the Freedom of Information And
Privacy Act, Title 5 USC 552 and 552 and 552(a)(3).   I'm making
a specific request for records in the 1983 ATF file # 7665 0683
1501 I. (01), titled Jerry Lewis Bey.   I'm making this request
for all records in my name and the name of my organization the
Moorish Science Temple of America (MSTA), that I found in St.
Louis in 1978.    This request should include all records that
is disclosable under the FOIPA, as the FOIA requires governmental
agencies upon [any] request for records which reasonably describes
such records to make the records "promptly" available. 5 USC
552 (a)(3).

These records should include all telephone toll records,
pen-register records, surveillance records, photos, recorded
tapes, and any and all investigation records that show when the

**EXHIBIT DDD**

investigation was officially opened and closed.    I'm requesting
that your agency check all computers and indices of other files
that may include records of myself and the MSTA.

I want to thank you in advance for your time and concern
in the herein matter and hope to hear from your agency within
the time frame allowed pursuant to the FOIPA.

Sincerely yours,

Jerry Lewis Bey
# 22328-044
P.O. Box 725
Edgefield, S.C. 29824

cc: self

-2-

U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Correspondence Approval and Clearance

JUN 9 – 2005                REFER TO: 05- 1010 AG
                                      100060

Mr. Jerry Lewis Bey
Reg. #22328-044
FCI – Edgefield
Post Office Box 725
Edgefield, South Carolina  29824

Dear Mr. Lewis Bey:

This is an interim response to your Freedom of Information Act (FOIA) request
for access to information maintained by the Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF), regarding the records you describe in your
letters of April 25, 2005 and April 28, 2005.

We hope grant your request in part, when we receive the field response, and
responsive records are released to this office, to process.

We anticipate responding to you by June 29, 2005.  We apologize for the delay
and will do everything possible to meet the new response date.  Your patience is
greatly appreciated.

Sincerely yours,


(Signed) Averill P. Graham

Averill P. Graham
Chief, Disclosure Division


**EXHIBIT EEE**

| ode    | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|--------|-----------|----------|----------|----------|----------|----------|----------|
| urname |           |          |          |          |          |          |          |
| ate    |           |          |          |          |          |          |          |

ATF Form 9310. 3A
Revised May 1 2004

*U.S. GPO: 2004—304-380/62603

U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Correspondence Approval and Clearance

JUL 1 8 2005                    REFER TO: 05-1010 AG
                                              100060

Mr. Jerry Lewis-Bey
Register #22328-044
FCI Edgewood
Post Office Box 725
Edgewood, South Carolina 29824

RE: File #766506 83 1501 L(01).

Dear Mr. Bey:

This is in response to your Freedom of Information Act (FOIA) request, for access to
information maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives
(ATF). You specifically, requested information regarding the above. On this date we
contacted the AUSA who is handling legal matters pertaining to you, and were advised
that appeal number 05-244 is open and pending on this date.

Consequently, at this time we must deny your request pursuant to Title 5, U.S.C.
552(b)(7)(A), (and underlying exemptions that may apply at a later date) because release
of this information could reasonably be expected to interfere with enforcement
proceedings.

Insofar as your request has been denied you have the right to file an Administrative
Appeal by writing to the Office of Information and Privacy, United States Department of
Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter of appeal
must be received within 60 days from the date of this letter, indicate that your appeal
concerns ATF records, and use the "REFER TO" number at the upper right of this letter.
Your appeal should state any arguments in support thereof.

Although you have the right to appeal we suggest that you resubmit your FOIA request
when all judicial procedures have been adjudicated.

Sincerely yours,

**(Signed) Averill P. Graham**

Averill P. Graham
Chief, Disclosure Division                    **EXHIBIT FFF**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|------|-----------|----------|----------|----------|----------|----------|----------|
| Surname | | | | | | | |
| Date | | | | | | | |

ATF Form 9310. 3A
Revised May 1 2004

8/10/05    05-2516   FOIA

Ⓐ

ATF

Date:   July 29, 2005

To: U.S. Department of Justice
    Office of Information & Privacy
    Flag Bldg.
    Washington, D.C.  20530

From: Mr. Jerry Lewis Bey
      R.G.# 22328-044
      P.O. Box 725
      Edgefield, S.C. 29824

OFFICE OF INFORMATION
AND PRIVACY

Re:  "APPEAL"
     FOIA # 05-1010 AG
         100060

AUG 1 0 2005

RECEIVED

Dear Appeal Officer:

     This letter is to serve as my appeal of the denial of records
in Bureau of Alcohol, Tobbaco And Firearms (BATF) task force
file [766506 83 1501 (01)] by their agency on July 18, 2005,
after I was advised on June 9, 2005 by Averill P. Graham that
these records would be released to me on or about June 29, 2005.
These records were denied pursuant to 5 U.S.C. 552 (b)(7)(A).

