# Jerry Lewis Bey v. Bureau of Alcohol, Tobacco, Firearms and Explosives

# Case No. 05-2241

# Defendant's Exhibits JJJ-LLL

Home | PACER | Opinions                                          Help

# General Docket
## US Court of Appeals for the Eighth Circuit

Docket as of June 9, 2004 8:53 pm                              Page 1

---

04-1297  Jerry Lewis Bey v. United States

Court of Appeals Docket #: 04-1297                            Filed: 2/6/04
Jerry Lewis Bey v. United States
original proceeding - Successive habeas Corpus - none    PRO SE
Appeal from: U.S. DISTRICT COURT, EASTERN MISSOURI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0865-4 : S1-91-0001CR
    Trial Judge: Catherine D. Perry, U.S. District Judge
    Date Filed: **/**/**
    Date order/judgment: **/**/**
    Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: pending

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Current cases:
            Lead        Member      Start       End
    Consolidated:
            04- 1119    04- 1297    2/17/04


Docket as of June 9, 2004 8:53 pm                              Page 2

---

04-1297  Jerry Lewis Bey v. United States

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Counsel Information

JERRY LEWIS BEY                  Jerry Lewis Bey
    Petitioner                   Reg. 22328-044
                                 [NTC]
                                 FEDERAL PRISON CAMP
                                 P.O. Box 725
                                 Edgefield, SC 29824

    v.

UNITED STATES OF AMERICA         Michael K. Fagan
    Respondent                   314-539-6890



```
                                Room 421
                                [COR LD NTC usa]
                                Raymond William Gruender, U.S.
                                Attorney
                                [COR LD NTC usa]
                                U.S. ATTORNEY'S OFFICE
                                111 S. Tenth Street
                                Room 20.333
                                St. Louis, MO 63102
                                314-539-2200
```

Docket as of June 9, 2004  8:53 pm                         Page 3

---

04-1297   Jerry Lewis Bey v. United States

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Caption

JERRY LEWIS BEY

       Petitioner

v.

UNITED STATES OF AMERICA

       Respondent


Docket as of June 9, 2004  8:53 pm                         Page 4

---

04-1297   Jerry Lewis Bey v. United States

| Date | Entry |
|---|---|
| 2/6/04 | Original Proceeding Docketed St. Louis, Missouri (dgh) [04-1297] |
| 2/6/04 | PETITION for Permission to file a Successive Habeas Corpus . [04-1297] [1733362] [04-1297] (dgh) [04-1297] |
| 2/17/04 | ORDER filed:granting respondent motion consolidate [1736206-1] [1736216] in 04-1119 granting respondent motion for ext. of time to file response to successive habeas until 2/25/04 [1736206-2] [04-1119, 04-1297] [1736216] in 04-1119 (llb) [04-1119 04-1297] |
| 2/17/04 | MOTION of respondent, USA in 04-1297  , to consolidate for briefing and submission cases 04-1119 & 04-1297. [1736271], for extension of time to file response to successive habeas petition until 2/25/04 . [04-1297] [1736271] w/service |

| | |
|---|---|
| | 2/17/04 (llb) [04-1297] |
| 2/17/04 | APPEARANCE for respondent, attorney Michael K. Fagan [04-1297] [1737059] (skh) [04-1297] |
| 2/23/04 | RESPONSE of respondent, USA in 04-1119, USA in 04-1297 in opposition to petition for Permission to file Successive Habeas Corpus filed [1725554-1] [04-1119, 04-1297] [1738594] in 04-1119, [1733362-1] [04-1119, 04-1297] [1738594] in 04-1297 . (llb) [04-1119 04-1297] |
| 3/9/04 | REPLY filed by Jerry Lewis-Bey in 04-1119, in 04-1297 regarding government's response [04-1119, 04-1297] (llb) [04-1119 04-1297] |
| 5/26/04 | CASE SUBMITTED to a panel. [04-1119, 04-1297] (cmd) [04-1119 04-1297] |
| 6/3/04 | JUDGMENT: Roger L. Wollman, David R. Hansen, Morris S. Arnold. denying petition for Permission to file Successive Habeas Corpus [1725554-1] filed in 04-1119, denying petition for Permission to file Successive Habeas Corpus [1733362-1] filed in 04-1297 DENIED. In these consolidated cases, the motion for authorization to file a successive Section 2255 motion and the motion to direct the district court to construe the intended Section 2255 motion as his first Section 2255 motion have been considered and are denied. [04-1119, 04-1297] [1773627], Mandate shall issue forthwith. [04-1119, 04-1297] [1773627] (cmd) [04-1119 04-1297] |
| 6/9/04 | Record Sent out of the office to lower court at the end of appellate proceedings. Records Included: 1 vol. CM/ECF OF; . [04-1119, 04-1297] (jjf) [04-1119 04-1297] |

[END OF DOCKET: 04-1297]

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/24/2006 09:48:44 | | | |
| PACER Login: | | Client Code: | |
| Description: | dkt report | Case Number: | 04-1297 |
| Billable Pages: | 4 | Cost: | 0.32 |

