UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2241 (JGP) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

### ORDER

UPON CONSIDERATION of the Defendant's Motion for Summary Judgment, the Memorandum of Points and Authorities in Support thereof, the Opposition of the Plaintiff, and the record herein; and the Court having found that there is no genuine dispute of a material fact; it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that judgment be entered in favor of Defendant.

This is a final, appealable order.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE