UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JERRY LEWIS-BEY, MICHAEL )<br>WILLIAMS-EL, CARLTON DARDEN- )<br>BEY, and RAYMOND AMERSON-BEY, )<br>)<br>Defendants. ) | No. S1-91-0001 CR (6) |

**MOTION TO RECONSIDER ORDER OF NOVEMBER
27, 2000, DENYING DEFENDANTS' MOTION FOR A NEW TRIAL**

Defendant, Michael Williams, El, by his attorney, Anita Rivkin-Carothers, moves this Court to reconsider its order of November 27, 2000, denying Defendants' Motion of a New Trial. In support thereof Defendant states as follows:

**Defendants' Motion Under Rule 33 Is Not time Barred**

1. On January 8, 1997, Defendant, along with certain codefendants, filed a Motion To Vacate Judgment of Conviction and To Dismiss, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, or in the alternative, a Motion for A New Trial, pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

2. The motion for a new trial under Rule 33 was based on newly discovered evidence and was timely filed within two years of the Eighth Circuit's ruling and issuance of its mandate on November 22, 1995. See *Untied States v. Spector, 888 F. 2d 583 (8th Cir. 1989; United States v. Reyes, 49 F. 3d 63 (2nd Cir. 1995).*

Ex. A