UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 2 7 2000
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. S1-91-0001CR(6) |
| ) | |
| JERRY LEE LEWIS, ) | |
| MICHAEL WILLIAMS EL, ) | |
| CARLTON DARDEN BEY, and ) | |
| RAYMOND AMERSON BEY. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This closed criminal case is before me on a variety of motions filed by defendants Jerry Lewis Bey, Michael Williams El, Carlton Darden Bey, and Raymond Amerson Bey. The motions allege that these four defendants were convicted and sentenced to life imprisonment based on prosecutorial misconduct including the knowing use of false testimony and violations of Brady v. Maryland, 373 U.S. 83 (1963). I have carefully reviewed the voluminous file in this case, and have carefully considered the defendants' arguments. I conclude that the defendants have not shown any basis for relief from their convictions or sentences, or any basis for a new trial. Because I further conclude that these motions were, in essence, motions to set aside or vacate convictions under 28 U.S.C. § 2255, and should have been denominated as such, I will deny a certificate of appealability.

Ex. B