| DEPARTMENT OF THE TREASURY - BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | 1. INVESTIGATION ☒ ROUTINE ☐ SENSITIVE ☐ SIGNIFICANT | Page 1 of 1 pages |
|---|---|---|
| **REPORT OF INVESTIGATION (Criminal Enforcement)** | | |
| 2. TO: Special Agent in Charge, St. Louis, Missouri | 3. MONITORED INVESTIGATION INFORMATION (Number and Branch) CIP: St. Louis FY/88 Narcotic Trafficker #2 | |
| 4. TITLE OF INVESTIGATION  et al. | 5. UNIQUE IDENTIFIER (Include Suspect No.) 33920 88 1510X (02) | |

| 6. TYPE OF REPORT | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
|---|---|---|---|---|---|
| PRELIMINARY | COLLATERAL (Request) | X TITLE I | FIREARMS | TARGETED OFFENDER | |
| | | TITLE II | | TERRORIST/EXTREMIST | |
| X STATUS | COLLATERAL (Reply) | TITLE VII | | X OCD | |
| | | TITLE II | EXPLOSIVES | ITAR | |
| FINAL | INTELLIGENCE | TITLE XI | | SEAR | |
| | | TOBACCO | | OMO | |
| SUPPLEMENTAL | REFERRAL (Internal) | ALCOHOL | | X OCDETF (Other Specify) | |

9. DETAILS:

Information received from ___ that Jerry Lewis Bey is currently selling multi-ounce quantities of cocaine in the St. Louis Metropolitan area. Their source further states that Jerry Lewis Bey is in possession of two (2) to three (3) kilograms of cocaine at any given point in time.

___ that an individual identified only as ___ last name unknown (LNU), ___ is a distributor of weapons for Jerry Lewis Bey and a member of the Moorish Science Temple. On or about ___ 1988, ___ contacted Jerry ___ and arranged for the hand grenades ___

Jerry Lewis Bey, met with Jerry Lewis Bey ___ in ___. that Jerry Lewis Bey and ___ met briefly, after which Jerry Lewis Bey departed the ___

Currently surveillances are being conducted on some of the principles. Within the next few weeks, DEA & FBI have requested that ATF provide a four man surveillance team and at best, ___. It is anticipated that approximately 60 arrests will be made in ___ or ___ ATF has been requested to help in the arrests and perfect gun cases against several of the defendants.

Ex. C-1

| 10. SUBMITTED BY (Name) | 11. TITLE AND OFFICE Special Agent, St. Louis, OCDETF | 12. DATE 6-2-88 |
|---|---|---|
| 13. | 14. TITLE AND OFFICE Group Supervisor, St. Louis OCDETF | 15. DATE 6-2-88 |
| 16. | 17. TITLE AND OFFICE Special Agent in Charge, St. Louis, MO. | 18. DATE 6-2-88 |

| DEPARTMENT OF THE TREASURY - BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | | | | 1. INVESTIGATION<br>☒ ROUTINE<br>☐ SENSITIVE   ☐ SIGNIFICANT | | | RCS ATF R 3270.1<br>Page 1 of<br>1 pages |
|---|---|---|---|---|---|---|---|
| **REPORT OF INVESTIGATION (Law Enforcement)** | | | | | | | |
| 2. TO:<br>Special Agent in Charge<br>St. Louis, Missouri | | | | 3. MONITORED INVESTIGATION INFORMATION (Number and Branch)<br>CIP: St. Louis FY/88<br>Narcotics Traffickers  #10 | | | |
| 4. TITLE OF INVESTIGATION<br>_____ et al. | | | | 5. INVESTIGATION No. (Include Suspect No.)<br>33920 88 1510X    (02) | | | |
| 6. TYPE OF REPORT (Check applicable boxes) | | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
| | PRELIMINARY | | COLLATERAL (Request) | X | TITLE I | FIREARMS | | TARGETED OFFENDER |
| | | | | | TITLE II | | | TERRORIST/EXTREMIST |
| X | STATUS | | COLLATERAL (Reply) | | TITLE VII | | X | OCD |
| | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | TOBACCO | | | OMO |
| | SUPPLEMENTAL | | REFERRAL (Internal) | | ALCOHOL | | X | OTHER (Specify)<br>OCDETF |

9. DETAILS:

BACKGROUND

This report relates to the status of the investigation of the drug faction believed to be actively engaged in the distribution of illicit narcotics throughout the St. Louis City and County Area.

