TRANSMIT VIA:
- ☐ Teletype
- ☐ Facsimile
- ☒ Airtel

PRECEDENCE:
- ☐ Immediate
- ☐ Priority
- ☐ Routine

CLASSIFICATION:
- ☐ TOP SECRET
- ☐ SECRET
- ☐ CONFIDENTIAL
- ☐ UNCLAS E F T O
- ☐ UNCLAS

Date 5/20/87

TO: DIRECTOR, FBI (245-135)

FROM: SAC, ST. LOUIS (245B-5) (C)

JERRY LEE LEWIS - BEY, aka
ET AL;
MOORISH SCIENCE TEMPLE
OF AMERICA (MSTA);
OCDE TASK FORCE CASE
OO: ST. LOUIS

    This case was opened by the St. Louis Division in 3/83, when information was developed indicating that LEWIS, the head of the MSTA Chapter in St. Louis, and certain other members of his organization were trafficking in illicit drugs. It was approved as an OCDE Task Force Case on 5/23/83, and the Bureau of Alcohol, Tobacco, and Firearms (ATF) was designated as the lead agency.

    The investigation, which included the combined efforts of numerous federal and local law enforcement agencies, failed to develop any evidence that LEWIS or any other member of this organization is currently involved in drug trafficking on a large scale basis. Although many MSTA members have criminal histories and are probably involved in the sale of small quantities of drugs on an individual basis, there is no evidence that LEWIS or any other member is involved on a level that would justify the continuation of this investigation. On 4/7/87, ATF officially closed out their investigation.

2-Bureau
1-St. Louis
DAD:tp
(3)

Closed 4

1

Approved: _____ Transmitted _____ Per _____ Ex. D
                     (Number)  (Time)

245F-5-446
SEARCHED _____
SERIALIZED _____
INDEXED _____
FILED _____

Petitioner's Exhibit D

Ex. D

D



SL 245B-5

It is noted that as a result of this investigation, three major St. Louis drug figures have been prosecuted on federal drug charges and an $18,000.00 Mercedes vehicle was seized and forfeited by the government. Although these individuals were not MSTA members, their prosecution clearly came about as the result of information developed during the OCDE Task Force investigation.

In view of the above, the St. Louis Division is placing this case in a closed status.

2*

**Routing Slip**
0-7 (Rev. 10-9-84)        (Copies to Offices Checked)

TO: SAC,

| | | | TO: LEGAT, |
|---|---|---|---|
| ☐ Albany | ☐ Houston | ☐ Oklahoma City | ☐ Bern |
| ☐ Albuquerque | ☐ Indianapolis | ☐ Omaha | ☐ Bogota |
| ☐ Alexandria | ☐ Jackson | ☐ Philadelphia | ☐ Bonn |
| ☐ Anchorage | ☐ Jacksonville | ☐ Phoenix | ☐ Canberra |
| ☐ Atlanta | ☐ Kansas City | ☐ Pittsburgh | ☐ Hong Kong |
| ☐ Baltimore | ☐ Knoxville | ☐ Portland | ☐ London |
| ☐ Birmingham | ☐ Las Vegas | ☐ Richmond | ☐ Mexico City |
| ☐ Boston | ☐ Little Rock | ☐ Sacramento | ☐ Montevideo |
| ☐ Buffalo | ☐ Los Angeles | ☒ St. Louis | ☐ Ottawa |
| ☐ Butte | ☐ Louisville | ☐ Salt Lake City | ☐ Panama City |
| ☐ Charlotte | ☐ Memphis | ☐ San Antonio | ☐ Paris |
| ☐ Chicago | ☐ Miami | ☐ San Diego | ☐ Rome |
| ☐ Cincinnati | ☐ Milwaukee | ☐ San Francisco | ☐ Tokyo |
| ☐ Cleveland | ☐ Minneapolis | ☐ San Juan | |
| ☐ Columbia | ☐ Mobile | ☐ Savannah | |
| ☐ Dallas | ☐ Newark | ☐ Seattle | |
| ☐ Denver | ☐ New Haven | ☐ Springfield | |
| ☐ Detroit | ☐ New Orleans | ☐ Tampa | |
| ☐ El Paso | ☐ New York City | ☐ Washington Field | |
| ☐ Honolulu | ☐ Norfolk | ☐ Quantico | |
| ☐ ASAC, Brooklyn-Queens (MRA) | | | |

Date: 12/1/87

RE: Jerry Lee Lewis

(SL 2458-5)

The date of the last communication received at FBIHQ reflecting investigation in this case was 4/10/86.

Please select the appropriate response(s) and submit a completed copy of this routing slip by 12/16/87 to FBI Headquarters, Attention: Colombian/South American Traffickers Unit, Drug Section, Criminal Investigative Division:

___ Case is pending, active investigation continues, concise summary of investigation will be submitted within 30-days.

___ Case is pending, active investigation completed, awaiting prosecutive or other action.

___ Case is pending inactive.

_X_ Case was closed on 5/20/87 (date). SL AIRTEL TO BU, 2458-5-4/49

___ Other (Attach concise explanation). 50

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___

DEC 4 1987
FBI — ST. LOUIS

Routing slip sent 12/4/87

451