| DEPARTMENT OF THE TREASURY BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | 1. INVESTIGATION IS | | Page 1 of |
|---|---|---|---|
| REPORT OF INVESTIGATION (Law Enforcement) | X TIVE | ☐ SIGNIFICANT | 1 pages |

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION (Number and Branch) |
|---|---|
| Special Agent in Charge<br>Kansas City Field Division | CIP: Kansas City FY-88<br>NARCOTICS<br>REPORT 069 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (Include Suspect No.) |
|---|---|
| _ Et. Al. | 33920-88-1510-X |

| 6. TYPE OF REPORT (Check applicable boxes) | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|
| | PRELIMINARY | COLLATERAL (Request) | X | TITLE I | FIREARMS | TARGETED OFFENDER |
| | | | | TITLE II | | TERRORIST/EXTREMIST |
| | STATUS | COLLATERAL (Reply) | | TITLE VII | | X OCD |
| | | | | TITLE II | EXPLOSIVES | ITAR |
| X | FINAL | INTELLIGENCE | | TITLE XI | | SEAR |
| | | | | TOBACCO | | OMO |
| | SUPPLEMENTAL | REFERRAL (Internal) | | ALCOHOL | | X OTHER (Specify)<br>ACHILLES |

9. DETAILS:

On February 4, 1997, the retained property in ATF custody relative to this investigation was returned to the Drug Enforcement Administration (DEA) for final disposition as per their regulations. This case has been adjudicated and the retained property released to DEA. This case is now closed. The delay in the submission of this report was due to the following:

On May 5, 1990, S/A _____, the assigned case agent at the time, released the property to the AUSA for trial. Upon receipt of ATF Form 1850.23 on November 18, 1996, S/A _____ contacted S/A _____ and the assigned Assistant U.S. Attorney regarding the location of the property. The property was located by the AUSA on February 3, 1997, and subsequently returned to DEA on February 4, 1997.

There is no property in ATF custody.

ATF ATTACHMENTS:

ATF Form 3100.7  Case Summary
ATF Form 1850.23 Release and Receipt Form
ATF Form 3270.1 Personal history Tecs/Input

Ex. E

| 10. SUBMITTED BY | 11. TITLE AND OFFICE<br>SA, St. Louis Group II | 12. DATE<br>02/14/97 |
|---|---|---|
| 13. | 14. TITLE AND OFFICE<br>GS, St. Louis Group II | 15. DATE<br>2/18/97 |
| 16. | 17. TITLE AND OFFICE<br>Special Agent in Charge | 18. DATE<br>2/24/97 |

ATF EF 3270.2 (5-90)

E