UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>)<br>) | Civil Action Number<br>05-1076 (JPG) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney, and have been licensed to practice law in the State of Texas since 1980.

(2) In my current capacity as Section Chief, I supervise the Freedom of Information/Privacy Acts ("FOIPA") Litigation Support Unit. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my

Ex. F

## SEARCHES FOR AND DESCRIPTION OF ST. LOUIS FILE NUMBER 245B-SL-5

(27)     In response to plaintiff's FOIPA request, FBIHQ and the St. Louis Field Office initiated searches of their respective Automated General Indices to the CRS to identify any records concerning plaintiff. The Automated General Indices to the CRS were searched for any records pertaining to "Jerry Lewis Bey". As result of this search, FBIHQ identified St. Louis Field Office main file number 245B-SL-5 as responsive to plaintiff's request. This St. Louis file was forwarded to FBIHQ for processing pursuant to the provisions of the FOIPA and all releasable documents contained in this file were subsequently released to plaintiff.

(28)     St. Louis file 245B-SL-5 pertains to a FBI Narcotics investigation of plaintiff and several other individuals. This investigation is captioned "Jerry Lewis Bey; Vernon Whitlock, Jr.; the Moorish Science Temple of America, et. al; Narcotics Matter; Organized Crime Drug Enforcement Task Force Case" and was conducted by the Organized Crime Drug Enforcement Task Force, of which the St. Louis Field Office was a participant along with other federal law enforcement agencies (including the Drug Enforcement Administration and the Bureau of Alcohol, Tobacco and Firearms) and local law enforcement agencies (including the St. Louis Police Department). The FBI has jurisdiction over this type of law enforcement investigation pursuant to 21 U.S.C. § 801 et seq. (the Comprehensive Drug Abuse Prevention and Control Act of 1970, also referred to as the Controlled Substances Act) and 21 U.S.C. § 841 (Manufacture and Distribution of a Controlled Substance). The initial document in this file is dated March 2, 1983, and the last document in this file is dated February 14, 1995, although it should be noted that the bulk of the investigation was conducted between 1983 and 1987 while the remainder of the file concerns such administrative matters as Civil Forfeiture matters. During

this investigation, the FBI utilized confidential FBI sources, cooperating witnesses and St. Louis Police Department officers and a FBI Special Agent acting in undercover capacities to investigate and gather evidence concerning the distribution of heroin, cocaine, Dilaudid and Preludin in the St. Louis area by plaintiff, Vernon Whitlock and other subjects and suspects. Plaintiff was never indicted pursuant to this Narcotics investigation; however, Vernon Whitlock was indicted and pled guilty to eight counts of 21 U.S.C. § 841(a)(1) and was sentenced to serve 24 years in a federal penitentiary.

(29)   During the course of this Narcotics investigation, the telephone toll records of several individuals, including plaintiff, were obtained by the FBI through the use of Administrative Subpoenas served on the Southwestern Bell Telephone Company. However, a complete review of all of the documents contained in this file has determined that apparently only certain telephone toll records of investigative and/or evidentiary value were maintained by the FBI and filed in St. Louis file 245B-SL-5. The review of this St. Louis file has determined that the specific telephone toll records sought by plaintiff are not contained in this file and were apparently not of sufficient investigative or evidentiary value to be maintained and filed by the FBI pursuant to this investigation.

## REVIEWS OF ST. LOUIS FILE NUMBER 245B-SL-5 FOR THE TELEPHONE TOLL RECORDS SOUGHT BY PLAINTIFF

(30)   Pursuant to this litigation by plaintiff, Special Agent Peter Krusing, the Chief Division Counsel of the St. Louis Field Office, personally conducted a complete review of all of the documents contained in St. Louis file 245B-SL-5 in an effort to locate the specific telephone toll records sought by plaintiff. Concurrently, a Legal Administrative Specialist in the FOIPA

individuals; and were therefore not retained by the FBI and filed in St. Louis file 245B-SL-5.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of October, 2005.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Federal Bureau of Investigation
Washington, D.C.