U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
USP, LEAVENWORTH, KANSAS

PROGRESS REPORT

PAGE 2

NAME: LEWIS, Jerry Lee    REG. NO.: 22328-044    DATE: October 1, 1999

16. **INSTITUTIONAL ADJUSTMENT**: Since his arrival at USP Leavenworth Lewis has displayed good institutional adjustment, and not has been viewed as a management problem.

   a. Program Plan - At his initial classification and subsequent program reviews, Lewis was encouraged to participate in Educational and Vocational Programs, Financial Responsibility Program, Correctional Counseling, and to seek employment through Federal Prison Industries.

   b. Work Assignments - Records indicate that at USP Lompoc Lewis has held the following positions: Food Service Department and Cable Shop. Work performance evaluations for these positions indicate Lewis was an unsatisfactory worker. Since his arrival at USP Leavenworth Lewis is assigned as a B-Lower Orderly and has been receiving good job performance evaluations.

   c. Educational/Vocational Participation - Lewis has not participate in any educational or Vocational Training Programs while at this facility.

   d. Counseling Programs - Lewis does receive Correctional Counseling on an as needed basis.

   e. Incident Reports - Lewis has not received any incident reports while incarcerated in the Bureau of Prisons.

   f. Institutional Movement - On October 7, 1993, Lewis was initially designated to USP Lompoc for serving of his federal sentence. He received nearer release transfer to USP Leavenworth on May 1, 1996.

   g. Physical/Mental Health - Lewis is assigned regular duty with medical restrictions of no Food Service work. There are no indications of any emotional or mental problems and he should be considered fully employable upon his release.

   h. Progress on Financial Responsibility Plan - Lewis has a current balance of $275 on his felony assessment which has expired. He has a balance of $1900 on his federal fine payable to the Federal Court Eastern District of Missouri.

17. **RELEASE PLANNING**: Due to the length of his sentence, Lewis has not formulated any specific release plans.

   a. Residence -        To be obtained.
   b. Employment -       To be obtained.
   c. USPO -             Eastern District of Missouri.
   d. Release Preparation Program: It should be noted that he is subject to notification under the Violent Crime Control and Law Enforcement Act of 1994 due to current and past convictions for crimes involving narcotics.

Ex. H-1

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
USP, LEAVENWORTH, KANSAS

PROGRESS REPORT

PAGE 2

NAME: LEWIS, Jerry Lee    REG. NO.: 22328-044    DATE: January 14, 2000

16. **INSTITUTIONAL ADJUSTMENT**: Since his arrival at USP Leavenworth Lewis has displayed good institutional adjustment, and not has been viewed as a management problem.

   a. Program Plan - At his initial classification and subsequent program reviews, Lewis was encouraged to participate in Educational and Vocational Programs, Financial Responsibility Program, Correctional Counseling, and to seek employment through Federal Prison Industries.

   b. Work Assignments - Records indicate that at USP Lompoc Lewis has held the following positions: Food Service Department and Cable Shop. Work performance evaluations for these positions indicate Lewis was a satisfactory worker. Since his arrival at USP Leavenworth Lewis is assigned as a B-Lower Orderly and has been receiving good job performance evaluations.

   c. Educational/Vocational Participation - Lewis has not participate in any educational or Vocational Training Programs while at this facility.

   d. Counseling Programs - Lewis does receive Correctional Counseling on an as needed basis.

   e. Incident Reports - Lewis has not received any incident reports while incarcerated in the Bureau of Prisons.

   f. Institutional Movement - On October 7,1993, Lewis was initially designated to USP Lompoc for serving of his federal sentence. He received nearer release transfer to USP Leavenworth on May 1,1996.

   g. Physical/Mental Health - Lewis is assigned regular duty with medical restrictions of no Food Service work. There are no indications of any emotional or mental problems and he should be considered fully employable upon his release.

   h. Progress on Financial Responsibility Plan - Lewis has a current balance of $275 on his felony assessment which has expired. He has a balance of $1900 on his federal fine payable to the Federal Court Eastern District of Missouri.

