**In The Matter Of:**

*STATE OF MISSOURI v.*
*JERRY LEWIS-BEY*

---

*RUDY WEAVER*
*November 3, 1995*

---

*BROWN REPORTING, INC.*
*ATLANTA, AUGUSTA, CARROLLTON, ROME*
*1100 SPRING STREET*
*SUITE 750*
*ATLANTA, GA USA 30309*
*(404) 876-8979 or (800) 637-0293*

Original File 1103weav.asc, 159 Pages
Min-U-Script® File ID: 0782927721

**Word Index included with this Min-U-Script®**

Ex. J

J

1   Illinois somewhere.
2       Q.   How long were you there?
3       A.   I stayed there about three months, and
4   then I went to the witness protection unit.
5       Q.   In a special unit in the federal prison?
6       A.   Yes.
7       Q.   And you stayed there up until the time
8   you were sentenced?
9       A.   Yes.
10      Q.   At some point, you got married?
11      A.   Yes.
12      Q.   When did you get married?
13      A.   That was in '91, I think. It was '91.
14      Q.   When's your anniversary?
15      A.   Oh, Lord. That's how, you know -- I
16  don't know.
17      Q.   Where were you locked up when you got
18  married?
19      A.   St. Genevieve.
20      Q.   Did you stay locked up when you got
21  married?
22      A.   Yes.
23      Q.   Where did the ceremony actually take
24  place?
25      A.   In the courthouse.

1   Q.   Before a judge?
2   A.   Yes.
3   Q.   Who set that up?
4   A.   I think it was Dwyer, I guess.
5   Q.   Had you made that request to them, or had
6   your girlfriend made that request to them?
7   A.   Both.
8   Q.   Were you allowed a honeymoon?
9   A.   Yes.
10  Q.   I assume the honeymoon wasn't in an
11  incarcerated facility?
12  A.   No.
13  Q.   Can you tell me about that? It's not
14  something --
15  A.   It was a few hours, and then they took me
16  back to jail.
17  Q.   In a hotel somewhere?
18  A.   Yes.
19  Q.   I mean, I assume that's not something
20  that was generally available to prisoners?
21  A.   No!
22  Q.   That was done as a favor to you?
23  A.   Yes.
24  Q.   And it was like a motel or something in
25  St. Genevieve?

1  A. Yes.
2  Q. Had that happened before that time that
3  you were taken out and allowed what we'll call, I
4  guess, a conjugal visit?
5  A. Yes.
6  Q. It had happened before that?
7  A. Yes.
8  Q. How many times had that happened?
9  A. About twice.
10 Q. That was from the time of your arrest up
11 until your marriage, it had happened a couple of
12 times?
13 A. Yes.
14 Q. Did it happen subsequent to your
15 marriage, after?
16 A. Yes.
17 Q. How many times?
18 A. Once.
19 Q. Was that time near the time that you
20 testified in the federal trial?
21 A. No, two years before or a year and a half
22 before. Once I was in the unit, that was it. My
23 connection with them was over. The only way they
24 could see me was they came there. There wasn't no
25 leaving. There wasn't no going out. That was it.

71

Q. So this was basically while you were under Cira and Mendrala's control that they allowed you --

A. Yes.

Q. We're talking three or four conjugal visits?

A. Yes.

Q. And were there any other favors of that nature that they did for you?

A. No.

Q. They would like take you to a hotel, and they would be outside the room or something like that?

A. Yes.

Q. Did they ever give you like alcoholic beverages or anything like that?

A. No.

Q. Would they be the ones that suggested the conjugal visit, or did you ask for it?

A. I asked.

Q. Did they do it every time you asked, or did they tell you, we've got to set it up?

A. No. Sometimes they just couldn't.

Q. Now, were you ever locked up in the Missouri prison system with Jerry Lewis-Bey?