U.S. Department of Justice

Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, D.C. 20535-0001

Doris Gregory Black, Esquire
Laclede Gas Building
720 Olive - Suite 2250
St. Louis, Missouri 63101

**FEB 29 2000**

Subject of Request: _Jerry Lewis Bey_

FOIPA No. _423585_ /190- _HQ-1308091_

Dear Requester:

Enclosed are copies of documents from FBI records. Excisions have been made to protect information exempt from disclosure pursuant to Title 5, United States Code, Section 552 (Freedom of Information Act) and/or Section 552a (Privacy Act). In addition, where excisions were made, the appropriate exempting subsections have been cited opposite the deletions. Where pages have been withheld in their entirety, a deleted page information sheet has been substituted showing the reasons or basis for the deletion. The subsections cited for withholding information from the enclosed documents are marked below:

**Section 552**

- ☐ (b)(1)
- ☒ (b)(2)
- ☒ (b)(3) _Rule 6(e),_
  _F.C.R.P. and_
  _18, U.S.C., 3123_
- ☐ (b)(4)
- ☐ (b)(5)
- ☐ (b)(6)

- ☐ (b)(7)(A)
- ☐ (b)(7)(B)
- ☒ (b)(7)(C)
- ☒ (b)(7)(D)
- ☒ (b)(7)(E)
- ☒ (b)(7)(F)
- ☐ (b)(8)
- ☐ (b)(9)

**Section 552a**

- ☐ (d)(5)
- ☒ (j)(2)
- ☐ (k)(1)
- ☐ (k)(2)
- ☐ (k)(3)
- ☐ (k)(4)
- ☐ (k)(5)
- ☐ (k)(6)
- ☐ (k)(7)

(See Form OPCA-16a, enclosed, for an explanation of these exemptions.)

Pursuant to your request, _1,177_ pages(s) were reviewed and _510_ page(s) are being released.

During the review of material pertinent to the subject of your request, documents were located which

☒ originated with another Government agency(ies).
  These documents were referred to that agency(ies) for review and direct response to you.

☐ contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

Marcia Nilson 212-324-5796

Ex. K