OPCA )-7-97)



U.S. Department of Justice

Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, D.C. 20535-0001

Mr. Jerry Lewis Bey
22328-044
U.S.P. Leavenworth
P.O. Box 1000
Leavenworth, KS 66048-1000

MAY 3 1 2000

Subject of Request: __Jerry Lewis Bey__

FOIPA Request No.: __423585__

Dear Requester:

    The records which you requested have been processed, and the documents are available for release.

    Pursuant to Title 28, Code of Federal Regulations, Sections 16.10 and 16.47, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. Upon receipt of your check or money order, payable to the Federal Bureau of Investigation, these documents will be forwarded to you.

    (To insure proper identification of your request, please return this letter or include the FOIPA request number with your payment.)

Number of pages: __1,315__    Amount due: __$133.60__

☒ See continuation page for additional information.

Sincerely yours,

Chief
Freedom of Information-
  Privacy Acts Section
Office of Public and Congressional Affairs

Ex. L

OPCA-16 (8-11-98)

U.S. Department of Justice

Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, D.C. 20535-0001

MAY 3 1 2000

Mr. Jerry Lewis Bey
22328-044
U.S.P. Leavenworth
P.O. Box 1000
Leavenworth, KS 66048-1000

Subject of Request: __Jerry Lewis Bey__

FOIPA No. __423585__ /190- __HQ-1308091__

Dear Requester:

    Enclosed are copies of documents from FBI records. Excisions have been made to protect information exempt from disclosure pursuant to Title 5, United States Code, Section 552 (Freedom of Information Act) and/or Section 552a (Privacy Act). In addition, where excisions were made, the appropriate exempting subsections have been cited opposite the deletions. Where pages have been withheld in their entirety, a deleted page information sheet has been substituted showing the reasons or basis for the deletion. The subsections cited for withholding information from the enclosed documents are marked below:

**Section 552**                          **Section 552a**

- ☐ (b)(1)
- ☒ (b)(2)
- ☒ (b)(3) __Rule 6(e),__
        __F.R.C.P.__
- ☐ (b)(4)
- ☐ (b)(5)
- ☐ (b)(6)

- ☐ (b)(7)(A)
- ☐ (b)(7)(B)
- ☒ (b)(7)(C)
- ☒ (b)(7)(D)
- ☒ (b)(7)(E)
- ☒ (b)(7)(F)
- ☐ (b)(8)
- ☐ (b)(9)

- ☐ (d)(5)
- ☒ (j)(2)
- ☐ (k)(1)
- ☐ (k)(2)
- ☐ (k)(3)
- ☐ (k)(4)
- ☐ (k)(5)
- ☐ (k)(6)
- ☐ (k)(7)

(See Form OPCA-16a, enclosed, for an explanation of these exemptions.)

Pursuant to your request, __3,562__ pages(s) were reviewed and __1,358__ page(s) are being released.

During the review of material pertinent to the subject of your request, documents were located which

    ☒ originated with another Government agency(ies).
        These documents were referred to that agency(ies) for review and direct response to you.

    ☒ contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).