UNITED STATES GOVERNMENT
# memorandum

DATE: 6/21/83
REPLY TO
ATTN OF: SA [redacted] b7C

SUBJECT: JERRY LEWIS, aka;
The Moorish Science Temple
of America (MSTA)
NARCOTICS
(OO: St. Louis)

TO: SAC, ST. LOUIS (245B-5) (P)

On 4/20/83, a conference was held at the Narcotics Task Force Office, Federal Courts Building, at which time captioned investigation was discussed. The purpose of the conference was to exchange information and plan investigative strategy to be employed should this matter be approved as a task force case.

The following agencies were represented in addition to the FBI:

Drug Enforcement Administration (DEA)
Bureau of Alcohol, Tobacco and Firearms (ATF)
Internal Revenue Service (IRS)
St. Louis County Police Department Intelligence
St. Louis Metro Police Department Intelligence
St. Louis Police Department Narcotics Division

Some of the major points discussed and agreed upon during the conference are set forth below:

1. ATF would be the lead agency in the investigation.

2. The St. Louis Police Department has a source in a position to furnish information of value on MSTA. Consideration will be given to having source brought in for debriefing by one of the Task Force attorneys. AUSA Dowd requested that SA [redacted] be present in view of the fact that SA [redacted] would be involved in preparing T-III affidavit should investigation reach that point.

3. Efforts will be made to install pen registers on the following locations:

   MSTA, 4649 Marcus Avenue

   Jerry Lewis' residence - 12654 Stoneridge Drive

   MSTA Store, 4649 Marcus Avenue

   [redacted] b7C 's residence in Detroit, Michigan

②- St. Louis
DAD/ltn
(2)

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114

Ex. M-1

SL 245B-5

4. Close contact will be maintained with Probation and Parole (State and Federal) for MSTA members who run into trouble and may be good informant targets.

5. IRS will continue to conduct investigation into financial affairs of key members.

6. List of visitors of members in prison will be monitored.

7. ATF will explore possibility of mail covers on key members.

8. Beeper company used by subjects will be contacted to determine if they are able to supply any information of value.

9. No physical surveillances will be conducted at this time.

Close contacts are being maintained with AUSA Dowd and ATF, the designated lead agency.

Administrative:

Delay in transcription of this communication was due to a stenographic delinquency in the St. Louis Division of which the Bureau is aware.

2*




To: SAC 245B-S (P)

From: SA ▓▓▓▓▓▓▓▓▓▓   b7C   Date: 4/4/86

Subject: REQUEST FOR TECHNICAL SUPPORT

Approval: [Supervisor: Jerry / ASAC/SAC]

CASE TITLE (if appropriate):
JERRY LEE LEWIS-BEY; ET AL
OCDE TASK FORCE CASE
00:SL

BASIS FOR REQUEST:

ON 4/1/86 A COURT ORDER WAS OBTAINED FOR A PEN REGISTER INSTALLATION ON TELEPHONE NO. 314-741-3118 AT ▓▓▓▓▓▓▓▓▓▓ WHERE JERRY LEE LEWIS IS CURRENTLY LIVING WITH A GIRLFRIEND.   b7C

WORK REQUIREMENTS:

| Urgency | Technical Agent Assigned | Description of Tasks | Estimated Hours | Actual Hours | Completed Date | Initials |
|---|---|---|---|---|---|---|
|  |  | Pen Register Installation |  |  |  |  |

Urgency
I - Immediate
W - Within a week
M - Within a month

2956
B-5

Ex. M-2

245-S-355

SEARCHED _____ INDEXED _____
SERIALIZED __JXT__ FILED __RHW__

APR 0 4 1986

FBI - ST. LOUIS

Exhibit U   b7C

R-3

FD-302 (REV. 3-10-82)



# FEDERAL BUREAU OF INVESTIGATION

1

Date of transcription  6/6/86

The following observations were made during a physical surveillance initiated in the area of the Countryside Apartments at Bellefontaine Road and Rosado:

| Time | Observation |
|---|---|
| 8:00 a.m. | Surveillance initiated. |
| 8:46 a.m. | A Negro female came out of the apartment complex driving a gold Mercedes bearing Missouri license FKP136. She drove north on Bellefontaine. |
| 9:02 a.m. | Surveillance team was advised that JERRY LEWIS - BEY had returned to his apartment at ▮▮▮▮ in the Countryside Apartments driving a 1978 two-tone green Pontiac, Missouri license XYX498. |
| 10:15 a.m. | LEWIS came out of the apartment complex driving the green Pontiac and drove south on Bellefontaine to Broadway. |
| 10:25 a.m. | LEWIS was stopped by a police officer near the intersection of Broadway and Hornsby, apparently for a traffic violation. He parked the Pontiac in the lot of JOE'S AUTO GLASS at the northwest corner of the intersection of Broadway and Hornsby. |

b7C

Investigation on 6/4/86 at St. Louis, MO.

SA ▮▮▮▮
SA ▮▮▮▮ / SA ▮▮▮▮
by SA ▮▮▮▮          DAD:tp

File # SL 245B-5-384

Date dictated  6/6/86

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Ex. M-3

SL 245B-5

<u>EDWIN MYRON NALL</u>:

No trial date as yet been set for NALL who is currently undergoing psychiatric evaluation.

<u>JERRY LEE LEWIS-BEY (MSTA)</u>:

b7C    On 4/1/86, a court order was signed by U.S. District Judge JOHN LIMBAUGH for a pen register installation on telephone number ███████████ located at ███████. Thirty day extentions on this order were obtained on 4/30/86 and 5/30/86. The pen register became operational 4/17/86, and has shown exceptionally heavy use of this phone on a daily basis.

b7C    The pen register tapes are being turned over to Microcomputer Assistant ███████ on a daily basis for entry, along with subscriber information, into her Burroughs R-Base 4000 Data Base Computer System. ███████ furnishes daily summaries and totals for analysis.

