M E M O R A N D U M

———————————————————————————

b7C
(per FBI)

TO:  SAC, ST. LOUIS (245-NEW) (P)            DATE: 7/24/89
     (ATTN: ▮▮▮▮▮▮)

FROM: SSA ▮▮▮▮▮▮

SUBJECT: JERRY LEWIS BEY;
         ET AL;
         OCDETF INVESTIGATION
         OO: ST. LOUIS

　　The attached Investigation Initiation Form, as captioned above, was approved on 7/24/89, by the South Central Organized Crime Drug Enforcement Task Force Core City Coordination Group as a Task Force investigation.

　　St. Louis should notify FBIHQ Drug Section and auxiliary offices by teletype of 245 designation.



Forfeiture Analyst

(4) - St. Louis (2 - 245-NEW)
              (1 - 245-6 Sub 15)
              (1 - SA ▮▮▮▮)  b7C
DFC/gmc                      (per FBI)
(4)



245-SC-12280

SEARCHED____ INDEXED____
SERIALIZED____ FILED____
JUL 24 1989
ST. LOUIS

Ex. N

U.S. Department of Justice
Organized Crime Drug Enforcement Task Force
INVESTIGATION INITIATION FORM

Invest. No. (by TF Coordinator): S,C,M,0,E,0,5,6

If, after reviewing the Case Monitoring Instructions, you have questions about how to complete this form, call FTS (or 202) 633-1860.

Core City: St. Louis, MO
Case Attorney(s): AUSA's Debra Herzog/Rich Burke
USAO District Code: MOE
Telephone(s): 539-6851
Contact Agent(s): 7C  FBI  Telephone(s): 425-3241

I. Targeted Organizations — DEA   b7C (per FBI)   b7C (per FBI)

| No. | Name of Organization | Type (check only one for each organization listed) |
|---|---|---|
| 1 | Jerry Lewis Bey | ☐ LCN  ☐ Motorcycle gang  ☐ Prison gang  ☒ Other criminal group  ☐ Registrant (physicians, pharmacists, etc.) |
| 2 | Et Al | ☐ LCN  ☐ Motorcycle gang  ☐ Prison gang  ☐ Other criminal group  ☐ Registrant |
| 3 | | ☐ LCN  ☐ Motorcycle gang  ☐ Prison gang  ☐ Other criminal group  ☐ Registrant |
| 4 | | ☐ LCN  ☐ Motorcycle gang  ☐ Prison gang  ☐ Other criminal group  ☐ Registrant |

II. Principal Prospective Defendants (If more than six, use separate sheet. Enter code numbers from below.):

| # | Last Name | First Name | MI[1] | Org[2] | Role[3] | Date of Birth | Social Security No. |
|---|---|---|---|---|---|---|---|
| 1) | Lewis-Bey | Jerry | | 1 | 1 | 100750 | 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 |
| 2) | | | | | | | |
| 3) | 7C | | | | | | |
| 4) | | | | | | 6 | |
| 5) | | | | | | | |
| 6) | | | | | | | |

[1] MI: Middle Initial  [2] Org: Enter number of Targeted Organization from left hand column of Section I above.
[3] Role in Targeted Organization (enter only one code for each prospective defendant):
1. Top leader
2. Mid-level leader
3. Major financial backer
4. Major money-launderer
5. Major enforcer
6. Major supplier or distributor
7. Key contact to supply sources, corrupt officials, or other organizations
8. Corrupt public official
9. Major importer
10. Other (specify in Narrative Summary)

III. Proposed Investigative Techniques (check all proposed techniques):

7E

IV. Drugs Involved (check significance of all that apply):

| Drug | Primary | Secondary |
|---|---|---|
| Heroin | X | |
| Cocaine | X | |
| Hashish | | |
| Marijuana | | |
| PCP | | |
| Methamphetamine | | |
| Methaqualone | | |
| Prescription drug | | |
| Other drug (specify): | | |

V. Activities Involved (check significance of all that apply):

| Activity | Primary | Secondary |
|---|---|---|
| Importation | | |
| Manufacture | | |
| Distribution | X | |
| Crop cultivation | | |
| Diversion | | |
| Street sales | X | |
| Financial backing | X | |
| Money laundering | X | |
| Official corruption | X | |
| Other (specify): | | |

VI. Agency Involvement (enter manpower commitment and case number for each agency):

| Agency | Manpower TF[1] | Non-TF[2] | Case Number(s)[3] |
|---|---|---|---|
| FBI | | | |
| DEA | | | |
| IRS | | | |
| CUST | 1 | | 2,7C |
| ATF | | | |
| USMS | | | |
| USCG | | | |
| State Investigators | | | |
| County/local Investigators | | | |
| USAO | | | 2 |
| State Prosecutors | | | |
| County/local Prosecutors | | | |
| OC Strike Force | | | |
| Other (specify): | | | 2,7C |

[1] TF: Number of Task Force agents/attorneys committed (full- or part-time).
[2] Non-TF: Number of non-Task Force agents/attorneys committed (full- or part-time).
[3] case number has not been assigned, enter "Not Assigned."

VII. Prospective Forfeitures/Seizures (check all apply):
☒ Substantial seizure of drugs is likely.
☒ Substantial seizure/forfeiture of money is likely.
☒ Substantial seizure/forfeiture of conveyances, real estate or other non-drug assets is likely.

APPROVED
7/24/89
FBI/DEA
INITIATED

Ex. N

FORM AAG-18
DEC 84