# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
(St. Louis City)
## STATE OF MISSOURI
### VS.
### JERRY LEWIS-BEY

CASE NO. 941-1366A   DIVISION 16   Dec. 14, 19 95

## COURT ORDER

This Court's Capias Warrant and Detainers are hereby released. Defendant Jerry Lewis-Bey shall be returned by the St. Louis City Sheriff's Department to the United States Department of Justice, United States Marshall's Office for the Eastern District of Missouri FORTHWITH.



### SO ORDERED:

_____ #31010
Jimmie M. Edwards
Judge - Division 16

cc:   Circuit Attorney/ACA Dee Joyce Hayes/PROMIS
              Dean Hoag
                 Federal Bldg., 1114 Market (63101)
      Defense Attorney/Robert Wolfrum
              Karen Kraft
                 1221 Locust, Ste. 410 (63103)
      Docket Controller
      Sheriff



FILED
DEC 14 1995
MAVIS T. THOMPSON
CLERK, CIRCUIT
BY_____

Ex. O

FORM 14-8 (ML9C-REV)

FORM 14-D-ML

STATE OF MISSOURI
VS.

JERRY LEWIS
CHARGE: I  Murder First Degree
         II Armed Criminal Action
CAUSE NO.   941-1366 A (5)

**IN THE**

**Circuit Court**

**City of St. Louis**

December _____ 19 95

Comes now _____ Dee Joyce-Hayes _____, ~~XXXXXXXXXX~~ Circuit Attorney and enters a memorandum of Nolle Prosequi in the above-entitled cause for the reason that a conviction for other offense renders further prosecution unnecessary.

Respectfully submitted,

*Dee Joyce-Hayes*
DEE JOYCE-HAYES, #30741
~~XXXXXXXXX~~ Circuit Attorney

CONFIDENTIAL                    F I L E D

                                DEC 1 3 1995

PD Robert Wolfrum 31670         MAVIS T. THOMPSON
                                CLERK, CIRCUIT COURT
                                BY _____

# Racketeer Tied To Temple Faces Murder Trial

**By Bill Bryan**
Of the Post-Dispatch Staff

Although already serving a life sentence for racketeering, Jerry Lewis-Bey is facing murder charges that could lead to the death penalty.

Lewis-Bey, leader of the Moorish Science Temple here, pleaded not guilty Wednesday in St. Louis Circuit Court to two counts of first-degree murder.

Separate St. Louis grand jury indictments charge Lewis-Bey, 43, with shooting Fred Knox and Antar Tiari.

Assistant U.S. Attorney Dean Hoag, who helped to prosecute Lewis-Bey in federal court, will handle the murder cases in state court. A trial date wasn't set.

Lewis-Bey is among seven people sentenced last September to life in federal prison without parole for running a crime ring that dealt in drugs and murder. A jury returned guilty verdicts in June 1993 after a 7½-month trial in U.S. District Court.

Lewis-Bey was convicted in federal court of conspiring to murder Tiari, a St. Louis deputy sheriff shot Oct. 31, 1985, on the steps of the Moorish Science Temple. Tiari, the building's owner, was about to evict the temple over a rent dispute.

Lewis-Bey also was convicted of conspiring to murder Knox in 1990. Authorities said someone fatally shot Knox two days after he got a subpoena from a grand jury investigating Lewis-Bey.

Ex. O