UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2241  (JGP)<br>(ECF) |

**DEFENDANT'S PROTECTIVE MOTION TO ENLARGE TIME TO FILE
REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

The Defendant, United States Department of Justice, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for a protective enlargement of time, up to and including May 12, 2006 to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment in this case.  In support of its motion, Defendant respectfully states as follows:

1.  Plaintiff, a *pro se* prisoner, sued the Defendant pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552(a), concerning his FOIA requests for information on himself and his organization, the Moorish Science Temple of America.

2.  Defendant filed a motion for summary judgment on March 31, 2006.

3.  On April 26, 2006, Defendant first received a copy of Plaintiff's opposition to the motion for summary judgment via electronic court filing.

4.  On May 3, 2006, Defendant received a copy of Plaintiff's Opposition by U.S.

mail. According to the postmark, the Opposition was sent by U.S. mail to the United States Attorney's Office on April 21, 2006. However, due to delays in delivery to the United States Attorney's Office caused by the irradiation of mail, Plaintiff's Opposition was not received until recently.

5. Because of the confusion caused by the different receipt dates, Defendant is filing this protective motion to enlarge the time to file its reply memorandum. In addition, because counsel for Defendant has been involved in various matters, including preparing and finalizing an appeals brief in Czekalski v. Mineta, 05-5221 and a summary affirmance memoranda in Brown v. District of Columbia, et al., 05-5320; a summary judgment memoranda in Cawthon v. Dept. of Justice, 05cv567 (RMU) and Tinsley v. Gonzalez, 06cv429 (RCL); as well as extensive discovery in Ascom Hasler Mailing Systems, Inc., et al. v. U.S. Postal Service, 00cv1401, 00cv2089, and 01cv804 (PLF) and Shea v. State Department, 02cv577 (JR), Defendant is requesting time, up to and including May 12, 2006, to file its Reply.

6. Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1/]

Wherefore, for all of the foregoing reasons, Defendant respectfully requests a protective enlargement of time, up to and including May 12, 2006 to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

---

[1/] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

        Respectfully submitted,


         /s/ Kenneth L. Wainstein               
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney


         /s/ Rudolph Contreras                  
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney


         /s/ Darrell C. Valdez                   
        DARRELL C. VALDEZ, D.C. BAR # 420232
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W., Civil Division
        Washington, D.C. 20530
        (202) 307-2843


## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Protective Motion to Enlarge Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment was served by first class mail upon *pro se* plaintiff at:

Jerry Lewis Bey
Reg. No. 22328-044
Federal Correction Institution
P.O. Box 725
Edgefield, SC 29824


on this   4th   day of May, 2006.


         /s/ Darrell C. Valdez           
        DARRELL VALDEZ, D.C. Bar #420232
        Assistant United States Attorney