UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2241 (JGP) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the Defendant's Protective Motion to Enlarge Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment, the grounds stated therein, and the entire record in this matter, it is by the Court this ____ day of May, 2006, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that the time in which Defendant shall file its Reply to Plaintiff's Opposition to the Motion for Summary Judgment is enlarged up to and including May 12, 2006.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE