3-28-07

Dear Clerk of Court:

   I'm being transferred from Edgefield, South
Carolina FCI to FCI Marion. Please forward
all future mailings in causes (Civil Action Number
05-1076) and (05-2241) to FCI Marion.
                            See            USP Marion
                                           P.O. Box 1000
                                           Marion, IL 62959
Thank You.

                    Sincerely,
                    Jerry Lewis Bey

RECEIVED

APR  4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT