UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Jerry Lewis Bay, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-2241(JGP) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANTS' STATUS REPORT REGARDING ITS DISCLOSURE
OF SEGREGABLE RECORDS TO PLAINTIFF**

Defendant, United States Department of Justice, pursuant to this Court's Memorandum Order (Dkt. 19) at 24, provides the current status report to the Court regarding its disclosure of segregable records to Plaintiff, Jerry Lewis Bay.

1. Plaintiff, a *pro se* prisoner, sued Defendant pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552(a), concerning his FOIA requests for information on himself and his organization, the Moorish Science Temple America.

2. Defendant filed a Motion for Summary Judgment on March 31, 2006, which the Court granted in part in its Memorandum Order on March 30, 2007. The Court held the remainder of its decision in abeyance, pending Defendant's submission of a supplemental declaration or report explaining why the only two categories of documents left in question were withheld, redacted-in-part, or released to Plaintiff.

3.      While preparing its supplemental declaration to the Court explaining that the two remaining categories of documents were protected by FOIA Exemption 7(A), Defendant discovered that Plaintiff's collateral matter before the Eighth Circuit Court of Appeals, which formed the basis for the Exemption 7(A) claim, was dismissed by the Circuit Court on April 9, 2007.  Accordingly, the Federal Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") began processing Plaintiff's FOIA request for segregability and disclosure pursuant to the FOIA, including the first category of documents that the Court held were protected by Exemption 7(A).

4.      During the processing of the Plaintiff's request, the Disclosure Specialist initially assigned to the matter suffered a significant loss of a close family member on July 19, 2007.  As a result, she has taken personal leave from work.  ATF has since assigned a new Disclosure Specialist to review and continue processing the files in question.

5.      Based upon the newly-assigned Disclosure Specialist's preliminary review, and due to the size of the file and the complexity of the matters to be redacted, it is anticipated that the processing of the file will be complete in two weeks.

Accordingly, Defendant will further advise this Court of the status of this matter by August 7, 2007.

Respectfully submitted,


 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time was served by first class mail upon *pro se* plaintiff at:

Jerry Lewis Bey
Reg. No. 22328-044
Federal Correction Institution - Marion
P.O. Box 1000
Marion, IL 62959


on this 23rd day of July, 2007.


        /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney