UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JERRY LEWIS BEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2241(JGP) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant | ) ) ) | |

## DEFENDANTS' STATUS REPORT REGARDING ITS DISCLOSURE OF SEGREGABLE RECORDS TO PLAINTIFF

Defendant, United States Department of Justice, pursuant to this Court's Memorandum Order (Dkt. 19) at 24, provides the current status report to the Court regarding its disclosure of segregable records to Plaintiff, Jerry Lewis Bey.

1. Plaintiff, a *pro se* prisoner, sued Defendant pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552(a), concerning his FOIA requests for information on himself and his organization, the Moorish Science Temple America.

2. Defendant filed a Motion for Summary Judgment on March 31, 2006, which the Court granted in part in its Memorandum Order on March 30, 2007. The Court held the remainder of its decision in abeyance, pending Defendant's submission of a supplemental declaration or report providing further justification for the application of FOIA exemption 7(A)

to the two categories of documents left in question, or file a report with the Court explaining the status of the disclosures of segregable records to Plaintiff.

   3. While preparing its supplemental declaration to the Court explaining that the two remaining categories of documents were protected by FOIA Exemption 7(A), Defendant discovered that Plaintiff's collateral matter before the Eighth Circuit Court of Appeals, which formed the basis for the Exemption 7(A) claim, was dismissed by the Circuit Court on April 9, 2007.  Accordingly, the Federal Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") began processing Plaintiff's FOIA request for segregability and disclosure pursuant to the FOIA, including the first category of documents that the Court held were protected by Exemption 7(A).

   4. Defendant has completed the processing of the file and has determined that approximately 337 pages were responsive to Plaintiff's request.  On August 8, 2007, Defendant provided approximately 300 pages to Plaintiff and withheld four documents (consisting of 7 pages) in full pursuant to FOIA exemption 7(C), and Fed. R. Crim. P. 6(e).  Some documents that were provided to Plaintiff were redacted pursuant to FOIA exemptions 2, 3 (Public Law 108-447), 5, 7(C), 7(D) and 7(E), and.  The production was provided without cost to Plaintiff.  See attached FOIA Document Cover Sheet.

   Accordingly, Defendant has responded to Plaintiff's FOIA request, and has properly informed Plaintiff of his administrative appeal rights.  The matter should, therefore, be dismissed as moot.

        Respectfully submitted,


         /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney


         /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney


         /s/ Darrell C. Valdez
        DARRELL C. VALDEZ, D.C. BAR # 420232
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W., Civil Division
        Washington, D.C.  20530
        (202) 307-2843

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Status Report was served by first class mail upon *pro se* plaintiff at:

Jerry Lewis Bey
Reg. No. 22328-044
Federal Correction Institution - Marion
P.O. Box 1000
Marion, IL 62959


on this 28th day of August, 2007.


    /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney