# DOCUMENT COVER SHEET: EXEMPTIONS LIST AND APPEAL RIGHTS

## Part I – Document cover sheet

| 1. Requesters' name | 2. File no. | 3. Requested documents were referred by the following agency: |
|---|---|---|
| Jerry Lewis Bey | | |

| 4. Documents are being released: | 5. Package ends with documents no.: | 6. Total no. of documents denied: |
|---|---|---|
| [ ] at cost  [X] without cost | -337- | -4- (7 pages) |

**7. Exemptions cited for information withheld on pages released:** (See Part II of explanations of exemptions)

PL 108-447

[ ] (b)(1)   [X] (b)(2)   [ ] (b)(3) Rule 6e   [ ] (b)(4)   [X] (b)(5)   [ ] (b)(6)

[ ] (b)(7)(A)   [ ] (b)(7)(B)   [X] (b)(7)(C)   [X] (b)(7)(D)   [X] (b)(7)(E)   [ ] (b)(7)(F)

**8. Documents completely withheld:**

| Document no. — Exemption | Document no. — Exemption | Document no. — Exemption |
|---|---|---|
| 39  b7C | | |
| 56  b7C | | |
| 149 b7C | | |
| 168 b7C, Rule 6e | | |

9. The records identified above have been determined to be most directly responsive to your request. Other records, described below are available upon payment of ten (10) cents per page (or at no cost if a fee waiver is granted). These records generally consist of similar or repetitive information that restates information contained in the package being released. A sample of index of these records is included in this released. The following records are available upon written request:

No. of pages

(a) Exhibits to Report (See index on page____)
(b) Surveillance Reports (See sample page____)
(c) Interagency Telegrams and Messages (See sample page____)
(d) Property Disposition records (See sample page____)
(e) Newspaper or magazine article (See sample page____)
(f) Miscellaneous (See sample page____)

Note: To obtain copies of these records, identify which records you want count the pages and multiply by ten (10) cents. Send a check or money order payable to Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and mail to Chief, Disclosure Division, ATF; 650 Mass. Ave., Rm 8400, Washington, DC 20226. Request promptly for best service, as files are returned to field offices fifteen (15) days after this notice is mailed to you.

(Parts II and III on reverse side)

PART II – **LIST OF FREEDOM OF INFORMATION ACT EXEMPTIONS**, TITLE 5 UNITED STATES CODE 552 (b) – Information exempt from Disclosure

(1) specifically authorized under criteria established by an Executive Order to be kept secret in the interest of national defense or foreign policy, and are in fact properly classified pursuant to such Executive order;

(2) related solely to the internal personnel rules and practices of an agency;

(3) specifically exempted from disclosure by statute;

(4) trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(5) inter-agency or intra-agency memoranda or letter which would not be available by law to a party other than an agency in litigation with the agency;

(6) personnel and medical files and similar files, the disclosure of which would constitute a clear and unwarranted invasion of personal privacy;

(7) Investigatory records compiled for law enforcement purposes, but only to the extent that the production of such records could:

(a) interfere with enforcement proceedings
(b) deprive a person of a right to a fair trial or an impartial adjudication;
(c) constitute an unwarranted invasion of personal privacy;
(d) disclose the identity of a confidential source and, in the case of a record compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, confidential information furnished only by the confidential source;
(e) disclose investigative techniques and procedures;
(f) endanger the life or physical safety of law enforcement personnel

(8) contained in or related to examination, operation, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(9) geological and geophysical information and data, including maps, concerning wells.

PART III – **APPEAL RIGHT PROCEDURES** - You have the right to appeal any item of information which has been withheld. You may challenge the withholding of the information by filing a request for an administrative appeal, write to the: Office of Information and Privacy, U.S. Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.

(1) Your appeal must be signed by the requestor; mailed or hand-delivered to the U.S. Department of Justice, Office of Information and Privacy (OIP) within sixty (60) days of the date of our initial determination (this letter);

(2) State that your appeal concerns ATF records, and use the "File Number" that appears in box #2 on the front of this page. Reasonably describe the requested records which the appeal concerns;

(3) Set forth the address where the requestor desires to be notified of the determination of the Appeal;

(4) Specify the date of the initial request and the date of the letter denying the initial request; and

(5) Petition the OIP, to grant the request for records and state any arguments in support thereof.

Your appeal will be considered by the OIP and you will be notified by mail.