UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY LEWIS BEY,

    Plaintiff,

v.                                       Civil Action No. 05-2241 (JGP)

UNITED STATES DEPARTMENT
OF JUSTICE,

    Defendant.

## PLAINTIFF'S MOTION IN OPPOSITION TO DISMISS AS MOOT

    Comes Now the Plaintiff, Jerry Lewis Bey, pro se, and respectfully files his response to Defendant's request to dismiss his Civil Action as being moot and states as follows:

    1. Defendant avers that it completed the processing of the file and has determine that approximately 337 pages were responsive to Plaintiff's Freedom of Information (FOIA) request.

    2. That on August 8, 2007, Defendant did in fact provide Plaintiff with approximately 300 pages and claim to have withheld four documents (consisting of 7 pages).

    3. Plaintiff request for documents was from two(2) 1983 ATF investigation files. (33920 83 1501Y) and(7665 0683 1501L)

    4. Defendant has not stated how many documents were in these two files as it's clear that these two files were volumous as the Defendant acknowledged when requesting this court to grant extention of time.

**RECEIVED**

SEP 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. In addition, Defendant has failed to provide Plaintiff copies of surveillance photos taken of him during the investigation.

6. Defendant has also failed to provide Plaintiff copies of his toll records of his residence at 12654 Stoneridge and his apartment 11882 San Remo obtained during the investigation and disclosed in the 300 pages provided to Plaintiff.

7. Defendant has also failed to provide Plaintiff with copies of the toll records of his organization, the Moorish Science Temple of America located at 4408 Marcus and 3600 Grand, which is also disclosed in the 300 pages.

8. Defendant has failed to provide Plaintiff with copies of his pager records that was obtained by the task force from Gencom Pager Company according to a report in the 300 pages.

9. Defendant has also failed to provide Plaintiff copies of his bank records that was obtained by the task force during the investigation.

10. Defendant has failed to provide Plaintiff with copies of pen-register records that was installed on his home telephone at 12654 Stoneridge and the pen-register records of the Moorish Science Temple at 4408 Marcus and 3600 Grand, along with all the surveillance logs.

11. Plaintiff has brought to the attention of the ATF Disclosure Director, Marilyn R. LaBrie that the 300 pages provided to Plaintiff deleted the names of deceased persons and others that was identified in open court during Plaintiff's trial. That these individuals do not have any privacy interest to be protected. Plaintiff has provided Marilyn R. LaBrie with obituaries and trial transcripts and government exhibit as proof for her to examine.

Accordingly, Plaintiff states that Defendant request that his Civil matter be dismissed as moot be denied until Defendant has provided Plaintiff with the above information from both of the above two 1983 ATF investigation files.

Respectfully submitted,

JERRY LEWIS BEY  22328-044
U.S.P. MARION
P.O. BOX 1000
MARION, IL. 62959

CERTIFICATE OF SERVICE

I certify a copy of the foregoing Plaintiff motion was served by first class mail upon the following:

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W. Cuivil Division
Washington, D.C. 20530

JERRY LEWIS BEY  22328-044

on this 6th day of September, 2007

-3-