UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-02241 (JGP) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| DEFENDANT. ) | |

DECLARATION OF MARILYN R. LABRIE,
ACTING CHIEF, DISCLOSURE DIVISION,
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Marilyn R. LaBrie, do hereby depose and say:

1. I am the Acting Chief, Disclosure Division, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a component of the United States Department of Justice (DOJ). In this capacity, I receive all requests made of ATF under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974 (PA), 5 U.S.C. § 552a. In this capacity, I also review all requests referred to ATF from other agencies that have located ATF-originated documents in their records while processing their FOIA and PA requests. I am responsible for processing all FOIA and PA requests, initiating searches relevant to such requests, supervising the determination of what records should be disclosed, processing all documents referred to ATF and to other agencies, and recording all administrative appeals filed with ATF.

2. I declare that the statements made in this Declaration are on the basis of knowledge acquired by me in the performance of my official duties. I am familiar with

the procedures followed by this office in responding to plaintiff's FOIA request. ATF believes that it properly withheld certain information responsive to plaintiff's request.

　　3. Upon receipt of Mr. Lewis Bey's Motion in Opposition to Dismiss as Moot, the Disclosure Division conducted another thorough review of the 1983 case file. The case file that was sent to the Disclosure Division after an exhaustive search (see Graham Decl. March 30, 2006 at ¶¶ 107-112) contained documents with several different Investigation Numbers including: 33920 83 1501Y and 7665 0683 1501L and additionally some documents from a 1988 case file. It is unclear whether the two 1983 case file numbers were interchangeable or whether the file had been rearranged for some other purpose; however, it appears that the different case numbers were merged and the order of their appearance was not disturbed during the release except where redactions were made. The extensive search conducted earlier in litigation to find any 1983 case files on Mr. Lewis Bey finally culminated in the retrieval of this particular file which contained documents with these case file numbers and this file is the only known 1983 case file in existence.

　　4. Mr. Lewis Bey has alleged that there are surveillance photos of himself taken during the 1983 investigation. In light of this allegation, the Disclosure Division conducted another thorough review of the file recently reviewed for release. No such surveillance photographs were found in the file, and as previously noted in the Graham Declaration of March 30, 2006, the complete file was provided by the St. Louis Field Division to the Disclosure Division and no other parts of the file are known to exist. The Disclosure Division along with the St. Louis Field Division conducted an adequate and thorough search for these records and subsequently searched the file retrieved

comprehensively and there are no such photographs contained in the files. (See Graham Decl. March 30, 2006 at ¶¶ 107-112).

5. During the re-review of the files released, the Disclosure Division discovered Mr. Lewis Bey's name at the top of three pages of documents which seemed to be unrelated to him in the first review. The omission of these three pages was inadvertent and the documents are being released to Mr. Lewis Bey immediately with redactions made pursuant to the relevant FOIA exemptions.

6. Additionally Mr. Lewis Bey has submitted several new FOIA requests since the release of the 1983 files. He included with these requests several obituaries of third parties that may or may not have been named in his investigative file. The Disclosure Division is continuing to withhold these names under FOIA Exemption (7)(C) to protect the persons' family members and associates. Plaintiff was proven and/or is known to have murdered and threatened suspected informants, police, prosecutors and others who he perceived as having interest adverse to his own. Regardless of the identities or the roles of these third parties, the safety of their families and associates is of particular concern considering Mr. Lewis Bey's violent history. (See Graham Decl. March 30, 2006 at ¶¶ 113).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of September, 2007.

_Marilyn R. LaBrie_
Marilyn R. LaBrie
Acting Chief, Disclosure Division