UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JERRY LEWIS BEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-2241 (GK) |
| | : | |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

It is this 24th day of October, 2007, hereby

**ORDERED**, that Defendant shall file a Reply to its Motion to Dismiss as Moot no later than **November 1, 2007**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**