CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERRY LEWIS BEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Case Number 05-2241 (GK) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE | ) | Category    I |
| | ) | |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge John</u>

<u>Garrett Penn</u> to <u>Judge Gladys Kessler</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Kessler</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