UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY LEWIS BEY, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO. 05-02241 (JGP) |

FOURTH SUPPLEMENTAL DECLARATION OF AVERILL P. GRAHAM,
CHIEF, DISCLOSURE DIVISION,
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Averill P. Graham, do hereby depose and say:

1. I am the Chief, Disclosure Division, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a component of the United States Department of Justice (DOJ). In this capacity, I receive all requests made of ATF under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974 (PA), 5 U.S.C. § 552a. In this capacity, I also review all requests referred to ATF from other agencies that have located ATF-originated documents in their records while processing their FOIA and PA requests. I am responsible for processing all FOIA and PA requests, initiating searches relevant to such requests, supervising the determination of what records should be disclosed, processing all documents referred to ATF and to other agencies, and recording all administrative appeals filed with ATF.

2. I declare that the statements made in this Declaration are on the basis of knowledge acquired by me in the performance of my official duties. I am familiar with the procedures followed by this office in responding to Mr. Lewis Bey's FOIA request.

3. My staff has reviewed the 1983 file which was retrieved pursuant to Mr. Jerry Lewis Bey's FOIA request and this litigation. There are no pen-register or telephone toll records listing the Moorish Science Temple, or Mr. Jerry Lewis Bey, or any of the addresses Mr. Lewis Bey listed in his "Reply to Defendant's Second Motion to Dismiss as Moot" in the file, other than those which we released to Mr. Lewis Bey. Pages 191 through 225 of the materials released to Mr. Lewis Bey consist of all of the toll record and electronic surveillance reports and requests included in the file which are relevant to Mr. Lewis Bey's FOIA request. There were some redactions made to those pages pursuant to the applicable and listed FOIA exemptions; however, upon re-review, none of the redacted information pertains to the addresses listed in Mr. Lewis Bey's Reply. If such records existed in this file at one time, they do not appear to at present.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __1__ day of November, 2007.

Averill P. Graham
Chief, Disclosure Division