**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
JERRY LEWIS BEY,              )
                             )
             Plaintiff,      )
                             )
        v.                   )    Civil Action No. 05-2241 (GK)
                             )
UNITED STATES DEPARTMENT      )
OF JUSTICE,                  )
                             )
             Defendant.      )
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Status Report Regarding Its Disclosure of Segregable Records to Plaintiff [Dkt. #24], construed as a motion to dismiss, is DENIED WITHOUT PREJUDICE. It is further

ORDERED that Defendant shall file a dispositive motion by **August 15, 2008.** Plaintiff shall file his opposition by **September 15, 2008,** and Defendant shall file its reply, if any, by **October 1, 2008.**

SO ORDERED.

                              _____/s/_____
                              GLADYS KESSLER
                              United States District Judge

DATE:  July 7, 2008