| Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Billing History | XML | TXT | Logout | F |

### General Docket
### Eighth Circuit Court of Appeals

| | |
|---|---|
| **Court of Appeals Docket #:** 08-1022<br>Jerry Lewis Bey v. United States<br>**Appeal From:** U.S. District Court for the Eastern District of Missouri - St. Louis | **Docketed:**<br>01/03/2008 |

**Case Type Information:**
  1) Original Proceeding
  2) Successive Habeas
  3) null

**Originating Court Information:**
  District: 0865-4 :
  Date Filed:

**Prior Cases:**
  None

**Current Cases:**
  None

---

Jerry Lewis Bey (Federal Prisoner: Reg. 22328-044)
    Petitioner

Jerry Lewis Bey
[NTC Pro Se]
U.S. PENITENTIARY
P.O. Box 1000
Marion, IL 62959-0000

v.

United States
    Respondent

SAM BERTOLET, Assistant U.S. Attorney
Direct: 314-539-2200
[COR LD NTC US Attorney]
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Firm: 314-539-2200
111 S. Tenth Street
Room 20.333
St. Louis, MO 63102-0000

Dean R. Hoag, Assistant U.S. Attorney
Direct: 314-539-6895
[COR LD NTC US Attorney]
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri


EXHIBIT 000

|  |  |
|---|---|
|  | Firm: 314-539-2200<br>111 S. Tenth Street<br>Room 20.333<br>St. Louis, MO 63102-0000 |

Jerry Lewis Bey,

    Petitioner

v.

United States,

    Respondent

| | |
|---|---|
| 01/03/2008 | ORIGINAL PROCEEDING case docketed. [3387950] [08-1022] |
| 01/03/2008 | PETITION for Permission to file a Successive Habeas Petition filed by Petitioner Mr. Jerry Lewis Bey. w/service 01/03/2008 by USCA8. [3387953] [08-1022] |
| 01/03/2008 | DOCUMENT FILED - Petitioner's Exhibits filed by Mr. Jerry Lewis Bey. w/service 01/03/2008 [3387970] [08-1022] |
| 01/30/2008 | APPEARANCE FILED by Attorney Mr. SAM BERTOLET for Respondent United States w/service 01/30/2008 [3397010] [08-1022](Attorney added to appeal) (modified by LMT) |
| 01/30/2008 | LETTER from Respondent United States regarding *a successive application for permission to file a successive habeas petition*. w/service 01/30/2008 [3397333] [08-1022] |
| 02/04/2008 | MOTION for extension of time to file response to petition for successive habeas petition, [3387953-2], until 03/03/2008, filed by Respondent United States w/service 02/04/2008. [3398646] [08-1022] |
| 02/04/2008 | CLERK ORDER:Granting [3398646-2] motion for extension of time to file a response filed by Respondent United States. Response due on 03/03/2008. [3398906] [08-1022] |
| 02/04/2008 | DOCUMENT FILED - Letter regarding filing of government's response filed by Mr. Jerry Lewis Bey. w/service by USCA8 02/05/2007 [3399055] [08-1022] |
| 02/05/2008 | APPEARANCE FILED by Attorney Mr. Dean R. Hoag for Respondent United States w/service 02/05/2008 [3399051] [08-1022] |
| 02/05/2008 | LETTER from Petitioner Mr. Jerry Lewis Bey regarding letter from respondent filed 1/30/08. w/service by USCA 02/05/2008 [3399358] [08-1022] |
| 02/28/2008 | MOTION for extension of time to file response to clerk order , [3398906-2], until 03/17/2008, filed by Respondent United States w/service 02/28/2008. [3407514] [08-1022] |
| 02/29/2008 | CLERK ORDER:Granting [3407514-2] motion for extension of time to file a |

|   |   |   |
|---|---|---|
|  |  | response filed by Respondent United States. No further extensions will be granted. Response of United States due 03/17/2008 [3408287] [08-1022] |
| 03/17/2008 |  | MOTION for extension of time to file response to petition for successive habeas petition, [3387953-2], until 03/31/2008 at 05:00 pm, filed by Respondent United States w/service 03/17/2008. [3413559] [08-1022] |
| 03/19/2008 |  | CLERK ORDER:Granting [3413559-2] motion for extension of time to file a response filed by Respondent United States. Response due on 03/31/2008. This is the final extension. [3414619] [08-1022] |
| 03/31/2008 |  | RESPONSE in opposition to petition for successive habeas petition, [3387953-2] filed by Respondent United States , w/service 03/31/2008. [3418699] [08-1022] |
| 04/10/2008 |  | REPLY to response , [3418699-2], filed by Petitioner Mr. Jerry Lewis Bey. w/service 04/08/2008. [3422663] [08-1022] |
| 04/18/2008 |  | SECOND REPLY to response , [3418699-2], filed by Petitioner Mr. Jerry Lewis Bey. w/service 04/14/2008. [3426914] [08-1022] |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 08/13/2008 09:24:07 |||
| PACER Login: | ███████ | Client Code: |
| Description: | Docket Report (filtered) | Search Criteria: | 08-1022 |
| Billable Pages: | 2 | Cost: | 0.16 |