UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY LEWIS BEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 05-2241  (GK) |
| v. ) | |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Defendant's Second Motion for Summary Judgment, any Opposition thereto, and the record before this Court, it is this _____ day of _____, 2008

ORDRED that Defendant's Second Motion for Summary Judgment is granted, and it is further

ORDERED that judgment be entered in favor of the Defendant.

_____
GLADYS KESSLER
U.S. District Court Judge