     Back on December 12, 2001 your office upheld the BATF denial
of these records pursuant to (b)(7)(A) in appeal number [CC-68,
194] and cited NLRB v. Robbins Tire & Rubber Co., 437 U.S. 214,
224, 226 (1978).   The above case has never applied to my request
for records from a 22-year old BATF file that has been closed
for 18-years (April 7, 1987).   Nor did Congress intend for re-
cords from a 22-year old case that been closed for 18-years to
be exempt from release, as these records being released would
not interfere with any civil nor criminal enforcement proceed-
ings.

     Averil P. Graham, the BATF Disclosure Chief Officer has over
the past five years denied me access to the records and has ad-

**EXHIBIT GGG**

vised me that I could appeal however, it would be in my best
interest if I resubmit my FOIA request when my judicial proce-
dures had been adjudicated.    I took her advice and even after
the judicial proceedings were over and I submitted a new request
with documents showing my case was closed, I am still being de-
nied these records as Averill graham and the prosecutor in my
case continues to have open communication and it's his position
that these records should not be release.

Again, it's undisputed that the release of these records
from a 22-year old case that been closed for 18-years which has
been denied for nearly five years has nothing to do with any
on-going lawenforcement proceedings nor will the release of these
records interfere with any kind of proceedings, as of this appeal
I have an application pending before the U.S. 8th Circuit Court
of Appeal requesting permission to file a second 2255 habeas
motion in the district court.    It's also undisputed that whether
or not these records are release will not have anything to do
with the court denying or granting me permission to file a second
2255 motion.

I'm at this time requesting that your office reverse the
BATF denial and order that they release these records pursuant
to the provisions of the FOIA, as it's is clear that Congress
never intended that (b)(7)(A) be used to withhold records from
this 22-year old file that has been closed for 18-years.

Respectfully submitted,

*Jerry Lewis Bey*

Jerry Lewis Bey
R.G.#22328-044
P.O. Box 725
Edgefield, S.C. 29824

cc: Attorney Anita Rivkin-Carothers
     self

-2-

Appeal - 05-122



**U.S. Department of Justice**

Office of Information and Privacy

_____

Telephone: (202) 514-3642

*Washington, D.C. 20530*

AUG 1 6 2005

Mr. Jerry L. Bey
Register No. 22328-044
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

     Re:  Request No. 05-1010

Dear Mr. Bey:

     This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for information from the files of the Department of Justice was received by this Office on August 10, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-2516**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

          Sincerely,

          *Nakeitta Gilbert*

     for Priscilla Jones
         Chief, Administrative Staff

ATF

**EXHIBIT HHH**

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 0 6 2005

Mr. Jerry Lewis-Bey
Register No. 22328-044
Federal Correctional Institution    Re:   Appeal No. 05-2516
Post Office Box 725                        Request No. 05-1010
Edgefield, SC  29824                       RLH:BVE:JTR

Dear Mr. Lewis-Bey:

    You appealed from the action of the Bureau of Alcohol, Tobacco,
Firearms, and Explosives on your request for access to records
concerning you.

    After carefully considering your appeal, I have decided to
affirm the ATF's action on your request.

    These records are exempt from the access provision of the
Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  See
28 C.F.R. § 16.106 (2004).  Because these records are not available
to you under the Privacy Act, your request has been reviewed under
the Freedom of Information Act in order to afford you the greatest
possible access to the records you requested.

    The ATF properly withheld information that is protected from
disclosure pursuant to 5 U.S.C. § 552(b)(7)(A).  This provision
protects from disclosure records or information compiled for law
enforcement purposes, the release of which could reasonably be
expected to interfere with enforcement proceedings.  I have also
determined that this information is not appropriate for discretionary
release.

    If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,


                              Richard L. Huff
                              Co-Director




**EXHIBIT III**