[Home] [PACER] [Opinions]   [Help]

# General Docket
## US Court of Appeals for the Eighth Circuit

Docket as of June 29, 2005 8:53 pm                    Page 1

---

04-4160   Jerry Lewis Bey v. United States

Court of Appeals Docket #: 04-4160                         Filed: 12/23/04
Jerry Lewis Bey v. United States
prisoner petition - federal - motion to vacate    PRO SE
Appeal from: U.S. DISTRICT COURT, EASTERN MISSOURI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0865-4 : 4:04-cv-01285-CDP    lead: 4:91-cr-1-CDP
    Trial Judge: Catherine D. Perry, U.S. District Judge
    Date Filed: 9/10/04
    Date order/judgment: 11/18/04
    Date NOA filed: 11/29/04
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: in forma pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Current cases:
    None


Docket as of June 29, 2005 8:53 pm                     Page 2

---

04-4160   Jerry Lewis Bey v. United States

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Counsel Information

JERRY LEWIS BEY                 Jerry Lewis Bey
    Movant Below - Appellant    Reg. 22328-044
                                [NTC pro]
                                FEDERAL PRISON CAMP
                                P.O. Box 725
                                Edgefield, SC 29824

    v.

UNITED STATES OF AMERICA        Michael K. Fagan
    Respondent - Appellee       314-539-6890
                                Room 421
                                [COR LD NTC usa]



```
                            U.S. ATTORNEY'S OFFICE
                            111 S. Tenth Street
                            Room 20.333
                            St. Louis, MO 63102
                            314-539-2200


Docket as of June 29, 2005 8:53 pm                    Page 3
```

---

04-4160    Jerry Lewis Bey v. United States

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Caption

JERRY LEWIS BEY

         Movant - Appellant


v.

UNITED STATES OF AMERICA

         Respondent - Appellee


Docket as of June 29, 2005 8:53 pm                Page 4

---

04-4160    Jerry Lewis Bey v. United States

| Date | Entry |
|---|---|
| 12/23/04 | Prisoner Case Docketed   Dist. Ct. Office: St. Louis [1848341] (cah) |
| 12/23/04 | APPLICATION for Certificate of Appealability [04-4160] [1848349] notice of appeal, docket entries, memorandum & order 11/18/04, order of dismissal 11/18/04 (assigned to jmh) (cah) |
| 12/23/04 | BRIEF FILED - Brief of Appellant- Jerry Lewis Bey - 5 pages - 1 copies - w/service 12/5/04. [04-4160] [1848351] (cah) |
| 12/23/04 | RECORDS received: Original File, consisting of one Volume electronic copy of file. Location St. Louis. [04-4160] (cah) |
| 1/7/05 | APPEARANCE for appellee, attorney Michael K. Fagan [04-4160] [1852969] (vla) |
| 3/14/05 | Pro se Amendment to aplnt's brief from Jerry Lewis Bey, Appellant [04-4160] [1878482] (jmh) |
| 4/19/05 | JUDGMENT: Diana E. Murphy, George G. Fagg, Duane Benton. |

|  |  |
|---|---|
|  | denying application for Certificate of Appealability [1848349-1] filed Application for Certificate of Appealability is denied. The appeal is dismissed. [04-4160] [1892606] (dms) |
| 6/10/05 | MANDATE ISSUED [04-4160] (paw) |
| 6/14/05 | RECEIPT for Mandate. [04-4160] [1922013] (dkm) |
| 6/23/05 | Record Sent out of the office to lower court at the end of appellate proceedings. Records Included: 1 vol.ECF OF; . [04-4160] (jjf) |

[END OF DOCKET: 04-4160]

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 03/24/2006 09:48:24 ||||
| PACER Login: | ███████ | Client Code: |  |
| Description: | dkt report | Case Number: | 04-4160 |
| Billable Pages: | 4 | Cost: | 0.32 |

Case 1:05-cv-02241-GK    Document 14-9    Filed 03/31/2006    Page 9 of 13

# General Docket
## US Court of Appeals for the Eighth Circuit

Docket as of March 9, 2006 8:53 pm                    Page 1

---

05-2447   Jerry Lewis Bey v. USA

Court of Appeals Docket #: 05-2447                    Filed: 5/26/05
Jerry Lewis Bey v. USA
original proceeding - Successive habeas Corpus - none   PRO SE
Appeal from: U.S. DISTRICT COURT, EASTERN MISSOURI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lower court information:

    District: 0865-4 : 91-cr-1
    Trial Judge: Catherine D. Perry, U.S. District Judge
    Date Filed: **/**/**
    Date order/judgment: **/**/**
    Date NOA filed: **/**/**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fee status: in forma pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Current cases:
   None


Docket as of March 9, 2006 8:53 pm                    Page 2

---

05-2447   Jerry Lewis Bey v. USA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Counsel Information

JERRY LEWIS BEY              Jerry Lewis Bey
    Petitioner               Reg. 22328-044
                             [NTC pro]
                             FEDERAL PRISON CAMP
                             P.O. Box 725
                             Edgefield, SC 29824

    v.