INVESTIGATIVE ACTION

During this reporting period open lines of communication have been maintained between agents of the Federal Bureau of Investigation (FBI), Drug Enforcement Administration, Internal Revenue Service (IRS), and Bureau of Alcohol, Tobacco and Firearms. Drug record analyses is still being conducted in Washington, D.C. by FBI analysts. Financial statements evaluation is incomplete at this time and the analysis is being continued by IRS agents.

Assistant United States Attorney _____ is continuing to monitor the progress of this investigations.

During this reporting period this agent has been detailed for a 30-day assignment to the _____ Task Force in _____ Upon completion of this detail assignment a monthly status report reflecting any actions that may have occurred during this agents absence will be forwarded.

This investigation is continuing.

(47)

Ex. C-2

| 10. SUBMITTED BY (Name) | 11. TITLE AND OFFICE<br>Special Agent, OCDETF, St. Louis, MO | 12. DATE<br>1-23-89 |
|---|---|---|
| | 14. TITLE AND OFFICE<br>Act. Group Super., OCDETF, St. Louis, MO | 15. DATE<br>1-23-89 |
| | 17. TITLE AND OFFICE<br>Special Agent in Charge, St. Louis, MO | 18. DATE<br>1-24-89 |

| CLOSING REPORT APPROVED | |
|---|---|
| BY (Signature) | DATE |

### REFUND OR RECOVERY OF INVESTIGATIVE FUNDS

Describe nature of REFUND or RECOVERY. Show check number, bank, amount, and date of check returned to Cashier.

| DATE | EXPLANATION OF RECOVERY OR REFUND | AMOUNT RECOVERED |
|---|---|---|
| | | |

| DATE | SIGNATURE | TITLE |
|---|---|---|

### REQUEST FOR EXTENSION

On              1990, $1,500 was advanced to Special Agent (SA)
           for the purpose of purchasing firearms and information from members of the                                                          the Moorish Science Temple of America (MSTA), both affiliated and presently operating in the St. Louis area.

SA                                  is documented                       this reporting period, 
                                   who will be actively working with members of the MSTA in St. Louis, Missouri.

On            1990, the undersigned SA opened up an investigation on a 
firearms to the criminal element in North St. Louis County, Missouri.   ATF                                have made arrangements to purchase cocaine (DEA funds) and firearms (ATF funds).  This investigation is monitored under headquarters control file number            .  This                      is closely affiliated with MSTA Grand Sheik, Jerry Lewis-Bey.

An attempt will be made the week of              1990, for the purchase of 
of "black tar" heroin                     with DEA funds from a 
                              It is anticipated that future firearms purchases will be made.

A one (1) month extension is hereby requested to monitor this investigation.

Reviewed and Approved by:

                        y, GS              7/2/90
                                            Date

Reviewed and Approved by:

Ex. C-3

                                            7-2-90
SAC                                         Date

ATF F 3220.2  (3-83)

# REPORT OF INVESTIGATION (Law Enforcement)

X ROUTINE
☐ SENSITIVE   ☐ SIGNIFICANT

2 pages

**2. TO:**
Special Agent in Charge
St. Louis District

**3. MONITORED INVESTIGATION INFORMATION (Number and Branch)**
CIP:  St. Louis FY 88   #35
Narcotics Trafficker

**4. TITLE OF INVESTIGATION**
et al.,

**5. INVESTIGATION No. (Include Suspect No.)**
33920 88 1510 X   (01)

**6. TYPE OF REPORT (Check applicable boxes)**

| | | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) |
|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (Request) | X TITLE I | FIREARMS | TARGETED OFFENDER |
| X | STATUS | | | TITLE II | | TERRORIST/EXTREMIST |
| | | | COLLATERAL (Reply) | TITLE VII | | X OCD /ETF |
| | FINAL | | INTELLIGENCE | TITLE II | EXPLOSIVES | ITAR |
| | | | | TITLE XI | | SEAR |
| | SUPPLEMENTAL | | REFERRAL (Internal) | TOBACCO | | OMO |
| | | | | ALCOHOL | | OTHER (Specify) |

**9. DETAILS:**

## BACKGROUND

This report is related to an ongoing Organized Crime Drug Enforcement Task Force (OCDETF) investigation into two major drug distribution organizations presently in operation throughout the St. Louis, Missouri area. These organizations, the Moorish Science Temple of America (MSTA) and the ___, et al., drug organization, are closely affiliated and thus control the majority of the cocaine and heroin distribution in St. Louis. ___ by OCDETF members to help perfect cases on group members and affiliates.