17. **RELEASE PLANNING**: Due to the length of his sentence, Lewis has not formulated any specific release plans.

   a. Residence -      To be obtained.
   b. Employment -     To be obtained.
   c. USPO -           Eastern District of Missouri.
   d. Release Preparation Program: It should be noted that he is subject to notification under the Violent Crime Control and Law Enforcement Act of 1994 due to current and past convictions for crimes involving narcotics.

Ex. H-2

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
USP, LEAVENWORTH, KANSAS

PROGRESS REPORT                                                                                      PAGE 3

NAME: LEWIS, Jerry Lee             REG. NO.: 22328-044             DATE: January 14, 2000

18. **DICTATED BY**: _____          01-18-00
    C. Howard, Case Manager                                      Date

19. **DATE TYPED**:    January 14, 2000/clb

20. **REVIEWED BY**: _____          01-18-00
    Wm. Lingenfelser, Unit Manager                               Date

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
USP, LEAVENWORTH, KANSAS

PROGRESS REPORT

PAGE 2

NAME: LEWIS, Jerry Lee     REG. NO.: 22328-044     DATE: March 4, 2001

16. **INSTITUTIONAL ADJUSTMENT:** Since his arrival at USP Leavenworth, Lewis has displayed excellent institutional adjustment.

   a. Program Plan - At his initial classification and subsequent program reviews, Lewis was encouraged to participate in Educational and Vocational Programs, Correctional Counseling, and to seek employment through UNICOR. Also, he agreed to participate in the Financial Responsibility Program.

   b. Work Assignments - Presently, Lewis is working as a B-Lower cellhouse Orderly and is receiving good work reports. According to his job supervisor, Lewis has a positive relationship with his co-workers and is not considered a management problem. While Lewis was incarcerated at USP, Lompoc, he worked in the Food Service department and Cable Shop. File material indicates he was a satisfactory worker on both of these job assignments.

   c. Educational/Vocational Participation - None.

   d. Counseling Programs - Lewis participates in correctional counseling on an as needed basis.

   e. Incident Reports - None.

   f. Institutional Movement - On October 7, 1993, Lewis was initially incarcerated at USP Lompoc as a new commitment. On May 15, 1996, he arrived at USP, Leavenworth for nearer release purposes.

   g. Physical/Mental Health - Presently, Lewis is regular duty status with a medical restriction of no Food Service. There are no signs of any emotional or psychological problems which would preclude him from gainful employment upon release.

   h. Progress on Financial Responsibility Plan - File material indicates Lewis has paid $125 towards his $400 special assessment. Since Lewis was sentenced over 5 years ago, he no longer owes the remaining balance on the assessment. Also, he has paid $125 towards his $2000 non-committed fine. Lewis is currently paying $25 per quarter.

17. **RELEASE PLANNING:** Since Lewis is serving a Life sentence, he has not formulated any realistic release plans.

   a. Residence -     To be obtained.

   b. Employment -    To be obtained.

   c. USPO -          James Behm, Chief
                      Eastern District of Missouri
                      1114 Market St, Room 200
                      St. Louis, Missouri 63101

   d. Release Preparation Program: Lewis has not participated in our institution program.

Ex. H-3

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
USP, LEAVENWORTH, KANSAS

PROGRESS REPORT

PAGE 3

NAME: LEWIS, Jerry Lee          REG. NO.: 22328-044          DATE: March 4, 2001

Lewis is subject to notification under 18 USC 4042 (b), due to current violent crime conviction.

18. **DICTATED BY**: K. Pardo, Case Manager          3-7-01 Date

19. **DATE TYPED**: March 5, 2001/clb

20. **REVIEWED BY**: Wm. Lingenfelser, Unit Manager          3-7-01 Date