The pen register results are also being furnished to the ST. LOUIS POLICE DEPARTMENT, Intelligence Unit which is in the process of preparing a summary of information from their files on the individual telephone numbers, subscribers, and addresses.

b7D    On 4/25/86, in an apartment at ███████ in the Countryside Apartments was rented for the purpose of conducting surveillances of activity around 11882 San Remo where the pen register is installed.

On 5/1/86, the BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS installed a time lapse video system in the apartment which is set in a 24 hour cycle and is positioned to record all activity in and out of ███████.

b7C    These tapes are being reviewed on a daily basis by individuals assigned to the Task Force Team: FBI Agents ███████ and ███████ BATF Agent ███████ Detective ███████ and Detective ST. LOUIS POLICE DEPARTMENT, Intelligence,

2

Ex. M-4

Exhibit S

FD-340a (Rev. 10-3-77)

(Title) JERRY LEWIS, AKA DBA, THE MORRISH SCIENCE TEMPLE OF AMERICA

(File No.) 245B-5

| Item | Date Filed | To be returned Yes | To be returned No | | Disposition |
|---|---|---|---|---|---|
| 1 | 2/6/84 | | X | ORIG. SUBPOENA FOR ████ | |
| 2 | 2/6/84 | | X | RESP. TO SUBPOENA BY ████ RE: MEMBERS MOORISH SCIENCE TEMPLE OF AMERICA | |
| 3 | 2/6/84 | | X | ORIG. & COPY OF GRAND JURY SUBPOENA SERVED ON ████ | |
| 4 | 2/6/84 | | X | RESP. TO SUBPOENA FROM ████ | |
| 5 | 2/6/84 | | X | ORIG. OF SUBPOENA SERVED ON ████ | |
| 6 | 2/6/84 | | X | SUBPOENA FOR RECORDS INVOLVING ████ | |
| 7 | 2/6/84 | | X | TOLL RECORDS RE: MOORISH SCIENCE TEMPLE | |
| 8 | 3/26/84 | | X | Interview Notes | |
| 9 | 8/15/84 | | X | 2 photos of Jerry Lewis | |
| 10 | 8/28/84 | | X | Telephone toll records for ████ per an administrative subpoena dated June 21, '84 | |

245B-5-1A



Ex. M-5

See Red Wallet

(Title) JERRY LEWIS, AKA DBA, THE MORRISH SCIENCE TEMPLE OF AMERICA
(File No.) 245B-5

| Item | Date Filed | To be returned Yes No | | | Disposition |
|---|---|---|---|---|---|
| 11 | 9/7/84 | X | TOLL RECORDS FOR ███████ b7C ███████ S HOME PHONE | | |
| 12 | 11/5/84 | X | Subscriber information requested #5 on ███████ b7C ███████ Toll | | |

SEE RED WALLET

245B-5-1A
SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___
SEP 7 1984
FBI — ST. LOUIS

Field File No. ~~[handwritten]~~
OO and File No. ~~[handwritten]~~
Date Received ~~4-21-83~~
From ~~U.S. Dist. Ct. - Grand Jury Subpoena~~

(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By ███████████████████████
(Name of Special Agent)

To Be Returned ☐ Yes    Receipt Given ☐ Yes
☑ No    ☐ No
☐ Yes
☐ No    Grand Jury Material - Disseminate Only Pursuant to Rules 6(e), Federal Rules of Criminal Procedure

b7C

Description: _____

b3

Original & copy of Grand Jury Subpoena served on ████████ regarding members of Moorish Science Temple

Ex. M-6

37

# Memorandum

To: SAC, ST. LOUIS (245B-5) (P)  
Date: 9/19/84

From: SA [redacted]  
b7C

Subject: JERRY LEE LEWIS, aka;  
ET AL;  
Dba MOORISH SCIENCE TEMPLE OF AMERICA (MSTA)  
OCDE TASK FORCE CASE  
OO: SL

On 8/23/84, AUSA MICHAEL K. FAGAN was contacted regarding the arrest of RITA GATEWOOD by ST. LOUIS PD NARCOTICS UNIT on 7/12/84. She was arrested that date along with DONALD L. BREWER, aka THOMAS LOVE - EL, on charges of Possession With Intent to Distribute Heroin following a search of their residence at [redacted] in Ferguson, Missouri. GATEWOOD and BREWER are being prosecuted on Federal charges and AUSA LARRY D. HALE will be handling the case.

AUSA FAGAN advised that he is aware of RITA GATEWOOD's drug reputation and known close connections with the Temple. At this time GATEWOOD's attorney has advised that she will not cooperate with authorities [redacted] It is AUSA FAGAN's intention to go ahead with the prosecution of GATEWOOD [redacted]

A copy of the ST. LOUIS PD report on the arrest of GATEWOOD and BREWER is attached.

3 - St. Louis  
DAD:kmt  
(3)

245B-5-59

REVIEW FOR INDEXING  
Ex. M-7

b7c

b3

Field File No. _____
OO and File No. _____
Date Received ____4/2/83____
From __U.S. Dist. Ct. - Grand Jury Subpoena__
(Name of Contributor)
_____
(Address of Contributor)
By _____████████████_____
(City and State)
_____████████████_____
(Name of Special Agent)

To Be Returned ☐ Yes
☑ No

☐ Yes
☐ No

Receipt Given ☐ Yes
☐ No

Grand Jury Material - Disseminate Only Pursuant to Rules 6(e), Federal Rules of Criminal Procedure

Description: _____

Original & copy of Grand Jury Subpoena served on ████████ regarding members of Moorish Science Temple

37

Ex. M-8