UNITED STATES OF AMERICA     Michael K. Fagan
    Respondent               314-539-6890
                             Room 421
                             [COR LD NTC usa]



```
                              U.S. ATTORNEY'S OFFICE
                              111 S. Tenth Street
                              Room 20.333
                              St. Louis, MO 63102
                              314-539-2200
```

Docket as of March 9, 2006 8:53 pm                Page 3

---

05-2447   Jerry Lewis Bey v. USA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Caption

JERRY LEWIS BEY

           Petitioner

   v.

UNITED STATES OF AMERICA

           Respondent


Docket as of March 9, 2006 8:53 pm                Page 4

---

05-2447   Jerry Lewis Bey v. USA

| | | |
|---|---|---|
| 5/26/05 | | Original Proceeding Docketed EM St. Louis (jmh) |
| 5/26/05 | | PETITION for Permission to file a Successive Habeas Corpus . [05-2447] [1908064] [05-2447] (jmh) |
| 5/26/05 | | RECORDS received: Exhibits, Located in: St. L, consisting of One Lg. Envelope A1-O from Mr. Lewis Bey. [05-2447] (jmh) |
| 6/16/05 | | MOTION of respondent, USA , to dismiss case or extend time to file response. [05-2447] [1916840] w/service 6/15/05 (jmh) |
| 6/28/05 | | RESPONSE of petitioner, Jerry Lewis Bey, in opposition to respondent motion to dismiss case  filed by USA [1916840-1] [1921185] . (jmh) |
| 7/11/05 | | RESPONSE of petitioner, Jerry Lewis Bey, in opposition to respondent motion to dismiss case filed by USA [1916840-1] [1926152] . (jmh) |
| 7/11/05 | | JUDGE ORDER: denying respondent motion to dismiss case. Respondent is granted 90 days to file its response.  The |

|  |  |
|---|---|
|  | clerk shall furnish resp. w/a copy of Exhs. submitted by pet. [1916840-1] filed by USA (jmh) |
| 8/3/05 | MOTION of petitioner, Jerry Lewis Bey , for reconsideration of order of 7/11/05 which granted respondent a 90 day extension. [05-2447] [1935776] w/service 7/15/05 (jmh) |
| 8/3/05 | MOTION of petitioner, Jerry Lewis Bey , to require Govt. to discontinue interferring with release of records to petitioner. [05-2447] [1935782] w/service 8/1/05 (jmh) |
| 9/2/05 | JUDGE ORDER: denying petitioner motion for reconsideration [1935776-1] filed by Jerry Lewis Bey [05-2447] [1947838], denying petitioner motion for release of documentation and a restraining order [1935782-1] filed by Jerry Lewis Bey [05-2447] [1947838] (jmh) |
| 10/7/05 | MOTION of respondent, USA , extension of time to file Government's Response [05-2447] [1960768] w/service 10/6/05 (jmh) |
| 10/14/05 | JUDGE ORDER: granting respondent motion ext. of time to file their response to SHC petition. Response is now due to be filed on 11/7/05. [1960768-1] [05-2447] [1963387] (jmh) |
| 11/7/05 | RESPONSE of respondent, USA in opposition to petition for Permission to file Successive Habeas Corpus filed [1908064-1] [05-2447] [1972475] . (jmh) |
| 11/21/05 | MOTION of petitioner, Jerry Lewis Bey , extension of time to file reply to oppositon to SHC petition [05-2447] [1977211] w/service 11/14/05 (jmh) |

Docket as of March 9, 2006 8:53 pm                Page 5

---

05-2447   Jerry Lewis Bey v. USA

| | |
|---|---|
| 11/21/05 | ORDER filed:granting petitioner motion ext. of time to file reply. [1977211-1] [05-2447] [1977213] (jmh) |
| 12/21/05 | REPLY filed by Jerry Lewis Bey regarding response to petition. [05-2447] (jmh) |
| 1/3/06 | MOTION of petitioner, Jerry Lewis Bey to amend his SCH petition. [05-2447] [1999177] w/service 12/29/05 (jmh) |
| 1/19/06 | ORDER filed:granting petitioner motion to amend his Successive Habeas Petition [1999187] (jmh) |
| 2/10/06 | AMENDED PETITION for Permission to file a Successive Habeas Corpus [05-2447] [2008739] [05-2447] (jmh) |
| 2/21/06 | Notice of Govt's intent to file a response from Michael K. Fagan for Respondent USA.   [05-2447] [2012020] (jmh) |

| Date | Entry |
|---|---|
| 2/24/06 | RESPONSE of respondent, USA in opposition to petition for Permission to file Successive Habeas Corpus filed [2008739-1] [05-2447] [2013480] . (jmh) |
| 3/9/06 | REPLY filed by Jerry Lewis Bey regarding govt's additional response. [05-2447] (jmh) |

[END OF DOCKET: 05-2447]

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/24/2006 09:47:51 | | | |
| PACER Login: | ███████ | Client Code: | |
| Description: | dkt report | Case Number: | 05-2447 |
| Billable Pages: | 5 | Cost: | 0.40 |