## STATUS

On ___, 1990, the undersigned Bureau of Alcohol, Tobacco and Firearms Special Agent (SA) and SA ___ proceeded to ___ Department (SLPD) and participated with St. Louis Metropolitan Police Detective Sergeant ___ and Detective ___ who were debriefing ___

___ relative to the acquisition of cocaine by Jerry Lewis-Bey and other members of the MSTA. ___ also provided information on how the Temple had used and was using unique strategies to protect its upper members when lower echelon get into trouble with the law. Other techniques were identified that are presently utilized to build a defense (buffer) for Jerry Lewis-Bey and the "Circle of Seven" if the Temple is taken down by law enforcement. ___ presently being put together in the Eastern Judicial District of Missouri.

On Tuesday, July 10, 1990, the undersigned SA and SA ___ attended a meeting involving the MSTA, ___ Strike Force, United States Attorney ___, and Assistant United States Attorney ___. This meeting was held to map out a strategy for the RICO case against the MSTA. ___ wants to target October 1990 for an indictment date on members of the MSTA. ATF has and will continue to play

**10. SUBMITTED BY (Name)**

**11. TITLE AND OFFICE**
SA, St. Louis Drug Task Force

**12. DATE**
7-11-90

**14. TITLE AND OFFICE**
GS, St. Louis Drug Task Force

**15. DATE**
7/13/90

**17. TITLE AND OFFICE**
SAC, St. Louis District

**18. DATE**
7/13/90

ATF F 3270.2 (4-85)

Ex. C-4

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**REPORT OF INVESTIGATION — CONTINUATION SHEET**
(Criminal Enforcement)

PAGE 2 OF 2 PAGES

| TITLE OF INVESTIGATION | UNIQUE IDENTIFIER |
|---|---|
| ___ et al., | 33920 88 1510 X  (01) |

DETAILS (Continued)

a major role in the next several months by assisting in the ongoing effort to charge members of the MSTA with Violations of the Gun Control Act and participating in investigations leading to the final RICO case.

This investigation will continue.

There are funds and property pending in this investigation.



ATF F 3270.3 (5-80)   EDITION OF 10-77 MAY BE USED

COPY 1 - SYSTEMS AND RECORDS BRANCH (HQ)

| DEPARTMENT OF THE TREASURY - BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | | 1. INVESTIGATION ☐ ROUTINE ☒ SENSITIVE ☐ SIGNIFICANT | | RCS ATF R 3270.1 Page 1 of 2 pages |
|---|---|---|---|---|
| REPORT OF INVESTIGATION (Law Enforcement) | | | | |
| 2. TO: Special Agent in Charge St. Louis District | | 3. MONITORED INVESTIGATION INFORMATION (Number and Branch) CIP: St. Louis FY 88   #32 Narcotics Trafficker | | |
| 4. TITLE OF INVESTIGATION --- et al., | | 5. INVESTIGATION No. (Include Suspect No.) 33920 88 1510 X  (01) | | |
| 6. TYPE OF REPORT (Check applicable boxes) | | 7. BUREAU PROGRAM | | 8. PROJECT(S) |
| | PRELIMINARY | COLLATERAL (Request) | X TITLE I | | TARGETED OFFENDER |
| X | STATUS | | TITLE II | FIREARMS | TERRORIST/EXTREMIST |
| | | COLLATERAL (Reply) | TITLE VII | | X OCD/ETF |
| | FINAL | INTELLIGENCE | TITLE II | EXPLOSIVES | ITAR |
| | | | TITLE XI | | SEAR |
| | SUPPLEMENTAL | REFERRAL (Internal) | TOBACCO | | OMO |
| | | | ALCOHOL | | OTHER (Specify) |

9. DETAILS:

**BACKGROUND**

This report is related to an ongoing Organized Crime Drug Enforcement Task Force (OCDETF) investigation into two major drug distribution organizations presently in operation throughout the St. Louis, Missouri area. These organizations, the Moorish Science Temple of America (MSTA) and the ---, et al., drug organization, are closely affiliated and thus control the majority of the cocaine and heroin distribution in St. Louis. --- by OCDETF members to help perfect cases on group members and affiliates.

**STATUS**

On March 30, 1990, the undersigned Special Agent (SA); Drug Enforcement Administration (DEA) SA ---; and St. Louis Metropolitan Police Department (SLPD) Sergeant ---; and --- and Detective --- temporarily until the United States Marshals Service can ---

week of ---, 1990, ---. This move was initiated when during the United States Attorney (AUSA) --- s attorney made mention to Assistant believed that --- that his client, --- was a "snitch" for the government

Based on this move it was decided to do several search warrants on individuals that ---
ednesday, ---, 1990, --- ATF, DEA, and SLPD cases on. On ---, the long time associate of --- , a federal search warrant was conducted on ---, --- ---. A rifle and ammunition was seized by the undersigned SA as a result of that warrant.

| 10. SUBMITTED BY (Name) | 11. TITLE AND OFFICE SA, St. Louis Drug Task Force | 12. DATE 4-17-90 |
|---|---|---|
| 13. APPROVED | 14. TITLE AND OFFICE GS, St. Louis Drug Task Force | 15. DATE 4/17/90 |
| 16. | 17. TITLE AND OFFICE SAC, St. Louis District | 18. DATE 4/18/90 |

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## REPORT OF INVESTIGATION—CONTINUATION SHEET
(Criminal Enforcement)

PAGE 2 OF 2 PAGES

TITLE OF INVESTIGATION: _____ et al.,

UNIQUE IDENTIFIER: 33920 88 1510 X (01)

DETAILS (Continued)

On Thursday, _____, 1990, a federal search warrant was executed on _____, long time associate of _____. As a result of that warrant on _____, two (2) pistols and ammunition were seized by the undersigned SA.

On this same date _____ associate and supplier, _____, was also hit with a federal search warrant at his residence which is located at _____. As a result of that warrant approximately $6,000 in U.S. currency, 1/2-ounce of "black tar" heroin, and an additional _____ plus buttons of heroin were seized by DEA. One revolver loaded with live ammunition was seized by the undersigned SA.

On this same date an additional federal search warrant was applied for by DEA SA _____ on the residence of _____, who resides at _____ where _____,000 of U.S. currency and admitted drug proceeds were secreted by _____. _____ provided this information to SA _____ a later that day,

All of these warrants were based on surveillances performed by the Strike Force _____ for the past year.

Proposed Action

To continue working with the Strike Force so that additional _____'s from the most recent ATF and DEA batch of defendants and future defendants that will be developed. The undersigned Special Agent will continue participating and developing additional ATF violators from this ongoing investigation into the MSTA and _____ et al., (and affiliates) organization. The trial for indicted members of the _____ et al., drug organization members is due to start in June 1990.

There is property and funds pending in this investigation.

F 3270.3 (5-80)    EDITION OF 10-77 MAY BE USED

COPY 1 - SYSTEMS AND RECORDS BRANCH (HQ)

| BY (Signature) | | | DATE |
|---|---|---|---|
| REFUND OR RECOVERY OF INVESTIGATIVE FUNDS ||||
| Describe nature of REFUND or RECOVERY. Show check number, bank, amount, and date of check returned to Cashier. ||||
| DATE | EXPLANATION OF RECOVERY OR REFUND || AMOUNT RECOVERED |
| | | | - |
| DATE | SIGNATURE || |
| | | TITLE | |

## REQUEST FOR EXTENSION

On February 5, 1990, $1,500 was advanced to Special Agent (SA) _____ for the purpose of purchasing firearms and information from members of the _____ the Moorish Science Temple of America (MSTA), both affiliated and presently operating in the St. Louis area.

This investigation continues with RICO indictments expected in _____ for several high ranking members of the MSTA. SA _____ will be assisting the MSTA Strike Force in putting together numerous cases charging the leaders and high ranking members with Violations of the Gun Control Act, Federal Narcotics Violations, and RICO. A Federal Grand Jury convened the first week of October and has been hearing testimony regarding MSTA contract murders, drug dealings, and their continuing criminal enterprise. Final arrest and search warrants are expected _____ Additional surveillances, interviews, and possible narcotics/firearms purchases to help bring this investigation to a close may entail these funds.

This investigation will continue.

A one (1) month extension is hereby requested to monitor this investigation.

Reviewed and Approved by:



_____   1-2-91
                    Date

Reviewed and Approved by:


_____   1/2/91
     SAC            Date

(119)                          ATF F 3220.2  (3-83)

Ex. C-6

RCS ATF R 3270.1

# REPORT OF INVESTIGATION (Law Enforcement)

☒ ROUTINE
☐ SENSITIVE   ☐ SIGNIFICANT

2 pages

**2. TO:**
Special Agent in Charge
St. Louis District

**3. MONITORED INVESTIGATION INFORMATION (Number and Branch)**
CIP:  St. Louis FY 88
Narcotics Trafficker                        #36

**4. TITLE OF INVESTIGATION**
_____, et al.,

**5. INVESTIGATION No. (Include Suspect No.)**
33920 88 1510 X    (01)

**6. TYPE OF REPORT** (Check applicable boxes)

| | | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (Request) | X | TITLE I | | |
| X | STATUS | | | | TITLE II | FIREARMS | | TARGETED OFFENDER |
| | | | COLLATERAL (Reply) | | TITLE VII | | | TERRORIST/EXTREMIST |
| | FINAL | | | | TITLE II | | X | OCD/ETF |
| | | | INTELLIGENCE | | TITLE XI | EXPLOSIVES | | ITAR |
| | SUPPLEMENTAL | | | | | | | SEAR |
| | | | REFERRAL (Internal) | | TOBACCO | | | OMO |
| | | | | | ALCOHOL | | | OTHER (Specify) |

**9. DETAILS:**

## BACKGROUND

This report is related to an ongoing Organized Crime Drug Enforcement Task Force (OCDETF) investigation into two major drug distribution organizations presently in operation throughout the St. Louis, Missouri area. These organizations, the Moorish Science Temple of America (MSTA) and the _____, et al., drug organization, are closely affiliated and thus control the majority of the cocaine and heroin distribution in St. Louis. _____ _____ by OCDETF members to help perfect cases on group members and affiliates.

## STATUS

During this reporting period several meetings were held with Special Prosecutor _____, Assistant United States Attorney (AUSA) _____, AUSA _____, and AUSA _____ regarding the final outcome of this case. _____ will stay on with the MSTA Strike Force as a Special Prosecutor to write the RICO format and supervise the remaining investigation. Indictments for ten (10) to twenty (20) members of the MSTA and associates is tentatively set for October 1, 1990. These indictments will range from Violations of the Gun Control Act, Federal Narcotics Statutes, Internal Revenue Code, ITAR, Mail Fraud, RICO and Conspiracy. Throughout the years the Bureau of Alcohol, Tobacco and Firearms (ATF) has played a role in helping in this investigation, thus our help will be solicited when arrest and search warrants are anticipated.

AUSA _____ has requested that the undersigned SA and Detective _____ make an additional trip to _____, _____ to interview _____ and present him with a Grand Jury subpoena with reference to the twenty (20) or more firearms _____ _____. As reported, several of those firearms have showed up in St. Louis in the possession of MSTA and _____ members.

**SUBMITTED BY (Name)**

| | 11. TITLE AND OFFICE | 12. DATE |
|---|---|---|
| | SA, St. Louis Drug Task Force | 8-23-90 |
| | **14. TITLE AND OFFICE** | **15. DATE** |
| | GS, St. Louis Drug Task Force  (20) | 8-24-90 |
| | **17. TITLE AND OFFICE** | **18. DATE** |
| | SAC, St. Louis District | 8/24/90 |

3270.2 (4-85)

70-08

# DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF EXPENDITURES—FUNDS FOR INVESTIGATIVE PURPOSES
### SPECIAL AGENT'S SUBVOUCHER

TO:

CASHIER FOR INVESTIGATIVE PURPOSES
[X] St. Louis DISTRICT OFFICE
[ ] HEADQUARTERS (Thru District Office)

| | | |
|---|---|---|
| a. | BALANCE ON HAND AT BEGINNING OF PERIOD (Leave blank if initial advance) | $ 963.15 |
| b. | ADVANCES RECEIVED DURING PERIOD | 000.00 |
| c. | TOTAL ACCOUNTED FOR THIS PERIOD (a + b) | 963.15 |
| d. | TOTAL EXPENDED THIS PERIOD (Explain under Itemization) | 54.00 |
| e. | BALANCE (c minus d) | 909.15 |
| f. | AMOUNT REFUNDED TO CASHIER THIS PERIOD | 000.00 |
| g. | BALANCE ON HAND AT CLOSE OF PERIOD (e minus f) | 909.15 |
| h. | TOTAL OF ALL AGENT CASHIER EXPENDITURES TO DATE (Less Item j) | 590.85 |
| i. | TOTAL CONFIDENTIAL EXPENSES CLAIMED ON SF 1012 | 000.00 |
| j. | RECOVERED FUNDS RETURNED TO CASHIER THIS PERIOD (See Reverse) | $ 000.00 |

TRANSACTION NO./UNIQUE IDENTIFIER: 33920 88 1510 X
PERIOD COVERED: 08/05/90 thru 08/31/90
DATE ADVANCE RECEIVED BY SPECIAL AGENT: 02/05/90
DATE OF EXPIRATION: 09/05/90
CARS VIOLATION CODE: Title 18, USC, Section 924(c)(1)

## ITEMIZATION

| DATE | EXPLANATION OF EXPENDITURE (Explain exact nature of EXPENDITURE and results achieved, describe evidence purchased, include persons involved and/or arrested, seizures, if any; and any other pertinent remarks.) | AMOUNT EXPENDED |
|---|---|---|
| | **SEE REVERSE SIDE FOR REQUEST FOR EXTENSION** | |
| 08/05/90 | Funds used for beeper rental fees used for this investigation and for duties performed with regard to this investigation for the month of ____. Funds were expended by Special Agent (SA) ____ J. ____ (receipt attached). Rental for August 1 through August 31, 1990, $15.00; insurance on beeper for year beginning August 1, 1990 to August 1, 1991: $24.00. | $ 39.00 |
| 08/23/90 | Funds used for beeper rental fees for duties performed by SA ____ at the Drug Enforcement Administration for the St. Louis Armed Narcotics Traffickers Project (SLANT). Funds were expended by SA ____ for the month of ____ 1990 for rent of SA ____ pager (receipt attached). | $ 15.00 |

CIAL AGENT

ROVING OFFICIAL

ERSE SIDE CONTAINS:
[ ] CONTINUATION OF
[X] REQUEST FOR

| | TITLE | DATE |
|---|---|---|
| | SA, St. Louis OCDETF | 8-28-90 |
| | SAC, St. Louis District | 8-29-90 |

(103)

CLOSING REPORT APPROVED

| BY (Signature) | | DATE |
|---|---|---|
| REFUND OR RECOVERY OF INVESTIGATIVE FUNDS ||| 
| Describe nature of REFUND or RECOVERY. Show check number, bank, amount, and date of check returned to Cashier. |||
| DATE | EXPLANATION OF RECOVERY OR REFUND | AMOUNT RECOVERED |
|  |  |  |
| DATE | SIGNATURE | |
|  |  | TITLE |

### REQUEST FOR EXTENSION

On _____ 1990, $1,500 was advanced to Special Agent (SA) _____ for the purpose of purchasing firearms and information from members of _____ the Moorish Science Temple of America (MSTA), both affiliated and presently operating in the St. Louis area.

This investigation continues with indictments expected in October of 1990 for several high ranking members of the MSTA. SA's _____ and Grothaus will be assisting the MSTA Strike Force in putting together numerous cases charging the leaders and high ranking members with Violations of the Gun Control Act, Federal Narcotics Violations, and RICO.

The next several months will require additional surveillances, interviews, and narcotics/firearms purchases to help bring this investigation to a close. A planned narcotics and firearms purchase is forthcoming during the month of _____ utilizing two (2) Bureau of Alcohol, Tobacco and Firearms (ATF) _____. Payment for the firearms will come from these funds. The narcotics will be purchased using ATF narcotics money that is available.

This investigation will continue.

A one (1) month extension is hereby requested to monitor this investigation.

Reviewed and Approved by:

_____ ry, GS          9/27/90
                         Date

Reviewed and Approved by:

_____ for _____  10/1/90
SAC                  Date

Ex. C-9

ATF F 3220.2 (3-83)

0483
14MAY91

FM: ATF, St. Louis District
TO: ATF, ADLE, Headquarters                    RE: 33920 88 1510 X
ATTN: Chief, Special Operations Division/Systems and Records Branch
SUBJ: Report of Use of Consensual Electronic Surveillance Equipment     (x) Use Continuing

Name: Jerry Lewis-Bey
Ref: Subject Shown for This Authorization Period

Authorization to Conduct Consensual Monitoring this 30-Day Period in this Investigation was Granted by:

(x)   Bureau Headquarters -  4/17/91,
      Firearms
      From          To

(x)   SAC Authorization (Telephonic)-SAC            4/16/91
      From          To 5

(N&T) EQUIPMENT NOT USED

Case Agent's Name:

SAC            acting)

Ex. C-10

LE:F:CD

TECS TO: SPECIAL AGENT IN CHARGE
ST. LOUIS DISTRICT OFFICE

FROM: ATF HQS
(SAC, FIREARMS ENFORCEMENT BRANCH)

SUBJECT: APPROVED ELECTRONIC SURVEILLANCE REQUESTS

REQUESTS FOR ELECTRONIC SURVEILLANCE AUTHORIZATION ON THE INDIVIDUALS LISTED BELOW HAVE BEEN APPROVED BY THE APPLICABLE DIVISION CHIEF.

| NAME | INV. NUMBER | EXTENSION APPROVAL DATE | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| KERRY CALDWELL | 33920-88-1510 X | 4/16/90 | | |

SAC, FIREARMS ENFORCEMENT BRANCH                DATE

_____                 _____4/16/90_____

EXPEDITE __XX__    ROUTINE _____ OTHER _____

Ex. C-11

LE:F:CD

TECS TO:   SPECIAL AGENT IN CHARGE
           ST. LOUIS DISTRICT OFFICE
   FROM:   ATF HQS
           (SAC, FIREARMS ENFORCEMENT BRANCH)
SUBJECT:   APPROVED ELECTRONIC SURVEILLANCE REQUESTS

REQUESTS FOR ELECTRONIC SURVEILLANCE AUTHORIZATION ON THE INDIVIDUALS LISTED BELOW HAVE BEEN APPROVED BY THE APPLICABLE DIVISION CHIEF.

| NAME | INV. NUMBER | EXTENSION APPROVAL DATE | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| WILLIE MOSLEY | 33920-88-1510 X | 5/16/90 | | |

SAC, FIREARMS ENFORCEMENT BRANCH                DATE

_____               _____5/16/90_____

EXPEDITE __XX__      ROUTINE _____      OTHER _____

Ex. C-12

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

REPORT OF INVESTIGATION - CONTINUATION SHEET
(Law Enforcement)

PAGE 2 OF 3 PAGES

TITLE OF INVESTIGATION: Et. Al.

INVESTIGATION NO.: 33920-88-1510-X

DETAILS (Continued)

and the St. Louis Metropolitan Police Department (SLPD). As a result of those warrants, twenty (20) firearms, $53,000.00 in U.S. Currency and documentary evidence was seized to help bolster the RICO case against these defendants which is historical in nature and goes back some twenty (20) years.

The following individuals were indicted for violations of Title 18, USC, Sections 1962(c), 1962(d), RICO, and Sections 1959, Violent Crimes in Aid of Racketeering Activities.

| NAME | CHARGE (Title 18, USC, Sec) |
|---|---|
| Jerry Lee Lewis-Bey | 1962(c), 1962(d), 9 Counts 1959 |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d), 5 Counts 1959 |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d), 5 Counts 1959 |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d), 1 Counts 1959 |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d), 5 Counts 1959 |
| | 1962(c), 1962(d) |
| | 1962(c), 1962(d) |

Of the fifteen defendants, two (2) of these defendants, Jerry Lee Lewis-Bey (#IN 20816-91-0029L) and _____ (#IN _____), were later charged as a result of these warrants, with Gun Control Act violations to act as additional predicate acts to the RICO violations.

Some of the predicate acts used in the RICO violation was also a result of significant ATF involvement through ATF charging and convicting several of these individuals with Gun Control Act violations during the past five (5) years (ie. _____ #IN _____ and _____ #IN _____, and _____ #IN _____).

For the past four (4) years, ATF has committed five (5) Special Agents and two secretaries to participate in this OCDETF operation (Special Agents _____, and Secretaries _____ and _____). ATF's involvement through surveillances, _____, funding, tracing firearms, executing search warrants, transcribing numerous electronic surveillance tapes, _____, secretarial help in typing transcripts, storage of evidence, submitting case reports on defendants charged in this investigation, and testifying _____ and

Ex. C-14

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# REPORT OF INVESTIGATION - CONTINUATION SHEET
(Law Enforcement)

PAGE 3 OF 3 PAGES

**TITLE OF INVESTIGATION**
Noble Bennett Et. Al.

**INVESTIGATION NO.**
33920-88-1510-X

**DETAILS (Continued)**

Court, has put ATF as one of the lead agencies in this operation. On January 9, 1991, ATF Special Agents _____, _____, _____, and the undersigned SA, assisted in the arrest of the aforementioned fifteen (15) indicted members.

It should be noted that _____, _____, has entered a plea of guilty on _____, 1991, to one RICO count (Title 18, USC, Section 1962(c)) with a fifteen (15) year cap. On _____, 1991, _____ has entered a plea of guilty to one (1) count of RICO with a fifteen (15) year cap. On _____, 1991, _____ _____ plead guilty to one (1) count of RICO, with the agreement of a fifteen (15) year cap

This investigation is therefore designated as an "07", disposition code.

**PROPOSED ACTION**

To continue working with and assisting the MSTA Task Force until this investigation is closed and all property is disposed of. Trial for these indicted members will take place in early 1992.

There is property pending in this investigation.

There are no funds pending in this investigation.

**ATTACHMENTS:**    Fifteen (15) ATF F 3270.6 Progress Records of Defendants.

Fifteen (15) ATF F 3270.1 Tecs/Personal History

Four (4) ATF F 3100.7 Case Summaries

DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# REPORT OF EXPENDITURES—FUNDS FOR INVESTIGATIVE PURPOSES
## SPECIAL AGENT'S SUBVOUCHER

CASHIER FOR INVESTIGATIVE PURPOSES
XX St. Louis DISTRICT OFFICE
☐ HEADQUARTERS (Thru District Office)

**TRANSACTION NO./UNIQUE IDENTIFIER:** 33920 88 1510 X

**PERIOD COVERED:** 03-05-90 thru 03-31-90

**DATE ADVANCE RECEIVED BY SPECIAL AGENT:** 02-05-90

**DATE OF EXPIRATION:** 04-04-90

**CARS VIOLATION CODE:** Title 18, U.S.C., Section 924(c)(1)

| | | |
|---|---|---|
| a. | BALANCE ON HAND AT BEGINNING OF PERIOD (Leave blank if initial advance) | $1,350.00 |
| b. | ADVANCES RECEIVED DURING PERIOD | - 0 - |
| c. | TOTAL ACCOUNTED FOR THIS PERIOD (a + b) | 1,350.00 |
| d. | TOTAL EXPENDED THIS PERIOD (Explain under itemization) | 15.00 |
| e. | BALANCE (c minus d) | 1,335.00 |
| f. | AMOUNT REFUNDED TO CASHIER THIS PERIOD | - 0 - |
| g. | BALANCE ON HAND AT CLOSE OF PERIOD (e minus f) | 1,335.00 |
| h. | TOTAL OF ALL AGENT CASHIER EXPENDITURES TO DATE (Less Item j) | 165.00 |
| i. | TOTAL CONFIDENTIAL EXPENSES CLAIMED ON SF 1012 | - 0 - |
| j. | RECOVERED FUNDS RETURNED TO CASHIER THIS PERIOD (See Reverse) | $ - 0 - |

### ITEMIZATION

| DATE | EXPLANATION OF EXPENDITURE (Explain exact nature of EXPENDITURE and results achieved; describe evidence purchased, include persons involved and/or arrested, seizures, if any; and any other pertinent remarks.) | AMOUNT EXPENDED |
|---|---|---|
| 03-21-90 | **SEE REVERSE SIDE FOR EXTENSION REQUEST**<br><br>Funds used for beeper rental fees used for this investigation and for duties performed at the Drug Enforcement Administration for the month of ___ 1990. Funds were expended by Special Agent ___ (receipt attached). | $15.00 |

| SIGNATURE | TITLE | DATE |
|---|---|---|
| SPECIAL AGENT | SA, St. Louis Drug Task Force | 3-27-90 |
| APPR | SAC, St. Louis District | 4-2-90 |

☐ CONTINUATION OF EXPENDITURES ☒ REQUEST FOR EXTENSION ☐ CLOSING REPORT

ATF F 3220.2 (3-83)

Ex. C-13